**BROOKE WEITZMAN** SBN 301037
**WILLIAM WISE** SBN 109468
**ELDER LAW AND DISABILITY RIGHTS CENTER**
1535 E 17th Street, Suite 104
Santa Ana, California 92705
t. 714 617–5353
e. bweitzman@eldrcenter.org
e. bwise@eldrcenter.org

**CAROL A. SOBEL** SBN 84483
**MONIQUE ALARCON** SBN 311650
**AVNEET CHATTHA** SBN 316545
**LAW OFFICE OF CAROL A. SOBEL**
725 Arizona Avenue, Suite 300
Santa Monica, California 90401
t. 310-393-3055
e. carolsobellaw@gmail.com
e. monique.alarcon8@gmail.com
e. avneet.chattha7@gmail.com

ATTORNEYS FOR PLAINTIFFS
[Additional Counsel on Next Page]

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| Orange County Catholic Worker, et al.,<br><br>Plaintiffs,<br>v.<br><br>County of Orange, et al.,<br><br>Defendants. | Case No.: 18-cv-00155 DOC-KES<br><br>**EX PARTE APPLICATION AND NOTICE OF MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Date: TBD<br>Time: None<br>Ctrm: SA 9D |

**PAUL L. HOFFMAN** SBN 71244
**CATHERINE SWEETSER** SBN 271142
**COLLEEN M. MULLEN** SBN 299059
SCHONBRUN, SEPLOW, HARRIS & HOFFMAN
11543 W. Olympic Blvd.
Los Angeles, California   90064
t.  310-396-0731
e. hoffpaul@aol.com
e. csweetser@sshhlaw.com
e. cmullen@sshhlaw.com

Notice is hereby given that, on a date and time to be set by the Court, and pursuant to Local Rule 7-19 of the United States District Court for the Central District of California, Plaintiffs will seek an Ex Parte Application for a Temporary Restraining Order to enjoin each of the Defendants, their agents and employees, from removing Plaintiffs from the area of the Santa Ana Riverbed identified as the "Injunction Area" in *Schuler v. County of Orange*, 17-cv-00259 DOC-KES (SACD CA 3/17/17) [Dkt. #28].  Plaintiffs will also request that the Court suspend enforcement of the various County and City "anti-camping" ordinances identified in the Complaint in this Action pending a hearing on Plaintiffs' request for the Court to issue a preliminary injunction.

The motion is based on this Ex Parte Application and Notice of Motion, the exhibit thereto advising of the notice provided to the Defendants, the concurrently filed Memorandum, a Request for Judicial Notice, all declarations and exhibits filed in support of the moving papers, as well as any additional matters that may be filed in response to pleadings filed by the Defendants, if any, and any further matters that may be presented at oral argument, if any, at a time set by the Court.

The Ex Parte Application is filed pursuant to Local Rule 7-19. Plaintiffs' counsel noticed Leon Page on behalf of the County of Orange, Tom Duarte on behalf of the City of Costa Mesa, Arturo Fierro on behalf of the City of Anaheim, and Wayne Winthers on behalf of the City of Orange.

The notification was done on January 31, 2018 by email with the letter attached at Exhibit A, advising of the time to respond pursuant to the Court's rules.  The letter contains all of the contact information for each entity. To date, the County of Orange and the City of Orange have advised that they intend to oppose the motion.

Dated: February 1, 2018    Respectfully submitted,
LAW OFFICE OF CAROL A. SOBEL
ELDER & DISABILITY LAW CENTER
SCHONBRUN SEPLOW HARRIS & HOFFMAN
   /s/ Carol A. Sobel
By: CAROL A. SOBEL
Attorneys for Plaintiffs