LEON J. PAGE, COUNTY COUNSEL
MARIANNE VAN RIPER, Sr. Assistant (CA SBN 136688)
marianne.vanriper@coco.ocgov.com
LAURA D. KNAPP, Supervising. Deputy (CA SBN 162800)
laura.knapp@coco.ocgov.com
JUSTIN A. GRAHAM, Deputy (CA SBN 289346)
justin.graham@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Santa Ana, California 92701
Telephone: (714) 834-6020
Facsimile: (714) 834-2359

Attorneys for Defendants, County of Orange,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| ORANGE COUNTY CATHOLIC WORKER, an unincorporated association; LISA BELL; SHAWN CARROLL; MELISSA FIELDS; LARRY FORD; CAMERON RALSTON; KATHY SCHULER; GLORIA SHOEMAKE, as individuals, <br><br> Plaintiffs, <br><br> v. <br><br> ORANGE COUNTY; THE CITY OF ANAHEIM; THE CITY OF COSTA MESA; and THE CITY OF ORANGE, <br><br> Defendants. | Case No. 8:18-cv-00155 DOC (KESx) <br><br> **DECLARATION OF DYLAN WRIGHT IN SUPPORT OF THE COUNTY OF ORANGE'S OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |

I, Dylan Wright, declare:

1. I am employed by the County of Orange ("County") as the Director of OC Community Resources. I have personal knowledge of the following unless stated to be on information and belief, in which case I am informed and believe such facts to be true. If called as a witness, I could and would testify competently to the facts contained herein.

2. As Director of OC Community Resources, I oversee the operation of all OC Community functions, activities, and programs. These programs include OC Parks, OC

Animal Care, OC Community Services, OC Public Libraries and OC Housing and Community Development & Homeless Prevention. My position also requires me to develop policy recommendations or options for the CEO or Board of Supervisors in conjunction with elected and appointed officials, members of the community, civil and industry leaders as well as others.

3. The Chief Engineer of the Orange County Flood Control District ("OCFCD"), Riverbed ("SA Riverbed"), has determined that having persons reside on the SA Riverbed property creates a serious and imminent health and safety risk for both the persons encamped on the SA Riverbed and all of the County's residents. In addition, OC Public Works has begun a maintenance project on the SA Riverbed in the vicinity of the 5 Freeway in Orange to Taft Avenue in Anaheim ("Project."). Hence, the homeless populations in the SA Riverbed will need to relocate.

4. One of the locations where members of this population can temporarily relocate is the Courtyard shelter. During the day, the Courtyard is used as a drop-in center serving 250 to 450 guests seeking a safe place, service connections, hygiene services, showers and restrooms, a meal, and a place to rest. Storage is also available for guests. On-site linkage services include the following: OC Social Services Agency, Health Care Agency, Continuum of Care agencies, veterans' services, collaborative courts, and legal services. The Courtyard is open 24/7, 365 days a year.

5. At night, the Courtyard sleeps up to 400 people on a first-come-first-serve basis, and we have an overflow capacity of 425 if needed. In the month of January 2018, on three occasions the 400 limit has been reached, but the overflow limit of 425 has never been met. Moreover, since the start of the project in the SA Riverbed, no one from the SA Riverbed has been turned away from the Courtyard. I am personally aware that there has consistently been beds available at the Courtyard every day since the notice was posted regarding the Project in the Riverbed. Attached as Exhibit "40" is a spreadsheet prepared by my staff showing the population of the Courtyard during the month of January 2018.

6. Furthermore, some members of SA Riverbed have pets. To assist these

individuals during this transition, OC Community Resources, through OC Animal Care, is currently offering to homeless individuals who will be relocating free, short-term, voluntary boarding of animals currently residing in impacted portions of the SA Riverbed (the "Boarding Program"). This is a limited-term service being offered during the Project period.

7. On the dates this services is provided, between the hours of 8:00 a.m. and 5:00 p.m., OC Animal Care Officers will be available for pre-arranged pick up of animals to be boarded at the OC Animal Shelter. The following protocol is and will continue to be followed:

    a. Initial contact with animal owners will be made by the County's Health Care Agency Outreach and Engagement (HCA O&E) staff.

    b. HCA O&E will provide interested individuals the following information:

        i. This is a boarding (not sheltering) opportunity and is a short-term solution for pet housing while the individual makes permanent arrangement for the animal.

        ii. The animal remains the property of the individual and does not become the property of the County.

        iii. The animal owner will be required to sign a liability waiver and a form authorizing the County to perform necessary medical care/procedures.

        iv. Vaccinations may be administered in accord with shelter policies but micro-chipping and spay or neutering services are optional.

        v. The animal may remain at the shelter for 90 days. If the animal is not retrieved at that time, it will be considered abandoned.

        vi. All costs, including voluntary microchipping and spay and neutering services, will be borne by the County.

