LEON J. PAGE, COUNTY COUNSEL
MARIANNE VAN RIPER, Sr. Assistant (CA SBN 136688)
marianne.vanriper@coco.ocgov.com
LAURA D. KNAPP, Supervising. Deputy (CA SBN 162800)
laura.knapp@coco.ocgov.com
JUSTIN A. GRAHAM, Deputy (CA SBN 289346)
justin.graham@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Santa Ana, California 92701
Telephone: (714) 834-6020
Facsimile: (714) 834-2359

Attorneys for Defendants, County of Orange,

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| ORANGE COUNTY CATHOLIC WORKER, an unincorporated association; LISA BELL; SHAWN CARROLL; MELISSA FIELDS; LARRY FORD; CAMERON RALSTON; KATHY SCHULER; GLORIA SHOEMAKE, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ORANGE COUNTY; THE CITY OF ANAHEIM; THE CITY OF COSTA MESA; and THE CITY OF ORANGE,<br><br>Defendants. | Case No. 8:18-cv-00155 DOC (KESx)<br><br>**DECLARATION OF KHALID BAZMI IN SUPPORT OF THE COUNTY OF ORANGE'S OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |

I, Khalid Bazmi, declare:

1. My name is Khalid Bazmi. I have personal knowledge of the facts set forth in this Declaration, and if called upon to testify under oath as to their veracity, I could and would do so.

2. I hold a Master's of Science in Civil Engineering from Purdue University, and have over thirty years' experience in that field.

3. I have been employed by the County of Orange ("County") since 2011. In 2015, I was promoted to Assistant Director of Orange County Public Works ("OCPW") and

the County Engineer. In those positions, I am responsible for an annual budget of over $350 million and 460 employees, representing roughly one half of the OCPW's workforce. I oversee the five Engineering Service Areas of OC Public Works including OC Operations & Maintenance, OC Environmental Resources, OC Construction, OC Survey, and OC Infrastructure Programs. I am also responsible for the oversight of day-to-day administrative, technical, and managerial operations.

4. I am also the Chief Engineer of the Orange County Flood Control District. The Orange County Flood Control District is a distinct legal entity from the County of Orange created by the Orange County Flood Control Act ("Act"). Cal. Water Code App. §§ 36-1 through 36-23. Pursuant to the Act, all officers and employees of the County of Orange are also officers and employees of the District. Cal. Water Code App. §§ 36-3.

5. The Act permits recreational use of District property upon finding that the recreational uses will not interfere with the flood control, water conservation, and water quality purposes of said property. In 1972, the District's Board adopted a Resolution, Resolution 72-739 ("Resolution") that permitted hiking, biking and equestrian uses of District property, subject to the discretion of the District's Chief Engineer. A true and correct copy of Orange County Flood Control District Board Resolution 72-739 is attached hereto and incorporated herein as Exhibit "1."

6. The Resolution further permits the Chief Engineer to make "rules and regulations deemed necessary to protect the general public and the district's works. . . ." and permits the Chief Engineer to close sections of District property to public recreational uses upon notice to the Board of Supervisors of the District.

7. Based on information that I received from OCPW staff, OC Parks staff, OC Sheriff personnel, and others, I have determined in my capacity as Chief Engineer of the District that camping on District property is incompatible with the flood control, water reclamation, and water quality purposes dictated by statute for District property, specifically due to the impacts and threat to the environment on District property from the encampments' waste generation, both physical and biological. Furthermore, such camping

was never authorized as a permitted recreational use of District property by the District's Board of Supervisors.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 2nd day of February, 2018, at Santa Ana, California.

_____
Khalid Bazmi, Declarant

RESOLUTION OF THE BOARD OF SUPERVISORS OF

ORANGE COUNTY, CALIFORNIA

June 27, 1972

On motion of Supervisor Phillips, duly seconded and carried, the following Resolution was adopted:

WHEREAS, a joint report has been submitted by the Chief Engineer of the Orange County Flood Control District, the Director of Harbors, Beaches and Parks, and the Director of the Planning Department of Orange County; and

WHEREAS, it is the desire of the Board of Supervisors to approve the said report and to direct its implementation; and

