Mark J. Austin (State Bar No. 208880)
maustin@rutan.com
V. Thai Phan (State Bar No. 310176)
tphan@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Kristin A. Pelletier (SBN 155378)
kpelletier@anaheim.net
ANAHEIM CITY ATTORNEY'S OFFICE
200 S. Anaheim Boulevard, Suite 356
Anaheim, California 92805
Telephone: 714-765-5169
Facsimile: 714-765-5123

Attorneys for Defendant CITY OF ANAHEIM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY CATHOLIC WORKER, an unincorporated association; Lisa Bell, Shawn Carroll, Melissa Fields, Larry Ford, Cameron Ralston, Kathy Schuler, Gloria Shoemake, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ORANGE COUNTY, the City of Anaheim, the City of Costa Mesa, and the City of Orange,<br><br>Defendants. | Case No.: 8:18-cv-00155 DOC (KESx)<br><br>Assigned to: Honorable David O. Carter<br>Dept.: Ctrm 9D<br><br>**DECLARATION OF MARK CYPRIEN IN SUPPORT OF THE CITY OF ANAHEIM'S OPPOSITION TO TEMPORARY RESTRAINING ORDER**<br><br>Action Filed: January 29, 2018<br>Trial Date: None set |

## DECLARATION OF MARK CYPRIEN

I, MARK CYPRIEN, hereby declare as follows:

1. I have been employed by the City of Anaheim, working in a peace officer capacity, since 1991. I am currently the Acting Deputy Chief of the Anaheim Police Department and hold the permanent rank of Captain in the Anaheim Police Department ("APD"). I have personal knowledge of the matters stated herein and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of APD Training Bulletin 15-30, issued on October 20, 2015. This Bulletin reflects the training and directive given to APD officers with respect to the enforcement of Anaheim Municipal Code §11.10.030. The Bulletin provides, in pertinent part:

> <u>Offering Services to the Individual(s)</u>
> Officers must provide the opportunity for the individual(s) to leave the area, and <u>must offer an available shelter/housing services of an available convenient shelter/housing option</u>. Documentation of the specific shelter/housing space offered and the subject's refusal is required for any citation.

3. The Anaheim Police Department does not enforce the Anaheim Municipal Code in the Santa Ana Riverbed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 2nd day of February, 2018, at Anaheim, California.

_____
MARK CYPRIEN, Acting Deputy Chief