# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 18-0155-DOC (KESx)　　　　　　　　　　Date: February 4, 2018

Title: ORANGE COUNTY CATHOLIC WORKER ET AL. V. ORANGE COUNTY ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** **ORDER SETTING HEARING RE PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER [16] AND ORDER TO SHOW CAUSE WHY PRELIMINARY OR PERMANENT INJUNCTION SHOULD NOT ISSUE**

Before the Court is Plaintiff Lisa Bell, Shawn Carroll, Melissa Fields, Larry Ford, Orange County Catholic Worker, Cameron Ralston, Kathy Schuler, and Gloria Shoemake's (collectively, "Plaintiffs") Ex Parte Application for Temporary Restraining Order as to Enforcement of the Various Anti-Camping, Trespass, and Loitering Laws (Dkt. 16). Defendants City of Costa Mesa, City of Anaheim, City of Orange, and Orange County have each opposed Plaintiff's Application (Dkts. 34, 46, 47, 49).

The Court ORDERS all parties to appear for a hearing on **February 13, 2018, at 8 a.m.** to discuss a temporary restraining order and any further injunctive relief Plaintiffs seek. The Court is concerned that persons who leave or are evicted from the Riverbed may subsequently be cited by Defendant Cities under those Cities' anti-camping or anti-loitering laws, even though those persons may not be able to find a shelter or other place

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 18-0155-DOC (KESx)　　　　　　　　　　　　　　　　　　Date: February 4, 2018
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

to sleep. Thus, the Court asks Defendants to bring to the hearing information about the number and circumstances of any citations issued or arrests made, if any, under Defendants' respective anti-camping and anti-loitering laws since January 1, 2018. In addition, the Court welcomes testimony and presentation of evidence by all parties regarding the issues raised by this case, including but not limited to the circumstances faced by Plaintiffs and those living on the Riverbed, details about Defendant Orange County's process for clearing the Riverbed, information about the number and background of homeless persons in Orange County and on the Riverbed specifically, and how much and what kind of shelter space is currently available. The Court also welcomes attendance at the hearing and written briefing by any amicus groups, which may include veterans' organizations, service providers, abused women's protection and housing organizations, and other cities affected by the homelessness crisis in Orange County that are not named as Defendants in this case.

　　　Defendants may submit additional briefing regarding injunctive relief no later than **5 p.m. on February 8, 2018**. Plaintiffs may submit responsive briefing no later than **8 a.m. on February 12, 2018.**

　　　The Clerk shall serve this minute order on the parties.

MINUTES FORM 11　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: djl
CIVIL-GEN