**BROOKE WEITZMAN** SBN 301037
**WILLIAM WISE** SBN 109468
**ELDER LAW AND DISABILITY RIGHTS CENTER**
1535 E 17th Street, Suite 104
Santa Ana, California 92705
t. 714 617–5353
e. bweitzman@eldrcenter.org
e. bwise@eldrcenter.org


**CAROL A. SOBEL** SBN 84483
**MONIQUE ALARCON** SBN 311650
**AVNEET CHATTHA** SBN 316545
**LAW OFFICE OF CAROL A. SOBEL**
725 Arizona Avenue, Suite 300
Santa Monica, California 90401
t. 310-393-3055
e. carolsobellaw@gmail.com
e. monique.alarcon8@gmail.com
e. avneet.chattha7@gmail.com

ATTORNEYS FOR PLAINTIFFS
[ADDITIONAL COUNSEL ON NEXT PAGE]

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

Orange County Catholic Worker, et al.,
            Plaintiffs,
  v.
Orange County et al.,
            Defendants.

Case No.: 18-CV-00155-DOC-KES

NOTICE OF SERVICE OF STANDING ORDER

1

**PAUL L. HOFFMAN** SBN 71244
**CATHERINE SWEETSER** SBN 271142
**COLLEEN M. MULLEN** SBN 299059
SCHONBRUN, SEPLOW, HARRIS & HOFFMAN
11543 W. Olympic Blvd.
Los Angeles, California   90064
t.  310-396-0731
e.  hoffpaul@aol.com
e.  csweetser@sshhlaw.com
e.  cmullen@sshhlaw.com

NOTICE IS HEREBY GIVEN that Plaintiffs' counsel has served the Standing Order of the Honorable David O. Carter on all parties who have appeared in this action.

Dated: February 6, 2018

Respectfully submitted,

LAW OFFICE OF CAROL A. SOBEL

   /s/   Carol A. Sobel
By: CAROL A. SOBEL
Attorneys for Plaintiffs