**BROOKE WEITZMAN** SBN 301037
**WILLIAM WISE** SBN 109468
**ELDER LAW AND DISABILITY RIGHTS CENTER**
1535 E 17th Street, Suite 104
Santa Ana, California 92705
t. 714 617–5353
e. bweitzman@eldrcenter.org
e. bwise@eldrcenter.org


**CAROL A. SOBEL** SBN 84483
**MONIQUE ALARCON** SBN 311650
**AVNEET CHATTHA** SBN 316545
**LAW OFFICE OF CAROL A. SOBEL**
725 Arizona Avenue, Suite 300
Santa Monica, California 90401
t. 310-393-3055
e. carolsobellaw@gmail.com
e. monique.alarcon8@gmail.com
e. avneet.chattha7@gmail.com

ATTORNEYS FOR PLAINTIFFS
[ADDITIONAL COUNSEL ON NEXT PAGE]

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| Orange County Catholic Worker, et al., Plaintiffs, v. Orange County et al., Defendants. | Case No.: 18-CV-00155-DOC-KES<br><br>EMERGENCY REQUEST TO STAY COUNTY ARRESTS<br><br>Date: February 6, 2018<br>Time: None<br>Ctrom: Hon. David O. Carter |

1

1 | **PAUL L. HOFFMAN** SBN 71244
2 | **CATHERINE SWEETSER** SBN 271142
3 | **COLLEEN M. MULLEN** SBN 299059
  | SCHONBRUN, SEPLOW, HARRIS & HOFFMAN
4 | 11543 W. Olympic Blvd.
  | Los Angeles, California   90064
5 | t.  310-396-0731
6 | e. hoffpaul@aol.com
  | e. csweetser@sshhlaw.com
7 | e. cmullen@sshhlaw.com
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Plaintiffs file this Emergency Stay Request to block the County from citing
2  and arresting Plaintiffs and others in the riverbed beginning tomorrow morning,
3  Despite the County's prior representations to the Court that there were no
4  imminent plans to cite or arrest the hundreds of unhoused persons in the Riverbed,
5  the County has now decided to do so.
6  In response to a query from Plaintiffs counsel, following reports that
7  Sheriff's Deputies and other County workers started telling people today that
8  arrests were imminent, the County has now confirmed that it intends to cite and
9  arrest people starting tomorrow morning.  A true and  correct copy of the email
10 notification sent to Plaintiffs' counsel by the County attorneys is attached as
11 Exhibit A.
12 Plaintiffs request that the Court issue an emergency order staying the
13 County's actions.  This matter is set for a hearing on the requested Temporary
14 Restraining Order next Tuesday morning.  By then, Plaintiffs will be cited,
15 arrested, or wandering the streets without a place to rest.
16 Because irreparable harm will occur in just a few hours, the Court's
17 immediate intervention is critical.

Dated: February 6, 2018              Respectfully submitted,
                                     LAW OFFICE OF CAROL A. SOBEL


                                         /s/     Carol A. Sobel
                                     By: CAROL A. SOBEL
                                     Attorneys for Plaintiffs