**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Orange County Catholic Worker, et al., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 8:18-cv-00155-DOC-KES |
| Orange County, et al., | **ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE** |
| DEFENDANT(S). | ☒ FOR DISCOVERY<br>☐ PER GENERAL ORDER 05-07 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:
Defendant City of Anaheim is represented by her former law firm, Rutan & Tucker,

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

February 5, 2018
Date

Karen E. Scott
United States Magistrate Judge

**NOTICE TO COUNSEL FROM THE CLERK**

This case has been randomly referred to Magistrate Judge __John D. Early__. On all documents subsequently filed in this case, please substitute the initials __(JDEx)__ after the case number in place of the initials of the prior judge, so that the case number will read __SACV18-00155 DOC(JDEx)__ This is very important because the documents are routed to the assigned judges by means of these initials

cc:   Previous Magistrate Judge

CV-110 (06/14)   ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE