LEON J. PAGE, COUNTY COUNSEL
MARIANNE VAN RIPER, Sr. Assistant (CA SBN 136688)
marianne.vanriper@coco.ocgov.com
LAURA D. KNAPP, Supervising. Deputy (CA SBN 162800)
laura.knapp@coco.ocgov.com
JUSTIN A. GRAHAM, Deputy (CA SBN 289346)
justin.graham@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Santa Ana, California  92701
Telephone:  (714) 834-6020
Facsimile:  (714) 834-2359

Attorneys for Defendants, County of Orange,

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| ORANGE COUNTY CATHOLIC WORKER, an unincorporated association; LISA BELL; SHAWN CARROLL; MELISSA FIELDS; LARRY FORD; CAMERON RALSTON; KATHY SCHULER; GLORIA SHOEMAKE, as individuals,<br><br>    Plaintiffs,<br><br>  v.<br><br>ORANGE COUNTY; THE CITY OF ANAHEIM; THE CITY OF COSTA MESA; and THE CITY OF ORANGE,<br><br>    Defendants. | Case No. 8:18-cv-00155 DOC (JDEx)<br><br>**DECLARATION OF MICHAEL ONTIVEROS IN RESPONSE TO OSC WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br><br><br>**DATE:   February 13, 2018<br>TIME:   8:00 a.m.<br>PLACE:   Courtroom 9D<br>   Honorable David O. Carter** |

I, Michael Ontiveros, declare:

1.     I have personal knowledge of the facts set forth in this declaration, and if called up to testify under oath as to their accuracy, I could and would do so.

2.     I am employed as a maintenance inspector specialist with OC Public Works ("OCPW"), in the Operations and Maintenance division. I am also the National Pollutant Discharge Elimination System, Water Quality Management Plan, Best Management Practices Coordinator for OCPW. My duties include inspecting Orange County Flood

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

-1-

Control District ("District") flood and storm channels, and I have previous experience in Code Enforcement.  I also often work closely with our Area Inspectors and assist them daily in the performance of their duties. Area Inspectors typically oversee the flood control channels in their assigned area.

3.    On February 7, 2018, I was tasked with inspecting portions of the Santa Ana Riverbed property, specifically from Ball Road to the right side of Katella Avenue, from Katella Avenue to the left side of Orangewood Avenue, from Orangewood Avenue to the left side of Chapman Avenue, and from Chapman Avenue to the Interstate 5 freeway. Attached hereto as Exhibit "45" are pictures I took during my inspection.

4.    During the course of that inspection, I worked my way along the bike trail starting at Ball Road and proceeding along the Santa Ana River to the 5 Freeway. Inspection of the District's facilities was difficult since many tents are still present in the area, making it difficult to get a firm understanding of the overall condition of the District's facilities. As a consequence, I was only able to perform a superficial inspection, and what I observed during the course of this inspection should not be construed as the limit of all conditions or damage that may need to be remediated or repaired.

5.    The areas that I was able to see showed the recent camps have impacted the dirt slopes, which, in my opinion, have been manipulated to create more level living space. Much of the exposed areas show alterations to the slope and grading, some with large cut outs into the levee itself, and other areas where material had been dug out and removed. The slope appears to have been damaged in order to set up camps or create pathways. Alteration to the grading could potentially change the way water drains and thereby create ponding or flooding which could detrimentally impact the integrity or function of the flood control facility and facility components.

6.    I also observed displaced rip rap (large rocks), which is used to protect embankments and other earthen structures within the facility from erosion. The rip rap appears to have been removed and used to create camp boundaries, retaining walls, and fire pits.

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

7.      A notable amount of vegetation has grown in along the outer levee upstream Katella to the railroad crossing. Since crews have not been able to access or work around the camps, an excessive amount of invasive vegetation has grown throughout the rip rap . OCPW typically does not allow vegetation to grow on the rocks, or on the inner or outer slopes of a flood channel. Vegetation growth obscures the structure of the levee from view, thereby prohibiting inspection. Furthermore, roots from vegetation growth may degrade earthen flood control structures, or may create habitat for animals, also endangering the structural integrity of the flood control facility.  Moreover, with camps blocking crews from performing preventative maintenance, in my opinion more extensive and costly repairs will ultimately be needed than if OCPW had been able to perform regular preventative maintenance.

8.      While there were pockets of vacant areas that appear to have been cleaned up and left in a decent condition, overall I observed extremely large amounts of trash and debris throughout the area. Human and animal waste was visible, including bottles and buckets which, based on my experience, appeared to be full of urine and feces.

9.      There were also signs of fires that got out of control including in one area adjacent to an apartment complex.

10.     In light of the derelict condition of the area I inspected, I have recommended several work orders and repairs be done. These recommendations are not an exhaustive list, though, since there are still numerous camps covering larges areas that cannot be inspected.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 7th day of February, 2018, in ___Orange___, California.

_____

Michael Ontiveros, Declarant

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

Santa Ana River Photos   – Taft to 5 Fwy. (2/07/18)

Ball Rd. (Taft) to Katella R/S



A



B



C



D



E



F

**EXHIBIT 45 - PAGE 4**



G

H

I

J

K

L

**EXHIBIT 45 - PAGE 5**



M

N

O

P

Q

R

**EXHIBIT 45 - PAGE 6**



S

T

U

V

W

X

**EXHIBIT 45 - PAGE 7**



Y

Z

AA

BB

CC

DD

EXHIBIT 45 - PAGE 8



EE

FF

GG - Damaged CMP

HH - Buried pipe

II

JJ - Damaged fence.

