UGOCHI ANAEBERE-NICHOLSON (SBN 234069)
KENNETH W. BABCOCK (SBN 100183)
PUBLIC LAW CENTER
601 Civic Center Drive West
Santa Ana, CA 92701
Telephone: 714-541-1010, ext. 280; Facsimile: 714-541-5157
Email: unicholson@publiclawcenter.org

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY CATHOLIC WORKER, an unincorporated association; Lisa Bell, Shawn Carroll, Melissa Fields, Larry Ford, Cameron Ralston, Kathy Schuler, Gloria Shoemake, as individuals;<br><br>    Plaintiffs,<br><br>v.<br><br>ORANGE COUNTY, the City of Anaheim, the City of Costa Mesa, and the City of Orange,<br><br>    Defendants. | Case No.: 8:18-cv-00155-DOC-(KESx)<br><br>AMENDED PROOF OF SERVICE<br><br>[Honorable David O. Carter]<br><br>Complaint Filed: January 29, 2018<br>Trial Date: None Set<br>Hearing Date: February 13, 2018 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

///

///

///

1        I hereby certify that on February 9, 2018, I caused to be filed electronically
2  via the Court's CM/ECF System, and thereby served on all counsel, a true and
3  correct copy of this Brief of Amici Curiae on the following persons:
4  Brooke Weitzman, Esq.
5  William Wise, Esq.
6  Elder Law and Disability Rights Center
7  [*Counsel for Plaintiffs, Orange County Catholic Worker, et al.*]
8
9  Carol A. Sobel, Esq.
10 Monique Alarcon, Esq.
11 Avneet Chatta, Esq.
12 Law Office of Carol A. Sobel
13 [*Counsel for Plaintiffs, Orange County Catholic Worker, et al.*]
14
15 Paul L. Hoffman, Esq.
16 Catherine Sweetser, Esq.
17 Colleen M. Mullen, Esq.
18 Schonbrun, Seplow, Harris & Hoffman
19 [*Counsel for Plaintiffs, Orange County Catholic Worker, et al.*]
20
21 Leon James Page, Esq.
22 Marianne Van Riper, Esq.
23 Laura Knapp, Esq.
24 Wayne W. Winthers, Esq.
25 Ofc. Orange County Counsel
26 [*Counsel for Defendants, Orange County, et al.*]
27
28

| | |
|---|---|
| 1 | James R. Touchstone, Esq. |
| 2 | Krista M. Jee, Esq. |
| 3 | Jones & Mayer |
| 4 | *[Counsel for Defendants]* |
| 5 | |
| 6 | Mark J. Austin, Esq. |
| 7 | Rutan & Tucker |
| 8 | *[Counsel for Defendants]* |
| 9 | |
| 10 | Pursuant to L.R. 5-4, a chamber copy of this Amicus Brief was delivered on |
| 11 | February 9, 2018, to: |
| 12 | Honorable David O. Carter |
| 13 | Ronald Reagan Federal Building |
| 14 | United States Courthouse |
| 15 | 411 West Fourth Street, 9th Floor, Courtroom D |
| 16 | Santa Ana, CA 92701 |
| 17 | I declare under penalty of perjury pursuant to the laws of the State of |
| 18 | California that the foregoing is true and correct. |
| 19 | Executed February 9, 2018, at Santa Ana, California. |

/s/ *Ugochi Anaebere-Nicholson*
Ugochi Anaebere-Nicholson