LEON J. PAGE, COUNTY COUNSEL
MARIANNE VAN RIPER, Sr. Assistant (CA SBN 136688)
marianne.vanriper@coco.ocgov.com
LAURA D. KNAPP, Supervising. Deputy (CA SBN 162800)
laura.knapp@coco.ocgov.com
KAYLA N. WATSON, Deputy (CA SBN 286423)
Kayla.watson@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Santa Ana, California 92701
Telephone: (714) 834-6020
Facsimile: (714) 834-2359

Attorneys for Defendants, County of Orange,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| ORANGE COUNTY CATHOLIC WORKER, an unincorporated association; LISA BELL; SHAWN CARROLL; MELISSA FIELDS; LARRY FORD; CAMERON RALSTON; KATHY SCHULER; GLORIA SHOEMAKE, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ORANGE COUNTY; THE CITY OF ANAHEIM; THE CITY OF COSTA MESA; and THE CITY OF ORANGE,<br><br>Defendants. | Case No. 8:18-cv-00155 DOC (KESx)<br><br>**COUNTY OF ORANGE'S JOINDER TO DEFENDANT CITY OF ANAHEIM'S OPPOSITION TO TAKE JUDICIAL NOTICE IN SUPPORT OF ITS APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>DATE: February 13, 2018<br>TIME: 8:00 a.m.<br>DEPT.: 9D |

//
//
//
//
//
//
//

1   The COUNTY OF ORANGE, does hereby join in Defendant, CITY OF
2   ANAHEIM'S previously filed Opposition to Plaintiffs' Request to Take Judicial Notice
3   (Dkt. #48) and adopts all arguments, proffered evidence and objections as its own.

DATED: February 9, 2018                  Respectfully submitted,

LEON J. PAGE, COUNTY COUNSEL
MARIANNE VAN RIPER, Senior Assistant
LAURA D. KNAPP, Supervising Deputy
KAYLA N. WATSON, Deputy


By /s/ Kayla N. Watson
   KAYLA N. WATSON,
   Deputy County Counsel
Attorneys for Defendant, County of Orange

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Suite 407, Santa Ana, California 92701, and my email address is patti.owens@coco.ocgov.com. I am not a party to the within action.

I certify that I caused the foregoing **COUNTY OF ORANGE'S JOINDER TO DEFENDANT CITY OF ANAHEIM'S OPPOSITION TO TAKE JUDICIAL NOTICE IN SUPPORT OF ITS APPLICATION FOR A TEMPORARY RESTRAINING ORDER** to be served on February 9, 2018, upon all counsel of record listed below by electronic filing utilizing the U.S.D.C.'s CM/ECF:

Attorneys for Plaintiffs, Tammy Schuler, Gloria Shoemake, Melanie Payne, Sara Leanne Weaver, and Nick Matrisciano:

    Carol A Sobel (Email: carolsobel@gmail.com)
    Monique Amanda Alarcon (Email: monique.alarcon8@gmail.com)
    Avneet Chattha (Email avneet.chattha7@gmail.com)
    Law Offices of Carol A Sobel
    725 Arizona Ave., Ste. 300
    Santa Monica, CA 90401
    Ph: (310) 393-3055
    Fax: 310-451-3858

    Brooke Alyson Weitzman (Email: bweitzman@eldrcenter.org)
    William R Wise, Jr. (Email: bwise@eldrcenter.org)
    Elder Law and Disability Rights Center
    1535 E. 17th Street
    Santa Ana, CA 92705
    Ph: (714) 617-5353

    Catherine Elizabeth Sweetser (Email: csweetser@sshhlaw.com)
    Colleen M. Mullen (Email cmullen@sshhlaw.com)
    Paul L Hoffman (Email: hoffpaul@aol.com)
    Schonbrun Seplow Harris and Hoffman LLP
    11543 W. Olympic Blvd.
    Los Angeles, CA 90064
    Ph: (310) 396-0731
    Fax: 310-399-7040

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed in Santa Ana, California this February 9, 2018.

                /s/
             Patricia A. Owens