

Page 6 Exhibit 46



Page 7 Exhibit 47



Page 8 Exhibit 48



Page 9 Exhibit 49



Page 10 Exhibit 50



Page 11 Exhibit 51



Page 12 Exhibit 52



Page 13 Exhibit 53



Page 14 Exhibit 54



Page 15 Exhibit 55









Exhibit 59







Page 22-Exhibit 62

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Suite 407, Santa Ana, California 92701, and my email address is marzette.lair@ coco.ocgov.com.  I am not a party to the within action.

I certify that I caused the foregoing **DECLARATION OF THEODORE LUCKHAM IN SUPPORT OF THE COUNTY OF ORANGE'S OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER** to be served on February 2, 2018, upon all counsel of record listed below by electronic filing utilizing the U.S.D.C.'s CM/ECF:

Attorneys for Plaintiffs, Orange County Catholic Worker; Lisa Bell; Shawn Carroll; Melissa Fields; Larry Ford; Cameron Ralston; Kathy Schuler; Gloria Shoemake:

Carol A Sobel (Email: carolsobel@gmail.com)
Monique Amanda Alarcon (Email: monique.alarcon8@gmail.com)
Aveneet Chattha (Email avneet.chattha7@gmail.com)
Law Offices of Carol A Sobel
725 Arizona Ave., Ste. 300
Santa Monica, CA 90401
Ph: (310) 393-3055
Fax: 310-451-3858

Brooke Alyson Weitzman (Email: bweitzman@eldrcenter.org)
William R Wise, Jr. (Email: bwise@eldrcenter.org)
Elder Law and Disability Rights Center
1535 E. 17th Street
Santa Ana, CA  92705
Ph: (714) 617-5353

Catherine Elizabeth Sweetser (Email: csweetser@sshhlaw.com)
Colleen M. Mullen (Email cmullen@sshhlaw.com)
Paul L Hoffman (Email: hoffpaul@aol.com)
Schonbrun Seplow Harris and Hoffman LLP
11543 W. Olympic Blvd.
Los Angeles, CA  90064
Ph: (310) 396-0731
Fax: 310-399-7040

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed in Santa Ana, California this 2nd day of February, 2018.

/s/
_____
Marzette L. Lair

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

CERTIFICATE OF SERVICE