GREGORY PEACOCK, ESQ. (SBN. 277669)
**D'EGIDIO, LICARI, TOWNSEND, & SHAH, APC**
4425 JAMBOREE ROAD
SUITE 130
NEWPORT BEACH, CA 92660
Telephone: (949) 292-7478
greg@dltslaw.com

Attorney for *Amicus Curiae* Colette's Children's Home

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY CATHOLIC WORKER, an unincorporated association; Lisa Bell, Shawn Carroll, Melissa Fields, Larry Ford, Cameron Ralston, Kathy Schuler, Gloria Shoemake, as individuals,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ORANGE COUNTY, the City of Anaheim, the City of Costa Mesa, and the City of Orange,<br><br>    Defendants. | Case No. 18-cv-00155-DOC-KES<br><br>NOTICE OF *AMICUS CURIAE* LETTER AND SUPPORTING EVIDENCE IN SUPPORT OF PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1
NOTICE OF *AMICUS CURIAE* LETTER AND SUPPORTING EVIDENCE IN SUPPORT OF PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION

**COMES NOW** Colette's Children's Home, as *Amicus Curiae*, and attach hereto as Exhibit "A," a letter and supporting evidence in support of Plaintiffs' Application for Preliminary Injunction.

Dated: February 11, 2018        D'EGIDIO, LICARI, TOWNSEND, & SHAH, APC

By:_____ /S/_*Gregory Peacock*_____

# EXHIBIT A



**Colette's Children's Home**
*Healing Homelessness*

7372 Prince Drive, Suite 106 Huntington Beach, CA 92647  Phone: (714) 596-1380  Fax: (714) 848-1866

February 9, 2018

To Whom It May Concern,

My name is William O'Connell and I am a city council member of Huntington Beach, a city of over 200,000 residents. This is some of my involvement in Orange County:

- Elected by 34 mayors from Orange County to serve on the Board of the Commission to End Homelessness. Recently the commission was dissolved by the Board Chair and Board of Supervisors and failed to accomplish its mission.
- Elected by 34 mayors from Orange County to serve on the Housing Community Development Commission.
- Sit on the Prop 63 Mental Health Steering Committee.
- Serve on the board of directors at the Orange County Food Bank, one of two food banks which provides hundreds of thousands of meals to Orange County residents.

I have witnessed the failed leadership of local, county, state and federal government to address the issue of homelessness. Today I write this letter as the founder and Executive Director of Colette's Children's Home (CCH), which has provided housing and supportive services to over 4,300 homeless women and children throughout Orange County. CCH started from the tailgate of a pick-up truck and is now one of the largest transitional housing providers in Orange County today.

In 2017, CCH had requests from 4,733 homeless women and children seeking shelter and supportive services. CCH housed and served 543 homeless women and children (11% of requests received). 267 (76%) of the 351 women and children who left the program entered permanent housing. 157 (80%) of the women that we served secured and/or maintained employment. We also helped reunify 25 mothers reunified with 40 children.

Attached is detailed information regarding the successes and challenges of the need for housing and supportive services in Orange County and the capacity to provide it. We do not have the housing and resources to meet the needs of the homeless in the community.

Sincerely,

*William O'Conner*

William O'Connell
Executive Director
colletteschildren@aol.com

IRS Regulation 501 (c)(3)   Federal Tax ID # 91-1939140        www.coletteschildrenshome.com

*"This program has helped me get back on my feet and become a mother to my two kids I can be proud of…" -Janice*



# Colette's Children's Home

7372 Prince Dr. Suite 106, Huntington Beach, CA 92647
714-596-1380 | www.coletteschildrenshome.com

## Requests Received vs. Homeless Women and Children Served

● **Requests**   ● **Served**



| Year | Requests | Served | % not served |
|---|---|---|---|
| 2013 | 3,816 | 495 | 87% of requests not served |
| 2014 | 4,287 | 515 | 88% of requests not served |
| 2015 | 3,903 | 569 | 85% of requests not served |
| 2016 | 3,893 | 633 | 84% of requests not served |
| 2017 | 4,733 | 543 | 89% of requests not served |



The need for housing and supportive services far outweighs the capacity and resources available to serve the homeless population. Over the last 5 years we were able to provide housing and supportive services to an average 13% of the homeless women and children requesting services.

**20,632 Requests**

**17,877 Not Served**

**2,755 Served**