DARREN VERACRUZ (SBN 294575)
MOHAMMED ALY (SBN 312419)
OC POVERTY ALLEVIATION COALITION
635 North Eckhoff Street. Suite L
Orange, CA 92686
Telephone: 714-510-2817; Facsimile: 714-464-4660
Email: Darren@en-law.com

**UNITED STATES DISTRICT COURT FOR**

**THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Orange County Catholic Worker, an unincorporated association; Lisa Bell, Shawn Carroll, Melissa Fields, Larry Ford, Cameron Ralston, Kathy Schuler, Gloria Schumake, as individuals: <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF ORANGE, the City of Anaheim, the City of Costa Mesa, and the City of Orange, <br><br> Defendants. | Case No.: 8:18-cv-00155-DOC-JDE <br><br> **MOTION FOR LEAVE TO SUBMIT AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER** <br><br> Date:        February 13, 2018 <br> Time:       8:00 a.m. <br> Courtroom: 9D <br><br> The Honorable David O. Carter |

**MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' APPLICATION FOR**

**TEMPORARY RESTRAINING ORDER**

Orange County Poverty Alleviation Coalition, a 501(c)(3) a nonprofit organization, respectfully submits this motion for leave to file the attached Amicus Brief in support of Plaintiff's Application for Temporary Restraining Order. On February 6, 2018, the Court ordered all parties to appear for a hearing on February 13, 2018 and invited written briefing from "any amicus groups, which may include … service providers…and housing organizations." (Document 53). Orange County Poverty Alleviation Coalition provides material assistance,

MOTION OF OC POVERTY ALLEVIATION COALITION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF
PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER CASE NO.: 8:18-cv-00155-DOC-JDE

1

advocates for policy change, and organizes the community to assist the individuals affected by this case. A proposed order accompanies this motion.

                Respectfully Submitted,

                OC POVERTY ALLEVIATION COALITION

Dated: February 12, 2018

                */s/ Darren Veracruz*

                By: DARREN VERACRUZ

**MOTION OF OC POVERTY ALLEVIATION COALITION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER CASE NO.: 8:18-cv-00155-DOC-JDE**