# UNITED STATES DISTRICT COURT FOR
# THE CENTRAL DISTRICT OF CALIFORNIA

Orange County Catholic Worker, an unincorporated association; Lisa Bell, Shawn Carroll, Melissa Fields, Larry Ford, Cameron Ralston, Kathy Schuler, Gloria Schumake, as individuals:

    Plaintiff,

vs.

COUNTY OF ORANGE, the City of Anaheim, the City of Costa Mesa, and the City of Orange,

    Defendants.

Case No.: 8:18-cv-00155-DOC-JDE

[PROPOSED] ORDER GRANTING MOTION OF OC POVERTY ALLEVIATION COALITION FOR LEAVE TO SUBMIT AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER

Date:    February 13, 2018
Time:    8:00 a.m.
Courtroom:    9D

The Honorable David O. Carter

# ORDER

Good cause appearing, the Court GRANTS the Motion of Orange County Poverty Alleviation Coalition for leave to file its Amicus Brief in support of Plaintiffs' Ex Parte Application for Temporary Restraining Order.

February ___, 2018

By: _____
    Hon. David O. Carter