# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 18-0155-DOC (JDEx)                      Date:  February 13, 2018

Title: ORANGE COUNTY CATHOLIC WORKER ET AL. V. ORANGE COUNTY ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER CONTINUING TEMPORARY RESTRAINING ORDER [53]**

On February 6, 2018, the Court granted a Temporary Restraining Order "pending the hearing set for February 13, 2018" (Dkt. 53). Because the hearing is continuing to February 14, 2018, the Court EXTENDS the Temporary Restraining Order until the end of February 14, 2018.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                         Initials of Deputy Clerk: djl
CIVIL-GEN