# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 18-0155-DOC (JDEx)    Date: February 13, 2018
        SA CV 18-0220-DOC (KESx)

Title: ORANGE COUNTY CATHOLIC WORKER, ET AL V ORANGE COUNTY, ET AL

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | Debbie Gale<br>CourtSmart<br>Debbie Hino-Spaan |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Brooke Alyson Weitzman | Marianne Van Riper |
| Catherine Elizabeth Sweetser | Wayne W. Winthers |
| Carole A. Sobel | Mark Austin |
| Lili V. Graham | James R. Touchstone |
| Michelle Kim Kotval | |

**PROCEEDINGS:** EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AS TO ENFORCEMENT OF THE VARIOUS ANTI-CAMPING, TRESPASS AND LOITERING LAWS [16]

    Hearing held. The Court heard from various County and City Officials as well as representatives from several special interest groups.

    The Court continues the Temporary Restraining Order until the end of February 14, 2018.

                                                                  2 : 02
Initials of Clerk    djl