1  LEON J. PAGE, COUNTY COUNSEL
   MARIANNE VAN RIPER, Sr. Assistant (CA SBN 136688)
2  marianne.vanriper@coco.ocgov.com
   LAURA D. KNAPP, Supervising. Deputy (CA SBN 162800)
3  laura.knapp@coco.ocgov.com
   KAYLA N. WATSON, Deputy (CA SBN 286423)
4  kayla.watson@coco.ocgov.com
   333 West Santa Ana Boulevard, Suite 407
5  Santa Ana, California  92701
   Telephone:  (714) 834-6020
6  Facsimile:  (714) 834-2359

7  Attorneys for Defendants, County of Orange,

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10           SOUTHERN DIVISION – SANTA ANA

11  ORANGE COUNTY CATHOLIC          )  Case No. 8:18-cv-00155 DOC (KESx)
    WORKER, an unincorporated association; )
12  LISA BELL; SHAWN CARROLL;       )
    MELISSA FIELDS; LARRY FORD;     )  STIPULATION BETWEEN THE
13  CAMERON RALSTON; KATHY          )  PARTIES
    SCHULER; GLORIA SHOEMAKE, as    )
14  individuals,                    )
                                    )
15            Plaintiffs,           )  DATE;    February 13, 2019
                                    )  TIME:    8:00 a.m.
16       v.                         )  PLACE:  Courtroom 9D
                                    )          Honorable David O. Carter
17  ORANGE COUNTY; THE CITY OF      )
    ANAHEIM; THE CITY OF COSTA      )
18  MESA; and THE CITY OF ORANGE,   )
                                    )
19            Defendants.           )
                                    )
20  _____)

21       WHEREAS, on February 13, and February 14, 2018, the Parties met and conferred in

22  connection with the Court's Order to Show Cause re Preliminary Injunction.  Subject to

23  ratification of the Board of Supervisors, the Parties, through their respective counsel, hereby

24  stipulate that:

25       1. The County will provide a motel room for a minimum of 30 days for

26          approximately 400 homeless persons presently encamped on the Santa Ana

27          Riverbed between Ball Road/Taft Avenue and Memory Lane, provided they agree

28          to abide by the Agreement for Services Motel Support, attached as Exhibit A;

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

2. During this 30 days, the County will complete a clinical assessment with each individual of the person's needs and appropriate resources, including shelter, housing, and other support services;

3. Persons accepting placement in a motel will continue to receive services from County staff who will make service visits to the motel locations and ensure that transportation is available to any medical, social service, or housing appointments during their stay at the motel;

4. For persons accepting placement in a motel, the County will make provisions for access to County and community based food resources.

5. For persons moving from the SA Riverbed into motels or other shelter, transportation will be provided.  Persons will be permitted to bring as much property that will fit into the trunk of the transporting vehicle.  If people have more property than they can take with them, voluntary free storage of property will be provided for 90 days, provided they agree to sign and abide by the terms of the Short Term Storage Agreement, attached hereto as Exhibit "B".  No building materials or unreasonably bulky items, nothing flammable, toxic, wet, soiled, illegal, or anything that could reasonably be expected to present a threat to health, safety, or property will be stored.  Nothing in Exhibit "B" shall constitute a waiver or release of any person's right to seek compensation for lost or stolen property due to negligence on the part of the County.

6. For persons with pets who are accepting motels or other shelter options, pets will be permitted, where allowed.

7. The County has posted the Notice attached hereto as Exhibit "C", on February 14, 2018.  This Notice was posted in regular intervals between Ball Road/Taft Avenue and Memory Lane in the Santa Ana Riverbed.

8. At the conclusion of the 30 day period, appropriate resources, as deemed by the clinical assessment will be provided.

1   This stipulation is subject to the ratification of the Orange County Board of Supervisors.

2

3

4

5

6

7   IT IS SO STIPULATED.

8

9

10

11   _____
     Leon J. Page, County Counsel

12

13   _____
     Brooke Weitzman
14   Attorney for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

-3-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

**EXHIBITS**



**health**
CARE AGENCY

## Agreement for Services
## Motel Support

As a program participant receiving motel assistance through the BHS O&E program, I agree to adhere to the following guidelines:

Initial
Each

_____  I will not have unauthorized persons staying in my unit that have not been approved by BHS O&E. I understand that motel assistance is solely for myself and when applicable, approved child or partner.

_____  I will not use illegal substances, or legal substances in excess, while in my unit

_____  I am aware that I am liable for any property damages to my unit

_____  I will have weekly contact (by phone or in person) with my assigned BHS O&E worker each week that I am in the unit

_____  I intend to engage in the clinical assessment created with BHS O&E

_____  I will abide by the reasonable motel rules (e.g. noise, non-smoking policy) within the limits of my disability

_____  I am responsible for my own personal property/belongings

_____  BHS O&E/HCA is not responsible for lost or stolen personal items

_____  I am currently homeless and do not have the ability to pay for a motel room on my own

I understand that failure to adhere to the guidelines in this agreement can result in immediate termination of my (includes family) motel stay and possibly lose the ability to utilize motel assistance services through BHS O&E should future needs occur.

Participant Signature: _____     Date: _____
Print name: _____

BHS Staff signature: _____     Date: _____

**EXHIBIT A**

**Short-Term Storage Agreement**

# Provide This Page to Property Owner

Date: _____

Full Name: ("Property Owner") _____

Number of Bags: _____     Bag Tag Numbers: _____

If there are items that you do not want to keep, please inform representatives of the County and the County will dispose of those items at your request and free of charge.

**Reminder:**

1. Items deposited with the County that are not claimed within 90 days of the date on this document will be considered abandoned and disposed of.
2. Dangerous Items (for example, hazardous materials, flammable materials, perishable items, medication, weapons, illegal materials, or anything that might be dangerous or illegal to store) will not be stored and if discovered in deposited property, will be disposed of immediately.
3. The County and District are not responsible for any loss, damage, destruction or theft of your Property.
4. To ensure that deposited property is returned to its owner, in order to reclaim your Property, you must either provide (a) your copy of this document to OC Public Works, or (b) be able to identify the location where your Property was collected, provide thorough description of property and/or provide bag identification tag numbers.

**Storage Site where your Property is stored: (check one)**

☐ 5th Street Storage Site                     ☐ Edinger Storage Site

☐ Gisler Storage Site                         ☐ Crescent Basin Storage Site

☐ Santa Ana River Storage Site (near Big A)   ☐ Storage Site #2 (North of Katella /East side)

☐ Portola Yard Storage Site                   ☐ Bolsa Chica Storage Site

☐ Other _____              ☐ Chapman Avenue Storage Site

Storage Sites will be open during regular business hours, **Monday through Friday from 7:00 am to 3:00 pm. Please contact Orange County Public Works at 714-955-0200 to make arrangements to reclaim your items.**

EXHIBIT B

## Short-Term Storage Agreement          PW 00202

**Today's Date:** _____

**Full Name: ("Property Owner")** _____

1. I am leaving my personal property ("Property") temporarily with representatives of the County of Orange ("County") as a complimentary deposit for my own convenience, without charge by the County. _____ **(Initials)**

**Brief Description of My Property:**

_____

_____

_____

**Number of Bags:** _____        **Bag Tag Numbers:** _____

2. My Property is stored in sealed plastic bags unless otherwise noted in this document. I have marked those bags so that I know which contain my Property. _____ **(Initials)**

3. I promise that my Property does not contain hazardous materials, flammable materials, perishable items, medication, weapons, illegal materials, or anything that might be dangerous or illegal to store ("Dangerous Items"). If the County finds any Dangerous Items in my Property, I agree that the County may dispose of my Property immediately. If the County disposes of all or part of my Property because it finds Dangerous Items, I promise that the County is not responsible for that Property and understand that by signing this document I am promising that I will not sue the County and the District the County and the Orange County Flood Control District ("District") for discarding that Property. _____ **(Initials)**

4. I promise that I have removed all my medication, medical devices, personal identification, and other important documents from my Property before storing it. _____ **(Initials)**

5. I understand that if I do not retrieve my Property within 90 days from today, I will have abandoned my Property, and the County will discard it. I promise that the County is not responsible for Property discarded after 90 days and understand that by signing this document I am promising that I will not sue the County and the District for discarding that Property. _____ **(Initials)**

6. I agree that the County and District are not responsible for any loss, damage, destruction, or theft of my Property. I understand that I have left my Property with the County entirely voluntarily, without charge and for my sole benefit, and at my own risk. _____ **(Initials)**

7. I promise that the total value of the Property that I have deposited with the County is $_____, and is not worth more than $250. I understand that if my Property is damaged, destroyed, lost or stolen, even if it may be the County's fault, I cannot ask the County or any court for more than the value here that I have said that my Property is worth. _____ **(Initials)**

8. I have been provided instructions on how to retrieve my deposited Property from the County. _____ **(Initials)**

9. I understand that when I retrieve my Property, I must retrieve all my deposited Property at the same time, and that I must then immediately relocate all my Property from land owned or maintained by the District. _____ **(Initials)**

10. By signing this agreement, I promise that everything written in here is true.

**Property Owner:** _____ **Date:** _____

**For the County:** _____ **Date:** _____

## NOTICE

## BY ORDER OF JUDGE DAVID O. CARTER

On Tuesday, February 20, 2018, at 9:00 a.m., all persons presently living on the Santa Ana River between Ball Road/Taft Avenue and Memory Lane must move out of and leave the Santa Ana Riverbed.

Temporary housing will be available at several locations.

Anyone who wants to be placed in a motel will be offered a motel room for a minimum of 30 days while the County completes a housing assessment and opens additional facilities that accommodate the needs of people with disabilities, and their pets when possible. Transportation will be provided for people, their pets when possible, and their property that will fit into the trunk of the transporting vehicle.  If people have more property than they can take with them, voluntary storage will be provided for 90 days.

Services for Veterans and Domestic Violence survivors and other homeless will be on site.

Judge David O. Carter will be present to oversee the process.

In motels, people will continue to receive services from County mental health and health care workers who will visit the motel locations and ensure that transportation is available to any medical, social service, or housing appointments. For people who are placed in motels, the County will make provisions for access to food.

**EXHIBIT C**