# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SA CV 18-0155-DOC (JDEx)          Date: February 15, 2018

Title: ORANGE COUNTY CATHOLIC WORKER ET AL. V. ORANGE COUNTY ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER CONTINUING TEMPORARY RESTRAINING ORDER [53]**

On February 6, 2018, the Court granted a Temporary Restraining Order "pending the hearing set for February 13, 2018" (Dkt. 53). Pursuant to the Stipulation Between the Parties Re Ex Parte Application for Temporary Restraining Order (Dkt. 92), the Court EXTENDS the Temporary Restraining Order until February 20, 2018, at 9 a.m., at which time the Temporary Restraining Order will be lifted so that the terms of the Stipulation may be carried out.

In addition, pursuant to an oral stipulation between the parties, the Court EXTENDS by 45 days Defendants' deadline to serve an answer.

The Court also SCHEDULES a case management conference for February 16, 2018, at 10 a.m. to discuss the logistics of the process contemplated by the Stipulation.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                  Initials of Deputy Clerk djl

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 18-0155-DOC (JDEx)  Date: February 15, 2018
Page 2

CIVIL-GEN