# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 18-0155-DOC (JDEx)          Date: February 16, 2018
       SA CV 18-0220-DOC (KESx)

Title: ORANGE COUNTY CATHOLIC WORKER, ET AL V ORANGE COUNTY, ET AL

---

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| | |
|---|---|
| Deborah Lewman | Debbie Gale |
| Courtroom Clerk | CourtSmart |
| | Debbie Hino-Spaan |
| | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Brooke Alyson Weitzman | Marianne Van Riper |
| Catherine Elizabeth Sweetser | Wayne W. Winthers |
| Carole A. Sobel | Mark Austin |
| Lili V. Graham | James R. Touchstone |
| Michelle Kim Kotval | Leon J. Page |

**PROCEEDINGS:** EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AS TO ENFORCEMENT OF THE VARIOUS ANTI-CAMPING, TRESPASS AND LOITERING LAWS [16]

---

      Hearing held to discuss logistics of Riverbed cleanup to take place on February 20, 2018 pursuant to a stipulation between the parties.

 

                                                                                                  :    30

                                      Initials of Clerk     djl