# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### *AMENDED TO REFLECT COURT REPORTER IS COURTSMART**
### CIVIL MINUTES – GENERAL

Case No. SA CV 18-0155-DOC (JDEx)　　　　　　　　　　Date: February 16, 2018
　　　　　SA CV 18-0220-DOC (KESx)

Title: ORANGE COUNTY CATHOLIC WORKER, ET AL V ORANGE COUNTY, ET AL

---

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | CourtSmart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Brooke Alyson Weitzman | Marianne Van Riper |
| Catherine Elizabeth Sweetser | Wayne W. Winthers |
| Carole A. Sobel | Mark Austin |
| Lili V. Graham | James R. Touchstone |
| Michelle Kim Kotval | Leon J. Page |

**PROCEEDINGS:** EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AS TO ENFORCEMENT OF THE VARIOUS ANTI-CAMPING, TRESPASS AND LOITERING LAWS [16]

---

　　　Hearing held to discuss logistics of Riverbed cleanup to take place on February 20, 2018 pursuant to a stipulation between the parties.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　: 　30
　　　　　　　　　　　　　　　　　　　Initials of Clerk　　djl