## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SA CV 18-0155-DOC (KESx)                    Date:  February 17, 2018

Title: ORANGE COUNTY CATHOLIC WORKER ET AL. V. ORANGE COUNTY ET AL.

PRESENT:

#### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):     **ORDER REQUIRING NOTICE RE CASE MANAGEMENT CONFERENCE RE STIPULATION [92]**

The Court has received from the parties a request that the Court hold a case management conference today after 3 p.m., so that the parties may bring before the Court issues regarding the Stipulation Between the Parties Re Ex Parte Application for Temporary Restraining Order ("Stipulation") (Dkt. 92). The parties have indicated that they will know more about these potential issues after 3 p.m. The Court expects the obligations of the Stipulation to be met.

The parties shall file notice (jointly or separately) outlining the issues that they wish to bring before the Court regarding the Stipulation **on or before 7 p.m. tonight, Saturday, February 17, 2018**, if these issues have not been resolved between the parties.

After receiving the filing(s), the Court will determine whether holding a case management conference would be appropriate.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 18-0155-DOC (KESx)                                    Date: February 17, 2018
                                                                                                    Page 2

　　　The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                           Initials of Deputy Clerk: djl
CIVIL-GEN