# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES – GENERAL

Case No. SA CV 18-0155-DOC (JDEx)  Date: March 22, 2018
         SA CV 18-0220-DOC (JDEx)

Title: ORANGE COUNTY CATHOLIC WORKER, ET AL V ORANGE COUNTY, ET AL
       DAVID RAMIREZ, ET AL V COUNTY OF ORANGE

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | CourtSmart |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:
Brooke Alyson Weitzman                Marianne Van Riper
Carole A. Sobel                       Wayne W. Winthers
                                      Mark Austin
                                      Leon J. Page
                                      John Funk
                                      Laura Knapp
                                      Gary S. Kranker

**PROCEEDINGS:   STATUS CONFERENCE, RE PLACEMENTS**

County Supervisors Lisa Bartlett, Todd Spitzer and Shawn Nelson were also present and addressed the Court.

Upon the agreement of counsel, the Court appoints the Honorable (Ret.) James Smith as Special Master. An order appointing Judge Smith will be issued by the Court.

The Court stays the responsive pleading deadline, and a new deadline will be determined at a future status conference.

Status Conference set for April 3, 2018 at 9:00 a.m. A minute order with further details regarding this status conference will be issued by the Court.

                                                                    :    31
                         Initials of Clerk        djl