UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 18-0155-DOC (JDEx)  Date: March 22, 2018
Case No. SA CV 18-0220-DOC (JDEx)

Title: ORANGE COUNTY CATHOLIC WORKER ET AL. V. ORANGE COUNTY ET AL.
DAVID RAMIREZ ET AL V. THE COUNTY OF ORANGE

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER APPOINTING SPECIAL MASTER**

Pursuant to the parties' consent at the March 22, 2018 status conference, as well as pursuant the Court's expected scheduling conflicts, the Court ORDERS that:

1. The Honorable James L. Smith (retired) is appointed Special Master, subject to the filing of an affidavit disclosing whether there is any ground for disqualification under 28 U.S.C. § 455.

2. The Special Master may exercise all powers conferred under Rule 53 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 18-0155-DOC (JDEx)            Date: March 22, 2018
Case No. SA CV 18-0220-DOC (JDEx)            Page 2

3. The Special Master shall proceed with all reasonable diligence to assist the Court in resolving individual placement disputes regarding the implementation of stipulations between Plaintiffs and the County that the County will provide "appropriate resources" to individuals exiting motels who were previously transitioned from the Santa Ana Riverbed. *See, e.g.*, Stipulation Between the Parties ("Stipulation") (Dkt. 92).

4. The Special Master may communicate ex parte with the Court in the Master's discretion, but ex parte communications with a party should be avoided.

5. The Special Master should preserve a record of his dispositions in individual placement disputes.

6. The Court retains jurisdiction over these actions.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11            Initials of Deputy Clerk: djl
CIVIL-GEN