

# PUBLIC LAW CENTER
## PROVIDING ACCESS TO JUSTICE
## FOR ORANGE COUNTY'S LOW INCOME RESIDENTS

March 23, 2018

Honorable David O. Carter
Ronald Reagan Federal Building
United States Courthouse
411 West Fourth Street, 9th Floor, Courtroom D
Santa Ana, California 92701

RE: Letter of The Public Law Center and The Kennedy Commission in support of *Orange County Catholic Worker, et al. v. Orange County, et al.*
Case No. 8:18-cv-00155-DOC-(KESx)

Dear Judge Carter:

We write to inform you of past and current efforts in which both the Public Law Center and the Kennedy Commission have engaged with the goal of preserving and expanding affordable housing stock in Orange County. Your actions in this case have been demonstrably courageous in taking steps forward in eradicating homelessness in this county. We seek to support these efforts and hope that having the below information will help as you formulate your orders in this action.

The Public Law Center (hereinafter referred to as PLC) is a 501(c)(3) nonprofit that has championed the rights of low-income residents in Orange County since 1981. In 2017, Public Law Center staff and volunteers provided over 65,000 hours of free legal services in handling over 4,500 cases benefiting low-income children, adults, and seniors. Public Law Center's services include counseling, individual representation, community education, strategic policy advocacy, and impact litigation to challenge societal injustices. The Housing and Homelessness Prevention Unit at Public Law Center seeks to empower communities by preventing homelessness, preserving and expanding affordable housing, and protecting the housing rights of low-income families by representing clients in housing related matters, advocating for sensible strategies to end homelessness in Orange County, and collaborating with community organizations, statewide advocates, and law firms to push Orange County jurisdictions to create effective housing policies for lower-income individuals and families.

The Kennedy Commission (hereinafter referred to as KC) is a collaborative of community members that advocates for the production of homes for Orange County families earning less than $20,000 annually. The Kennedy Commission strives to develop solutions to housing needs, affirms the dignity of families with low and extremely low-incomes, and unites communities across Orange County to support the development of homes that are affordable to all residents. Originally convened in 1995 as an all-volunteer organization, and formally incorporated in 2001, The Kennedy Commission was named in memory of Orange County resident Ralph Kennedy, a pioneer of affordable homes and human rights advocacy. Through its extensive network, The Kennedy Commission works at the federal, state, and local level to provide education on housing needs and create public policy that results in the production of affordable housing in Orange County. The Kennedy Commission has been successful in partnering with jurisdictions in Orange County to create effective policies that have led to the new construction of 4,000 affordable housing units for lower-income working families in Orange County.

Orange County's Declaration on Housing
On March 13, 2018 the Orange County Board of Supervisors adopted a Resolution on Orange County's Declaration on Housing.[1] This declaration addresses the long-term economic and regional interest for all

---

[1] See Voice of Orange County link to the Resolution at https://voiceofoc.org/wp-content/uploads/2018/03/Orange-County-Declaration-on-Housing-adopted-by-Board-of-Supervisors-on-March-13.pdf, last visited March 22, 2018.

The Honorable David O. Carter
Letter of The Public Law Center and The Kennedy Commission in Support of *Orange County Catholic Worker, et al. v. Orange County, et al.*
Case No. 8:18-cv-00155-DOC-(KESx)
March 23, 2018
p. 2

local governments within Orange County to collaborate "with public, private, non-profit and faith-based partners to meeting our regional housing needs."

<u>Past and current efforts by PLC and KC in preserving and developing affordable housing in Orange County</u>

KC has partnered with cities in helping develop plans, strategies and policies in the development of affordable housing for the residents of these jurisdictions. KC has also partnered with commercial and financial partners in identifying financial opportunities for for-profit and non-profit developers to add to the affordable housing stock in the communities.

KC has worked in the development and implementation of each city's housing element in Orange County. Beginning in 2015 with KC's assistance the cities have identified sites, policies and programs to encourage affordable housing development. Since then KC has been involved in oversight and monitoring the fulfillment of the promises/commitments made in those plans. In partnership with the City of Santa Ana, KC helped in the development of their Housing Opportunity Ordinance. This ordinance prioritizes affordable housing within new housing developments in the city. It sets targets for the development of affordable housing and creates a new resource to fund affordable housing within the City of Santa Ana.

In 2005, KC partnered with the City of Anaheim to create an affordable housing strategic plan. It set production goals of affordable housing over the following five (5) years. This process helped the City evaluate its housing resources and funding opportunities. It further provided a process for the City Council to constantly review the progress of fulfilling its strategic plan. The City succeeded in accomplishing the goals set out in this plan but has failed to renew or develop additional strategic development of affordable housing.

Working with statewide partners, KC has been involved in state legislation to encourage prioritizing affordable housing development (e.g., the 2017 housing package passed by the state legislature and signed by the Governor which includes a ballot initiative for additional funding for affordable housing). KC has been working with City of Santa Ana to improve local living conditions by assisting the local community in improving sub-standard housing and increasing the stock of affordable housing. KC has been working with commercial and financial partner stakeholders in developing and identifying opportunities for increased funding and development of affordable housing within the different jurisdictions in Orange County.

Where those efforts have demonstrated problematic issues or failure to comply with state law, KC has partnered with PLC in pursuing legal remedies in the preservation of affordable housing. Examples of pending litigation include:

*Kennedy Commission, et. al v. City of Garden Grove, et. al* (Orange County Superior Court Case Number 30-2017-00933416.) Lawsuit against Garden Grove for the misexpenditure of the Low- and Moderate Income Housing Fund, and failure to replace housing post-sale and disposition of land parcels used for affordable housing purposes to a commercial developer. Trial is scheduled for January 15, 2019.

*Kennedy Commission, et al. v. City of Huntington Beach* (Orange County Superior Court Case Number 30-2015-00801675.) Lawsuit against Huntington Beach for violations of state land use law and Housing Element law. Writ of Mandate previously issued, reversed, and upheld on appeal. Review by CA Supreme Court denied. Petition for reinstatement of previously dismissed causes of action granted. First Amended Petition for Alternative Writ of Mandate and Complaint for Declaratory and Injunctive Relief ordered filed on March 16, 2018.

Case 8:18-cv-00155-DOC-JDE Document 137 Filed 03/23/18 Page 3 of 6 Page ID #:2289

The Honorable David O. Carter
Letter of The Public Law Center and The Kennedy Commission in Support of *Orange County Catholic Worker, et al. v. Orange County, et al.*
Case No. 8:18-cv-00155-DOC-(KESx)
March 23, 2018
p. 3

*Kennedy Commission, et al. v. City of Costa Mesa (Miracle Mile Properties, Real Party in Interest)* (Orange County Superior Court Case Number 30-2016-00832585.) Lawsuit against City of Costa Mesa for approval of land development and zoning change that violated, among other laws, State Density Bonus Law. Trial set for September 2018.

*Dadey et. al v. Costa Mesa* (Orange County Superior Court Case Number 30-2014-00757962-CU-CR-CJC.) Lawsuit against City of Costa Mesa for land use and constitutional violations involving approval of ordinance involving motels that served as housing for low-income Costa Mesans. Trial set for April 2018.

PLC has also partnered with additional organizations in the prevention of homelessness, preservation of affordable housing stock and future development of affordable housing.

PLC continues to work with THRIVE Santa Ana on the development of a Community Land Trust (CLT) and various community groups. The goal is to encourage the City of Santa Ana to adopt a community land trust model as a source for permanent and sustainable affordable housing. PLC is working with attorneys and students from UCI School of Law to advise the incorporated group, THRIVE Santa Ana CLT (THRIVE), as well as help them develop and devise strategies to acquire land that THRIVE ultimately seeks to use for the benefit of low-income Santa Ana residents, including affordable housing. PLC and UCI School of Law helped incorporate THRIVE who recently received their 501(c)(3) tax exemption and continues its advocacy to retain public lands for the benefit of the community. In this regard, THRIVE received a commitment from the City of Santa Ana to exclusively negotiate with it to acquire a parcel of land in the City of Santa Ana to further its affordable housing and community empowerment goals. Additionally, PLC and UCI School of Law, is working with THRIVE on preparing a Community Benefits Ordinance to present to Santa Ana City Council leadership, to ensure that the Council considers the needs of Santa Ana residents, especially the needs of low-income residents when it makes land-use decisions.

Additionally, PLC is engaged in the following: working with community groups and preparing a draft Rent Stabilization Ordinance for ballot initiative; investigating avenues for advocacy with an Orange County city for mortgage expiration that will affect a large group of low-income tenants; reviewing the various cities' Housing Element to assess compliance to determine what jurisdictions are failing to meet their obligations under state law; reviewing California's SB 2 compliance to determine what Orange County jurisdictions are failing to meet their obligations; working with local community advocates to identify apartment complexes with systemic habitability problems in low-income communities to help improve the living conditions of residents of sub-standard housing; and, seeking ways to enforce the protections of California's AB 291 protecting undocumented immigrant renters and other anti-discrimination laws by landlords who threaten to report them or actually report them to Immigration and Customs Enforcement (ICE).

PLC has opposed the enactment of anti-camping and anti-loitering ordinances in Mission Viejo, Tustin, Anaheim and Santa Ana which attempt to criminalize homelessness. As mentioned above, PLC and KC have advocated for the increase in and the preservation of affordable housing opportunities in many cities in Orange County, including, but not limited to, Santa Ana, Garden Grove, Costa Mesa, Huntington Beach, Mission Viejo, and Tustin. It is evident that there is a strong disagreement in the County about how to deal with the issue of homelessness in the County. Also, a member of the Orange County Board of Supervisors recently invited the City of Laguna Niguel to sue the County of Orange in response to the

The Honorable David O. Carter
Letter of The Public Law Center and The Kennedy Commission in Support of *Orange County Catholic Worker, et al. v. Orange County, et al.*
Case No. 8:18-cv-00155-DOC-(KESx)
March 23, 2018
p. 4

County's plan to build a homeless shelter near them.[2] PLC and KC are informed and believe Orange County has several hundreds of millions of dollars that have been earmarked to meet the needs of Orange County's most vulnerable residents, including the homeless, who reside at the Riverbed, but prior to this Court's intervention, Orange County has refused to use these funds.[3]

Consistent with the Orange County Board of Supervisor's Resolution calling for a collaborative approach in the development of affordable housing, PLC and KC join in on the request. We respectfully recommend the development of a Joint Powers Authority to include the County and every City to address the affordable housing crisis in Orange County. This would allow every jurisdiction to focus a concerted effort at eradicating homelessness and thereby preserving the social and economic wellbeing of all residents in Orange County and securing the future "role [of Orange County] as the center of opportunity and upward mobility, made possible by good jobs, and safe, affordable living."[4]

Respectfully Submitted,

/s/
Ugochi Anaebere-Nicholson
Directing Attorney, Housing and Homelessness Prevention Unit
Public Law Center


/s/
Cesar Covarrubias
Executive Director, Kennedy Commission

---

[2] See Orange County Register (March 21, 2018) https://www.ocregister.com/2018/03/21/three-cities-identified-by-county-as-possible-relocation-sites-for-homeless-now-exploring-legal-options-to-fight-plan/, last visited March 21, 2018.

[3] See *Orange County Has At Least $230 Million It Could Use to Address Homelessness,* as reported March 8, 2018 available at https://voiceofoc.org/2018/03/county-government-has-at-least-230-million-it-could-use-to-address-homelessness/, last visited March 21, 2018; see also *Orange County gets $23 million to fight homelessness,* available at https://www.ocregister.com/2018/01/11/187-million-in-federal-grants-coming-to-southern-california-to-help-homeless/, last visited on February 8, 2018; see also *David Ramirez, et al. v. The County of Orange,* No. 2:18-cv-01027 (C.D. Cal. filed Feb. 7, 2018).

[4] See Voice of Orange County link to the Resolution at https://voiceofoc.org/wp-content/uploads/2018/03/Orange-County-Declaration-on-Housing-adopted-by-Board-of-Supervisors-on-March-13.pdf last visited March 22, 2018.

601 Civic Center Drive West · Santa Ana, CA 92701-4002 · (714) 541-1010 · Fax (714) 541-5157

## PROOF OF SERVICE

I hereby certify that on March 23, 2018, I caused to be filed electronically via the Court's CM/ECF System, and thereby served on all counsel, a true and correct copy of this Letter of The Public Law Center and The Kennedy Commission in Support of *Orange County Catholic Worker, et al. v. Orange County, et al.* on the following persons:

Brooke Weitzman, Esq.
William Wise, Esq.
Elder Law and Disability Rights Center
[Counsel for Plaintiffs, Orange County Catholic Worker, et al.]

Carol A. Sobel, Esq.
Monique Alarcon, Esq.
Avneet Chatta, Esq.
Law Office of Carol A. Sobel
[Counsel for Plaintiffs, Orange County Catholic Worker, et al.]

Paul L. Hoffman, Esq.
Catherine Sweetser, Esq.
Colleen M. Mullen, Esq.
Schonbrun, Seplow, Harris & Hoffman
[Counsel for Plaintiffs, Orange County Catholic Worker, et al.]

Leon James Page, Esq.
Marianne Van Riper, Esq.
Laura Knapp, Esq.
Wayne W. Withers, Esq.
Ofc. Orange County Counsel
[Counsel for Defendants, Orange County, et al.]

James R. Touchstone, Esq.
Krista M. Jee, Esq.
Jones & Mayer
[Counsel for Defendants]

Mark J. Austin, Esq.
Rutan & Tucker
[Counsel for Defendants]

Sonia Carvalho, Esq.
Best Best & Krieger LLP
[Counsel for Defendants]

The Honorable David O. Carter
Letter of The Public Law Center and The Kennedy Commission in Support of *Orange County Catholic Worker, et al. v. Orange County, et al.*
Case No. 8:18-cv-00155-DOC-(KESx)
March 23, 2018
p. 6

Pursuant to L.R. 5-4, a chamber copy of this Letter of Support was delivered on March 26, 2018, to:
Honorable David O. Carter
Ronald Reagan Federal Building
United States Courthouse
411 West Fourth Street, 9th Floor, Courtroom D
Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 23, 2018, at Santa Ana, California

*/s/ Ugochi Anaebere-Nicholson*
Ugochi Anaebere-Nicholson