UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**AMENDED CIVIL MINUTES – GENERAL**

Case No. SA CV 18-0155-DOC (JDEx)                Date: August 3, 2018
         SA CV 18-0220-DOC (JDEx)

Title: ORANGE COUNTY CATHOLIC WORKER, ET AL V ORANGE COUNTY, ET AL
       DAVID RAMIREZ, ET AL V COUNTY OF ORANGE

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | CourtSmart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Carol A. Sobel | Wayne Winthers |
| Catherine Elizabeth Sweetser | Marianne Van Riper |
| Lili Graham | Laura D. Knapp |
| Sarah Gregory | Kristin A. Pelletier |
| Grant Strother | Robert Fabela |
|  | James R. Touchstone |
|  | Sandra M. Schwarzmann |

**PROCEEDINGS:      HEARING RE CLOSING OF FULLERTON ARMORY**

Various law enforcement and city and county officials also present.

Hearing held and continued to September 7, 2018 at 9:00 a.m.

                                                             1  :  48
                                            Initials of Clerk   djl