| | |
|---|---|
| 1 | **BROOKE WEITZMAN** SBN 301037<br>**WILLIAM WISE** SBN 109468 |
| 2 | **ELDER LAW AND DISABILITY RIGHTS CENTER** |
| 3 | 1535 E 17th Street<br>Santa Ana, California 92705 |
| 4 | t. 714-617–5353 |
| 5 | e. bweitzman@eldrcenter.org<br>e. bwise@eldrcenter.org |
| 6 | **MONIQUE ALARCON** SBN 31165<br>**AVNEET CHATTHA** SBN 316545 |
| 7 | **LAW OFFICE OF CAROL SOBEL**<br>**CAROL A. SOBEL** SBN 84483 |
| 8 | 725 Arizona Avenue, Suite 300<br>Santa Monica, California 90401 |
| 9 | t. 310-393-3055 |
| 10 | e. carolsobellaw@gmail.com<br>e. Monique.alarcon8@gmail.com |
| 11 | **PAUL L. HOFFMAN** SBN 71244<br>**CATHERINE SWEETSER** SBN 271142 |
| 12 | **COLLEEN M. MULLEN** SBN 299059 |
| 13 | **SCHONBRUN, SEPLOW, HARRIS & HOFFMAN** |
| 14 | 11543 W. Olympic Blvd.<br>Los Angeles, California 90064 |
| 15 | t. 310-396-0731<br>e. hoffpaul@aol.com |
| 16 | e. csweetser@sshhlaw.com |
| 17 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ORANGE COUNTY CATHOLIC WORKER,<br><br>              Plaintiffs,<br><br>     v.<br><br>ORANGE COUNTY, et al.,<br><br>              Defendants. | CASE NO. 8:18-cv-00155 DOC (JDE)<br><br>**NOTICE OF FILING SETTLEMENT OF CLASS ACTION**<br><br>**Date: July 23, 2019**<br>**Time: 1:30 pm**<br>**Ctrm: 9D (Hon. David O. Carter)** |

The parties to the above-caption action hereby file the Settlement in this Action in advance of the hearing for approval of the Settlement set for 1:30 p.m. on July 23, 2019 before the Honorable David O. Carter, Courtoom 9D of the United States District Court for the Central District of California – Southern Division.

Dated:  July 23, 2019      Respectfully submitted,

ELDER LAW & DISABILITY RIGHTS CENTER
LAW OFFICE OF CAROL A.  SOBEL
SCHONBRUN SEPLOW HARRIS & HOFFMAN

_____/s/\_\_\_\_\_Carol A. Sobel_____.
BY: CAROL A. SOBEL
Attorneys for Plaintiffs