8. If an animal is identified by its owner as a candidate for this service, HCA O&E will contact OC Animal Care Dispatch. OC Animal Care Officers will endeavor to

-3-

1 | respond to the location within approximately 30 minutes to accept and transport the animal.
2 | The owner must be present to sign forms and release the animal for boarding.

3 |     9.    An animal was previously impounded from another portion of the Flood
4 | Control Channel when its owner was placed under a 5150 hold. In the event any animals
5 | should be impounded under these same circumstances from the SA Riverbed during the
6 | Project period, County will cover all impound fees and when the owner, upon release,
7 | comes to the OC Animal Care Shelter to retrieve the animal, they will be given the option to
8 | board the animal on the same terms as provided in the Boarding Program.

9 |     10.    As of January 31, 2018, nine cats, six dogs and one rabbit have been boarded in
10 | accordance with this Boarding Program.

11 |     I declare under penalty of perjury under the laws of the United States of America and
12 | the State of California that the foregoing is true and correct.

13 |     Executed this 2nd day of February, 2018, in Santa Ana, California.

*[signature]*

Dylan Wright, Declarant

-4-

| Date | 1/1/18 | 1/2/18 | 1/3/18 | 1/4/18 | 1/5/18 | 1/6/18 | 1/7/18 | 1/8/18 | 1/9/18 | 1/10/18 | 1/11/18 | 1/12/18 | 1/13/18 | 1/14/18 | 1/15/18 | 1/16/18 | 1/17/18 | 1/18/18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meals - Breakfast | 205 | 150 | 208 | 185 | 175 | 590 | 243 | 195 | 191 | 205 | 98 | 193 | 510 | 380 | 175 | 150 | 225 | 220 |
| Meals - Lunch | 215 | 250 | 211 | 175 | 275 | 395 | 326 | 165 | 180 | 285 | 232 | 290 | 513 | 417 | 215 | 794 | 315 | 366 |
| Meals - Dinner | 236 | 231 | 218 | 530 | 214 | 99 | 162 | 228 | 232 | 278 | 690 | 240 | 165 | 216 | 207 | 207 | 232 | 474 |
| Meals Total | 656 | 631 | 637 | 890 | 664 | 1084 | 731 | 588 | 603 | 768 | 1020 | 723 | 1188 | 1013 | 597 | 1151 | 772 | 1060 |
| Safe Sleep - Men | 255 | 263 | 261 | 263 | 262 | 260 | 259 | 255 | 255 | 254 | 255 | 242 | 242 | 241 | 231 | 250 | 242 | 245 |
| Safe Sleep - Women | 140 | 133 | 130 | 135 | 134 | 133 | 130 | 130 | 135 | 136 | 135 | 135 | 133 | 134 | 144 | 135 | 132 | 130 |
| Safe Sleep Total | 395 | 396 | 391 | 398 | 396 | 393 | 389 | 385 | 390 | 390 | 390 | 377 | 375 | 375 | 375 | 385 | 374 | 375 |
| Laundry | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 20 | 0 | 0 | 5 | 5 | 0 | 0 | 7 |
| Showers Total | 67 | 78 | 81 | 89 | 90 | 69 | 63 | 69 | 56 | 78 | 86 | 74 | 63 | 92 | 92 | 84 | 3 | 64 |
| Daily Entries | 498 | 488 | 477 | 477 | 461 | 692 | 639 | 473 | 456 | 477 | 443 | 433 | 769 | 668 | 451 | 453 | 478 | 508 |
| 9-1-1 Calls | 3 | 2 | 2 | 0 | 0 | 4 | 2 | 0 | 2 | 4 | 1 | 0 | 2 | 1 | 4 | 1 | 1 | 3 |
| Outside Referrals | 0 | 1 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 3 | 1 | 0 | 0 |

| Date | 1/19/18 | 1/20/18 | 1/21/18 | 1/22/18 | 1/23/18 | 1/24/18 | 1/25/18 | 1/26/18 | 12/27/17 | 1/28/18 | 1/29/18 | 1/30/18 | 1/31/18 | Month Totals | Monthly Ave. | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meals - Breakfast | 200 | 710 | 580 | 196 | 160 | 275 | 216 | 288 | 638 | 538 | 220 | 180 | 300 | 8,799 | | Meals - Breakfast |
| Meals - Lunch | 329 | 565 | 389 | 216 | 206 | 185 | 296 | 281 | 562 | 230 | 194 | 240 | 191 | 9,503 | | Meals - Lunch |
| Meals - Dinner | 223 | 408 | 248 | 242 | 242 | 345 | 315 | 223 | 328 | 262 | 279 | 279 | 283 | 8,536 | | Meals - Dinner |
| Meals Total | 752 | 1683 | 1217 | 654 | 608 | 805 | 827 | 792 | 1528 | 1030 | 693 | 699 | 774 | 26,838 | 866 | Meals Total |
| Safe Sleep - Men | 261 | 261 | 250 | 259 | 271 | 266 | 263 | 262 | 264 | 258 | 257 | 247 | 253 | 7,907 | 255 | Safe Sleep - Men |
| Safe Sleep - Women | 129 | 127 | 130 | 135 | 140 | 140 | 141 | 135 | 132 | 132 | 136 | 135 | 135 | 4,161 | 134 | Safe Sleep - Women |
| Safe Sleep Total | 390 | 388 | 380 | 394 | 411 | 406 | 404 | 397 | 396 | 390 | 393 | 382 | 388 | 12,068 | 389 | Safe Sleep Total |
| Laundry | 0 | 33 | 5 | 28 | 28 | 29 | 25 | 34 | 17 | 20 | 23 | 31 | 32 | 350 | | Laundry |
| Showers Total | 101 | 61 | 85 | 75 | 89 | 67 | 81 | 83 | 81 | 133 | 133 | 91 | 105 | 2,483 | | Showers Total |
| Daily Entries | 542 | 609 | 679 | 493 | 435 | 452 | 688 | 478 | 644 | 673 | 464 | 478 | 768 | 16,744 | | Daily Entries |
| 9-1-1 Calls | 1 | 0 | 2 | 2 | 2 | 1 | 3 | 2 | 0 | 1 | 1 | 1 | 2 | 50 | | 9-1-1 Calls |
| Outside Referrals | 0 | 0 | 0 | 2 | 0 | 1 | 3 | 3 | 1 | 4 | 3 | 4 | 3 | 36 | | Outside Referrals |

Exhibit 40
Page 5

# CERTIFICATE OF SERVICE

I do hereby declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Suite 407, Santa Ana, California 92702-1379, and my email address is marzette.lair@coco.ocgov.com. I am not a party to the within action.

I hereby certify that I caused the foregoing **DECLARATION OF DYLAN WRIGHT IN SUPPORT OF THE COUNTY OF ORANGE'S OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER** to be served on February 2, 2018, upon all counsel of record listed below by electronic filing utilizing the U.S.D.C.'s CM/ECF:

Attorneys for Plaintiffs, Orange County Catholic Worker; Lisa Bell; Shawn Carroll; Melissa Fields; Larry Ford; Cameron Ralston; Kathy Schuler; Gloria Shoemake:

Carol A Sobel (Email: carolsobel@gmail.com)
Monique Amanda Alarcon (Email: monique.alarcon8@gmail.com)
Aveneet Chattha (Email avneet.chattha7@gmail.com)
Law Offices of Carol A Sobel
725 Arizona Ave., Ste. 300
Santa Monica, CA 90401
Ph: (310) 393-3055
Fax: 310-451-3858

Brooke Alyson Weitzman (Email: bweitzman@eldrcenter.org)
William R Wise, Jr. (Email: bwise@eldrcenter.org)
Elder Law and Disability Rights Center
1535 E. 17th Street
Santa Ana, CA 92705
Ph: (714) 617-5353

Catherine Elizabeth Sweetser (Email: csweetser@sshhlaw.com)
Colleen M. Mullen (Email cmullen@sshhlaw.com)
Paul L Hoffman (Email: hoffpaul@aol.com)
Schonbrun Seplow Harris and Hoffman LLP
11543 W. Olympic Blvd.
Los Angeles, CA 90064
Ph: (310) 396-0731
Fax: 310-399-7040

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed in Santa Ana, California this 2nd day of February, 2018.

/s/
_____
Marzette L. Lair