WHEREAS, this Board is authorized by the Orange County Flood Control Act to permit recreational uses of the Flood Control District's properties to the extent that such use will not impair or diminish the requirements for flood prevention and water conservation, and has for a number of years allowed hiking and horseback riding on the Santa Ana River, San Juan Creek and Trabuco Creek rights-of-way under a fee-permit system under resolution F63-99 and amended by resolutions F65-9, F71-77, and F72-30; and

WHEREAS, there has been presented and adopted a certain report entitled, "Feasibility Study of a County Wide Bicycle System in Orange County," which study proposes a bicycle trail within the Santa Ana River right-of-way in addition to horseback riding and hiking; and

WHEREAS, it has been determined that the use of portions of said rights-of-way for horseback riding, hiking and bicycle riding will not impair or diminish existing or probable future requirements for flood prevention and water conservation provided that such recreational uses are regulated and that remedial maintenance work is accomplished on a continuing basis as the need arises as a result of recreational uses; and

WHEREAS, it has been determined that additional costs will be incurred by the district in the use of said rights-of-way for recreational purposes, but that charging a user fee as permitted by the Orange

Resolution No. 72-739
Implementation of Santa Ana
River Corridor Bicycle Trail
Operations & Maintenance

JUL 5 1972

1.

Exhibit 1
Page 4

County Flood Control Act for a combined hiking, horseback riding and bicycle riding program will be oppressively difficult to administer and police; and

WHEREAS, said Board of Supervisors of the Orange County Flood Control District is authorized to adopt reasonable rules and regulations in the exercise of its power and duties, and the district's Chief Engineer is charged by the Orange County Flood Control Act with the duty of managing and administering the affairs of the Flood Control District subject to the direction and control of said Board;

NOW, THEREFORE, BE IT RESOLVED AND ORDERED as follows:

1. APPLICABILITY

Resolutions No. F63-99, F65-9, F71-77 and F72-30 are hereby repealed and rescinded and replaced by this Resolution.

2. LOCATION

This Resolution applies to those portions of the fee owned land of the Orange County Flood Control District, easements owned by the Orange County Flood Control District, if not in conflict with the grant of use under the easement, leases and licenses or rights-of-entry granted unto the Flood Control District, if not in conflict with the terms of the lease, license or right-of-entry, in and about the Santa Ana River between the Pacific Ocean and the MWD outlet approximately 2.5 miles upstream from Imperial Highway, and to San Juan Creek from Coast Highway to the San Diego Freeway, and to Trabuco Creek from San Juan Creek to Station 66.00, 2100 feet upstream from Del Obispo Avenue.

Within the above general areas, the Chief Engineer may designate specific areas closed to hiking, horseback riding and bicycle riding by appropriate posting and notification of the Board in writing of the fact and the reasons for the restriction.

3. PERMITTED USES

The Santa Ana River, San Juan Creek and Trabuco Creek rights-of-way as described above may be used by the general public for hiking, horseback riding and bicycle riding.

2.

Exhibit 1
Page 5

4. STABLE PERMITS

Access from private property to said rights-of-way for riding animals from commercial boarding or rental stables shall require a permit which may be issued by the Chief Engineer on a fiscal year basis. A yearly fee of $100 shall be required by the Chief Engineer, which shall be prorated for portions of a year down to but not less than $50. In extraordinary circumstances, the Chief Engineer may request the Board of Supervisors to specify a fee either more or less than $100.

5. MOTOR VEHICLE USES

Pursuant to Section 21116 of the California Vehicle Code, permission is required to drive a motor vehicle upon the levee roadways within said rights-of-way. The Chief Engineer shall cause appropriate signs to be erected or placed giving notice that permission is required to be obtained to drive a motor vehicle, said signs and placing to be approved by the County Counsel. The nature of vehicles, if any, to which such permission might be granted, and the conditions, regulations and procedure for acquisition of such permission might be granted and the conditions, regulations, and procedure for acquisition of such permission are all contained in the Permit Manual of the Orange County Flood Control District on file in the office of the Chief Engineer at 400 Civic Center Drive West, Santa Ana, California.

6. HOURS

Recreational use of the Santa Ana River corridor shall be limited to periods between 4:00 A.M. and 10:00 P.M. each day.

7. ADMINISTRATION - FINANCIALS

Recreational uses of the Santa Ana River shall be administered by the Flood Control District in accordance with the Orange County Flood Control Act and with this resolution. The Chief Engineer shall keep account of all costs that are attributable to the recreational use, to the exclusion of flood control efforts, and shall not more often like quarterly, request the Auditor-Controller for transfer from the

/

3.

Exhibit 1
Page 6

1  (...) ... the Flood Control District Board of the accumulated
2  ...

3  8.  RULES AND REGULATIONS
4      The Chief Engineer is hereby authorized to make rules and regu-
5  lations deemed necessary to protect the general public and the district's
6  works and landscape within said rights-of-way. The rules and regula-
7  tions or changes thereto shall become effective upon approval by County
8  Counsel and filing with the Board of Supervisors. — STRETCHING THE POSSIBLITIES

9  9.  EFFECTIVE DATE
10     This Resolution shall be effective July 1, 1972, and continue in
11 force until repealed, superseded or modified by further resolution of
12 this Board.

13 10. PROHIBITED USES
14     If any offense prohibited by the laws of the State of California,
15 such as discharge of firearms, dumping, destruction or damage of property,
16 theft of public property, requires posting to be effective, the Chief
17 Engineer shall cause the placing and maintenance of appropriate signs
18 approved by the County Counsel. If approved by the County Counsel, these
19 signs may be combined with other signs to avoid undesirable proliferation
20 of signs.

21     BE IT FURTHER RESOLVED that the report of the Santa Ana River Bicycle
22 Trail Operations and Maintenance is approved, and implementation of said
23 report is directed as recommended in the report.

24
25
26
27
28 AYES:    SUPERVISORS  WILLIAM J. PHILLIPS, DAVID L. BAKER, R. W. BATTIN,
                         AND RONALD W. CASPERS
29 NOES:    SUPERVISORS  NONE
30 ABSENT:  SUPERVISORS  RALPH B. CLARK
31
32

4.

Exhibit 1
Page 7

```
STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF ORANGE    )
```

I, W. E. ST JOHN, County Clerk and ex-officio Clerk of the Board of Supervisors of Orange County, California, hereby certify that the above and foregoing Resolution was duly and regularly adopted by the said Board at a regular meeting thereof held on the __27th__ day of __June__, 1972, and passed by a __unanimous__ vote of said Board members present.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this __27th__ day of __June__, 1972.

                      W. E. ST JOHN
           County Clerk and ex-officio Clerk
            of the Board of Supervisors of
              Orange County, California

By _June Alexander_
                       Deputy

5.

Exhibit 1
Page 8

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Suite 407, Santa Ana, California 92701, and my email address is marzette.lair@coco.ocgov.com. I am not a party to the within action.

I certify that I caused the foregoing **DECLARATION OF KHALID BAZMI IN SUPPORT OF THE COUNTY OF ORANGE'S OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER** to be served on February 2, 2018, upon all counsel of record listed below by electronic filing utilizing the U.S.D.C.'s CM/ECF:

Attorneys for Plaintiffs, Orange County Catholic Worker; Lisa Bell; Shawn Carroll; Melissa Fields; Larry Ford; Cameron Ralston; Kathy Schuler; Gloria Shoemake:

Carol A Sobel (Email: carolsobel@gmail.com)
Monique Amanda Alarcon (Email: monique.alarcon8@gmail.com)
Aveneet Chattha (Email avneet.chattha7@gmail.com)
Law Offices of Carol A Sobel
725 Arizona Ave., Ste. 300
Santa Monica, CA 90401
Ph: (310) 393-3055
Fax: 310-451-3858

Brooke Alyson Weitzman (Email: bweitzman@eldrcenter.org)
William R Wise, Jr. (Email: bwise@eldrcenter.org)
Elder Law and Disability Rights Center
1535 E. 17th Street
Santa Ana, CA 92705
Ph: (714) 617-5353

Catherine Elizabeth Sweetser (Email: csweetser@sshhlaw.com)
Colleen M. Mullen (Email cmullen@sshhlaw.com)
Paul L Hoffman (Email: hoffpaul@aol.com)
Schonbrun Seplow Harris and Hoffman LLP
11543 W. Olympic Blvd.
Los Angeles, CA 90064
Ph: (310) 396-0731
Fax: 310-399-7040

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed in Santa Ana, California this 2nd day of February, 2018.

/s/
Marzette L. Lair

CERTIFICATE OF SERVICE