EXHIBIT 45 - PAGE 9



KK

LL

MM

NN

OO

PP

**EXHIBIT 45 - PAGE 10**



QQ



RR - Improvised toilet.



SS



TT - Large cut out / damaged slope



UU



VV

**EXHIBIT 45 - PAGE 11**



WW - Large cut out/ damaged slope



XX - Damaged slope



YY - Damaged slope



ZZ - Excessive vegetation



AAA - Displaced rip rap/ damaged slope



BBB

**EXHIBIT 45 - PAGE 12**



CCC - Hole / fire pit

DDD

EEE

FFF

GGG

HHH

EXHIBIT 45 - PAGE 13



III



JJJ - Damaged slope.



KKK



LLL - Excessive vegetation on levee.



MMM



NNN

**EXHIBIT 45 - PAGE 14**



OOO - Running generator.



PPP - Illegal posting of signs.



QQQ



RRR



SSS

**EXHIBIT 45 - PAGE 15**

Katella to Orangewood L/S



TTT



UUU - Damaged slope



VVV - Damaged slope.



WWW - Damaged slope



XXX



YYY

**EXHIBIT 45 - PAGE 16**



ZZZ

AAAA - Hypodermic needles and caps.

BBBB

CCCC

DDDD

EEEE

**EXHIBIT 45 - PAGE 17**



FFFF



GGGG - Displaced rip rap used for fire ring.



HHHH



IIII



JJJJ



KKKK

EXHIBIT 45 - PAGE 18



LLLL - Various trash and debris



MMMM



NNNN



OOOO



PPPP



QQQQ - small tunnel

EXHIBIT 45 - PAGE 19



RRRR



SSSS - Apparent bathroom



TTTT



UUUU



VVVV

EXHIBIT 45 - PAGE 20

Orangewood to Chapman L/S



WWWW



XXXX



YYYY



ZZZZ



AAAAA



BBBBB - Waste buckets

EXHIBIT 45 - PAGE 21



CCCCC - Altered grading



DDDDD



EEEEE



FFFFF



GGGGG



HHHHH

EXHIBIT 45 - PAGE 22



IIIII - Cut down tree used for tent pole



JJJJJ - Feces



KKKKK



LLLLL



MMMMM



NNNNN

**EXHIBIT 45 - PAGE 23**



OOOOO



PPPPP - Apparent bottles of urine



QQQQQ - Trash and debris



RRRRR



SSSSS



TTTTT – Fire damaged

**EXHIBIT 45 - PAGE 24**



UUUUU



VVVVV – Empty Trash Site



WWWWW



XXXXX - Damaged slope



YYYYY

EXHIBIT 45 - PAGE 25

Chapman to the 5 FWY



ZZZZZ - Damaged slope



AAAAAA – Empty trash site



BBBBBB



CCCCCC



DDDDDD



EEEEEE

**EXHIBIT 45 - PAGE 26**



FFFFFF



GGGGGG - Damaged slope



HHHHHH - Damaged slope



IIIIII - Trash and debris



JJJJJJ - Trash and debris



KKKKKK - Damaged slope/ displaced rip-rap

EXHIBIT 45 - PAGE 27



LLLLL - Damaged slope



MMMMMM



NNNNNN- Displaced rip-rap

**EXHIBIT 45 - PAGE 28**

**CERTIFICATE OF SERVICE**

I do hereby declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Suite 407, Santa Ana, California 92702-1379, and my email address is marzette.lair@ coco.ocgov.com.  I am not a party to the within action.

I hereby certify that I caused the foregoing **DECLARATION OF MICHAEL ONTIVEROS IN RESPONSE TO OSC WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** to be served on February 7, 2018, upon all counsel of record listed below by electronic filing utilizing the U.S.D.C.'s CM/ECF:

Attorneys for Plaintiffs, Orange County Catholic Worker; Lisa Bell; Shawn Carroll; Melissa Fields; Larry Ford; Cameron Ralston; Kathy Schuler; Gloria Shoemake:

Carol A Sobel (Email: carolsobel@gmail.com)
Monique Amanda Alarcon (Email: monique.alarcon8@gmail.com)
Aveneet Chattha (Email avneet.chattha7@gmail.com)
Law Offices of Carol A Sobel
725 Arizona Ave., Ste. 300
Santa Monica, CA 90401
Ph: (310) 393-3055
Fax: 310-451-3858

Brooke Alyson Weitzman (Email: bweitzman@eldrcenter.org)
William R Wise, Jr. (Email: bwise@eldrcenter.org)
Elder Law and Disability Rights Center
1535 E. 17th Street
Santa Ana, CA  92705
Ph: (714) 617-5353

Catherine Elizabeth Sweetser (Email: csweetser@sshhlaw.com)
Colleen M. Mullen (Email cmullen@sshhlaw.com)
Paul L Hoffman (Email: hoffpaul@aol.com)
Schonbrun Seplow Harris and Hoffman LLP
11543 W. Olympic Blvd.
Los Angeles, CA  90064
Ph: (310) 396-0731
Fax: 310-399-7040

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed in Santa Ana, California this 7th day of February, 2018.

_____
/s/
Marzette L. Lair

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE