**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

- - - - - - -

ORANGE COUNTY CATHOLIC WORKER,    )
et al.,                          )
                                 )          <u>**CERTIFIED**</u>
          Plaintiffs,            )
                                 )
     vs.                         ) No. 8:18-CV-0155-DOC
                                 )    Item Number 15
ORANGE COUNTY, et al.,           )
                                 )    Simultaneous with:
                                 )    8:18-0220-DOC
                                 )
          Defendants.            )
_____)


REPORTER'S TRANSCRIPT OF PROCEEDINGS

Settlement re City of Fullerton

Santa Ana, California

Monday, September 23, 2019


Debbie Gale, CSR 9472, RPR, CCRR
Federal Official Court Reporter
United States District Court
411 West 4th Street, Room 1-053
Santa Ana, California 92701
(714) 558-8141

**APPEARANCES FOR CASE 8:18-CV-0155 ORANGE COUNTY CATHOLIC WORKER, ET AL. v ORANGE COUNTY, ET AL.:**

FOR PLAINTIFFS ORANGE COUNTY CATHOLIC WORKER, ET AL.:

    Brooke Alyson Weitzman
    ELDER LAW AND DISABILITY RIGHTS CENTER
    1535 E. 17th Street
    Suite 104
    Santa Ana, California 92705
    714-617-5353
    bweitzman@eldrcenter.org

    Carol A. Sobel
    CAROL A. SOBEL LAW OFFICES
    725 Arizona Avenue
    Suite 300
    Santa Monica, California 90401
    310-393-3055
    carolsobellaw@gmail.com

FOR DEFENDANT ORANGE COUNTY:

    Marianne Van Riper
    OFFICE OF COUNTY COUNSEL
    COUNTY OF ORANGE
    333 West Santa Ana Blvd
    Suite 407
    Santa Ana, California 92702
    714-834-3300
    marianne.vanriper@coco.ocgov.com

    Laura D. Knapp
    OFFICE OF COUNTY COUNSEL
    COUNTY OF ORANGE
    333 West Santa Ana Boulevard
    Suite 407
    Santa Ana, California 92701
    714--834-6020
    laura.knapp@coco.ocgov.com

ALSO PRESENT:

    Judge Jim Smith, Special Master
    Jesus Silva, City of Fullerton Mayor
    Sharon Quirk-Silva, Assemblywoman

```
1    APPEARANCES FOR CASE 8:18-CR-0220-DOC DAVID RAMIREZ, ET AL.
     v. THE COUNTY OF ORANGE:
2

3    FOR PLAINTIFF DAVID RAMIREZ, ET AL.:

4        Lili V. Graham
         LEGAL AID SOCIETY OF ORANGE COUNTY
5        2101 North Tustin Avenue
         Santa Ana, California 92705
6        714-571-5282
         lgraham@legal-aid.com
7

8
     FOR DEFENDANT COUNTY OF ORANGE:
9
         Marianne Van Riper
10       OFFICE OF COUNTY COUNSEL
         COUNTY OF ORANGE
11       333 West Santa Ava Blvd
         Suite 407
12       Santa Ana, California 92702
         714-834-3300
13       marianne.vanriper@coco.ocgov.com

14       Laura D. Knapp
         OFFICE OF COUNTY COUNSEL
15       COUNTY OF ORANGE
         333 West Santa Ana Boulevard
16       Suite 407
         Santa Ana, California 92701
17       714--834-6020
         laura.knapp@coco.ocgov.com
18
     ALSO PRESENT:
19
         Judge Jim Smith, Special Master
20       Jesus Silva, City of Fullerton Mayor
         Sharon Quirk-Silva, Assemblywoman
21

22

23

24

25
```

1

## **I N D E X**

2  **PROCEEDINGS**                                           **PAGE**

3  SETTLEMENT RE CITY OF FULLERTON

4  Statement by Mayor of Fullerton                            6

5  Statement by Assemblywoman Quirk-Silva                    10

6  Remarks by the Court                                      15

7  Final remarks by Assemblywoman Quirk-Silva               20

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Certified for the U.S. District Court CM/ECF**
**Debbie Gale, CSR 9472, RPR, CCRR**
**Federal Official Court Reporter**

|       |    |                                                             |
|-------|----|-------------------------------------------------------------|
|       | 1  | **SANTA ANA, CALIFORNIA, MONDAY, SEPTEMBER 23, 2019**       |
|       | 2  | **Item Number 15**                                          |
|       | 3  | (10:03 a.m.)                                                |
| 10:03 | 4  | THE COURT:  Carol, if it's acceptable, Brooke, I'd          |
|       | 5  | like to call Fullerton -- upon Fullerton and the Mayor of   |
|       | 6  | Fullerton.                                                   |
| 10:03 | 7  | And, Mayor, any people that you brought with you.           |
|       | 8  | But, please, you're more than welcome.  Will you come up.   |
| 10:03 | 9  | And also, Sharon Quirk-Silva, who's the                     |
|       | 10 | Assemblywoman in this area.                                  |
| 10:03 | 11 | MAYOR SILVA:  Thank you, Your Honor.                         |
| 10:03 | 12 | THE COURT:  First of all, welcome.                          |
| 10:03 | 13 | MAYOR SILVA:  Thank you, Your Honor.  And thank             |
|       | 14 | you for allowing me this chance to address the Court.        |
| 10:03 | 15 | THE COURT:  And would you state your full name.  I         |
|       | 16 | certainly know you through these many --                     |
| 10:03 | 17 | MAYOR SILVA:  Yes.  That's right.                           |
| 10:03 | 18 | THE COURT:  Jesus Silva, City of Fullerton, Mayor.         |
| 10:03 | 19 | **STATEMENT BY MAYOR OF FULLERTON**                         |
| 10:03 | 20 | MAYOR SILVA:  And I'm just here to report a few            |
|       | 21 | things that the City of Fullerton is working on.  I know    |
|       | 22 | we -- we partnered with the North -- North Spa, and we're   |
|       | 23 | looking to open up the two shelters, uh, navigation centers |
|       | 24 | in Placentia and Buena Park, and we're actively tryin'a get |
|       | 25 | those done and -- and, uh, secure the funding for that.     |

| | | |
|---|---|---|
| 10:04 | 1 | But -- but another note, we are also working with |
| | 2 | Illumination Foundation on trying to, uh, open 'nother |
| | 3 | recuperative center, where -- we've got a letter of intent |
| | 4 | with them.  They're out for a place so we -- where we can |
| | 5 | put 60, uh, recuperative beds and about 90 regular |
| | 6 | navigation beds, so we can get the support'a some of our |
| | 7 | homeless -- |
| 10:04 | 8 | THE COURT:  About a total of 130? |
| 10:04 | 9 | MAYOR SILVA:  Uh, a hundred -- about 150 total |
| | 10 | beds there.  And we -- |
| 10:04 | 11 | THE COURT:  Now this would be in addition and |
| | 12 | would probably clean up your city, wouldn't it? |
| 10:04 | 13 | MAYOR SILVA:  Yes.  It would be in addition to the |
| | 14 | two shelters.  And with this one, we -- we believe that we |
| | 15 | will have sufficient beds for our homeless population -- |
| 10:04 | 16 | THE COURT:  Placentia -- |
| 10:04 | 17 | MAYOR SILVA:  And Placentia -- |
| 10:04 | 18 | *(Simultaneous speaking.)* |
| 10:04 | 19 | MAYOR SILVA:  And we can, uh, offer them the |
| | 20 | support/help they need and hopefully encourage them to get |
| | 21 | to one of those beds. |
| 10:04 | 22 | And just in a few weeks we'll be opening up the |
| | 23 | armory.  And on that note, we're looking for storage |
| | 24 | locations for the homeless to put their items so that they |
| | 25 | don't have to leave 'em un-secure.  We think that will |

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | facilitate them getting to a bed at the armory while we're   |
|       | 2  | doing the shelters.                                          |
| 10:05 | 3  | And we're also working with, uh -- with                      |
|       | 4  | Illumination Foundation to open up a safe parking location.  |
|       | 5  | We wanna get some those families that are in motor homes and |
|       | 6  | cars, get 'em in, get 'em assessed, get 'em a permanent      |
|       | 7  | place to live.  So we've been doing all that to try and --   |
|       | 8  | and do our share -- uh, a humane thing to do.                |
| 10:05 | 9  | We -- last month we -- from what I understand,               |
|       | 10 | there was 19 people that died, homeless people that passed   |
|       | 11 | away.  And, uh, one is too many.  And we wanna avoid that.   |
|       | 12 | So we're actively working with the County, uh, the State     |
|       | 13 | Assembly, the Governor, yourself, Illumination -- anyone     |
|       | 14 | that -- that I can reach to -- to say, *Help us open up these* |
|       | 15 | *two locations.*                                             |
| 10:05 | 16 | And on that note, we've also declared a state of             |
|       | 17 | emergency so that we -- if need to, we can change the zoning  |
|       | 18 | for any location that we might find for this recuperative    |
|       | 19 | center.                                                      |
| 10:06 | 20 | THE COURT:  Now --                                           |
| 10:06 | 21 | *(Simultaneous speaking.)*                                   |
| 10:06 | 22 | THE COURT:  -- the numbers will always be in                 |
|       | 23 | contention.  I understand that.                              |
| 10:06 | 24 | But the benefit I'm hearing is that there's a                |
|       | 25 | potentiality of adding on an additional 130 to 150 beds.     |

|       |    | |
|-------|----|---|
|       | 1  | And, most importantly, 60 of those may be recuperative. |
| 10:06 | 2  | MAYOR SILVA:  Yeah. |
| 10:06 | 3  | THE COURT:  We'll worry about the numbers later, |
|       | 4  | as we talk to the plaintiffs, *et cetera*.  But the point is |
|       | 5  | you're making incredible strides and not waiting for Brea |
|       | 6  | and Placentia.  Plus the armory's opening which'll give us |
|       | 7  | some resources. |
| 10:06 | 8  | My compliments.  We're getting there.  Your |
|       | 9  | leadership is very much appreciated in this regard.  And I |
|       | 10 | think the City of Fullerton is going to eventually be the |
|       | 11 | beneficiary.  Because it doesn't make sense to enforce 20 |
|       | 12 | people in an encampment and have them simply move from, |
|       | 13 | let's say Father Quince's location, to the library, and then |
|       | 14 | move again.  So that holistic approach is very, very |
|       | 15 | important.  And let's get the whole city onboard.  Okay? |
| 10:07 | 16 | MAYOR SILVA:  Yeah.  No.  Thank you.  I think we |
|       | 17 | have the will'a the Council to do these things, and we're |
|       | 18 | looking forward'a solving this -- this issue. |
| 10:07 | 19 | THE COURT:  Okay.  Look forward to walking.  You |
|       | 20 | know, you've got my phone number.  I've got yours.  You've |
|       | 21 | got Judge Smith's.  You've got the plaintiffs.  And we'll |
|       | 22 | continue on with the discussion.  But if this happens, this |
|       | 23 | is an added addition of 150 beds that was totally |
|       | 24 | unexpected. |
| 10:07 | 25 | MAYOR SILVA:  Yes. |

| | | |
|---|---|---|
| 10:07 | 1 | THE COURT:  Very much appreciated. |
| 10:07 | 2 | I'd like to call upon -- |
| 10:07 | 3 | MAYOR SILVA:  Thank you, Your Honor. |
| 10:07 | 4 | THE COURT:  -- Sharon Quirk-Silva, Assemblywoman, |
| | 5 | who's been extremely helpful with some issues in this |
| | 6 | matter.  And you represent this district. |
| 10:07 | 7 | **STATEMENT BY ASSEMBLYWOMAN QUIRK-SILVA** |
| 10:07 | 8 | ASSEMBLYWOMAN QUIRK-SILVA:  Good morning, |
| | 9 | Honorable Judge Carter and Honorable Judge Smith. |
| 10:07 | 10 | I am assembly member Sharon Quirk-Silva.  I |
| | 11 | represent North Orange County, including the cities of |
| | 12 | Fullerton, Buena Park, La Palma, Stanton, Cypress, and West |
| | 13 | Anaheim. |
| 10:07 | 14 | From a year ago, I'm very excited because I do |
| | 15 | think there has been progress made, steady progress.  I |
| | 16 | think there's some optimistic things happening at the local |
| | 17 | level, state, county and federal level.  That being said, we |
| | 18 | are in a housing crisis and it's a moral crisis. |
| 10:08 | 19 | When we look at not only the deaths in |
| | 20 | Orange County throughout the handful of years that we've |
| | 21 | really been paying attention, uh, because of both of your |
| | 22 | leadership -- I think making that trip -- initial trip to |
| | 23 | the riverbed was the step that really started much of this |
| | 24 | effort. |
| 10:08 | 25 | But the bottom line is, we have many elected |

1    officials throughout the County.  And as simply as can be

2    said, if they do their job, and every city took

3    responsibility for those that are experiencing homelessness

4    in their communities, we probably wouldn't be here talking

5    about it.  And so I would say to the cities:  Do your job.

6    Because the issue is that the State is playing a role, the

7    County -- but we have to get the local municipalities to say

8    "yes" to housing first.

10:09    9    As a just overarching comment:  We need more

10    building.  We need permanent/supportive.  We need market

11    rate.  We need all types of housing.  Because it isn't just

12    the lowest in poverty experiencing housing issues, but it's

13    also our seniors and it's also our millennials.

10:09    14    So a few examples that the State has been working

15    on that I think are somewhat bright -- and, again, part of

16    this effort is, I sit on the Housing Committee at the

17    State -- one is we have several pieces of legislation that

18    have moved forward and are at the Governor's desk regarding

19    ADU's or "granny flats," if you want to say it that way.

10:09    20    In the '40s, '50s, '60s you did see quite a few of

21    those built which were named "granny flats" or

22    "mother-in-law units."  And they served a purpose.  They

23    really slowed down after that partly because of the permits,

24    fees.  Sometimes they can be in between 10,000 to 50,000,

25    depending on the city and location.  And there's also many

Case 8:18-cv-00155-DOC-JDE  Document 348  Filed 09/24/19  Page 11 of 23  Page ID
#:3853
8:18-CV-0155-DOC    9/23/2019 - Item Number 15

11

| | |
|---|---|
| 1 | other regulations:  How many parking spots, uh, all types'a |
| 2 | regulations.  If these bills are passed at the state level, |
| 3 | you will see many more ADU's. |
| 10:10  4 | What does that mean?  Perhaps a mother-in-law |
| 5 | lives there, but it could be a millennial, a young family. |
| 6 | It could be a senior.  So that's housing that can be built |
| 7 | on existing land. |
| 10:10  8 | Second, there's also been legislation moved |
| 9 | forward to look at some types of housing under Caltrans |
| 10 | property.  Looking at streamlining for CEQA, uh, processes |
| 11 | for emergency shelters so they don't need to take a year, |
| 12 | two years to move forward. |
| 10:11  13 | And also another bill that relates to supporting |
| 14 | community colleges or colleges that choose to allow students |
| 15 | to park on campus, in a safe place, use campus facilities. |
| 10:11  16 | So there are many efforts throughout the state. |
| 17 | The Governor opened last January's session with saying that |
| 18 | he very much wanted to tackle this issue, and one was to |
| 19 | really look at existing surplus property throughout the |
| 20 | state.  And much of that surplus property will be |
| 21 | inventoried and put online so that there may be developers |
| 22 | or communities that wish to work together to support |
| 23 | additional housing on those lands. |
| 10:11  24 | Here in Orange County, we have Fairview, which is |
| 25 | a State land, the former hospital for disabled -- uh, |

Case 8:18-cv-00155-DOC-JDE   Document 348   Filed 09/24/19   Page 12 of 23   Page ID
#:3854
8:18-CV-0155-DOC   9/23/2019 - Item Number 15

12

| | |
|---|---|
| 1 | community.  We worked very closely with the Governor and |
| 2 | through legislation to look at housing some of our most |
| 3 | severely mentally ill people here in Orange County; and with |
| 4 | that, we were able to get an agreement through the |
| 5 | Governor's office that once we have -- the 40 disabled |
| 6 | patients that are there are moved to other living |
| 7 | circumstances, that, uh, we would be able to put up to 200. |
| 10:12    8 | Now, that is a very small number for 118 acres. |
| 9 | But over the next handful of years, I believe that we will |
| 10 | be able to continue to work at a master plan for Fairview. |
| 10:12   11 | So I think there is some good news.  But the |
| 12 | bottom line:  The cities that are moving forward without |
| 13 | being sued, the cities that are doing creative -- whether it |
| 14 | be public-private partnerships, like with Illumination -- |
| 15 | they are seeing some of the results. |
| 10:13   16 | At -- one thing that was mentioned is that we |
| 17 | continue to see some evolvement where hospitals and/or |
| 18 | county jails are starting to look at what type of programs |
| 19 | they're offering and the cost, and now joining in some |
| 20 | creative ways to help lessen their costs, whether it would |
| 21 | be with the "Minds OC" model. |
| 10:13   22 | But I think there is plenty of good news, but we |
| 23 | have to be diligent and we have to make sure that we're all |
| 24 | moving in the same pathway.  And so I will end with -- one'a |
| 25 | the members here mentioned judicial guidance, which in |

8:18-CV-0155-DOC 9/23/2019 - Item Number 15

13

|   |   |
|---|---|
|       | 1 | essence means cities -- some cities are having to be pushed |
|       | 2 | to do this.  And as they wait or as they stall, others have |
|       | 3 | to take on the members of our community that are moving to |
|       | 4 | their cities. |
| 10:14 | 5 | So, once again, I'll end with:  Do your job. |
|       | 6 | Local.  We will continue at the State to try to do as much |
|       | 7 | as we can.  And there are quite a lot of funds coming down |
|       | 8 | from the State.  But again, each city and the County has to |
|       | 9 | apply for those funds.  We can no longer use the excuse that |
|       | 10 | Orange County does not get its fair share. |
| 10:14 | 11 | Orange County will get its fair share if they |
|       | 12 | apply and they do all the things that are necessary.  As was |
|       | 13 | noted in this Court a handful of months ago, we leave a |
|       | 14 | lotta money on the table for the lack of even applying for |
|       | 15 | the funds.  So I'm happy to be part of this process. |
| 10:14 | 16 | We will be hosting a formal State Select |
|       | 17 | Committee.  I'm the chair of the Orange County Select |
|       | 18 | Committee on chronic homelessness, and that will be |
|       | 19 | November 5th at 9:00 p.m. at the Buena Park City Hall.  And |
|       | 20 | we are hoping that we will have people who are going to |
|       | 21 | testify and really put together some of the outcomes and |
|       | 22 | best practices from the State. |
| 10:15 | 23 | Thank you so much. |
| 10:15 | 24 | THE COURT:  Let me ask you a couple things.  And |
|       | 25 | these aren't -- you've done so much, so... |

Certified for the U.S. District Court CM/ECF
Debbie Gale, CSR 9472, RPR, CCRR
Federal Official Court Reporter

8:18-CV-0155-DOC - 9/23/2019 - Item Number 15

14

| | | |
|---|---|---|
| 10:15 | 1 | ASSEMBLYWOMAN QUIRK-SILVA:  Thank you. |
| 10:15 | 2 | **REMARKS BY THE COURT** |
| 10:15 | 3 | THE COURT:  These are just very humbling thoughts. |
| 10:15 | 4 | First of all, you've been extraordinarily helpful |
| | 5 | with Fairview.  'Cause there's 10 percent of that population |
| | 6 | out there that are just completely helpless.  They don't |
| | 7 | even know that they have a choice between going to jail or |
| | 8 | going to a shelter.  They just can't function. |
| 10:15 | 9 | Judge Smith and I've seen that at 4:30 in the |
| | 10 | morning -- Jim -- with the lady with her dress all the way |
| | 11 | up over her head and babbling.  She doesn't belong in a |
| | 12 | jail; and no shelter can take her, so she had to literally |
| | 13 | be left on the street. |
| 10:16 | 14 | Humbly, could you go to Williams or whoever or |
| | 15 | Steinberg or the Governor and ask one simple question:  Why |
| | 16 | aren't some of the mental health facilities reopening?  I |
| | 17 | know you've been instrumental in trying with Fairview with |
| | 18 | the first 200. |
| 10:16 | 19 | But what about Norwalk?  Because now we're hearing |
| | 20 | that Bellflower's coming in -- and, trust me, from the phone |
| | 21 | calls that I'm informally hearing from Bellflower, there are |
| | 22 | three or four cities, literally on Friday, hearing of their |
| | 23 | settlement for the first time, that are on the phone, |
| | 24 | realizing that they're gonna settle.  And I think the |
| | 25 | southern part of the L.A. cities are gonna lead the way. |

| | | |
|---|---|---|
| | 1 | It's not gonna be L.A.  It's not gonna be the County.  It's |
| | 2 | gonna be the cities first, just as it has with Santa Ana. |
| 10:16 | 3 | ASSEMBLYWOMAN QUIRK-SILVA:  I will.  I already had |
| | 4 | put that in my notes before you said that because I was |
| | 5 | interested in seeing who Bellflower's representatives were. |
| | 6 | And also they brought up the -- Norwalk, so they're going to |
| | 7 | be in the same -- |
| 10:16 | 8 | THE COURT:  It's -- |
| 10:16 | 9 | MAYOR SILVA:  -- scenario we're in, is, what do |
| | 10 | you do with -- when you say the 10 percent that really need |
| | 11 | "holistic model" of care, not only for mental health, but |
| | 12 | physical health and all those things that -- that are |
| | 13 | wraparound.  And we have the properties. |
| 10:17 | 14 | And we need -- that's what I'm saying:  We need to |
| | 15 | go after this.  It's not easy sometimes.  We pretty much |
| | 16 | battled with Costa Mesa over even the 200.  And we'll |
| | 17 | continue to do that until we can have places.  Where we have |
| | 18 | 118 acres and at this point only 40 people there, that's |
| | 19 | just not acceptable. |
| 10:17 | 20 | THE COURT:  I know Mayor Foley and she's |
| | 21 | extraordinary.  I think she's gonna come along, not -- |
| | 22 | because as long as people who are transported into Fairview |
| | 23 | are transported back to the community that they came from. |
| 10:17 | 24 | Fairview's always operated -- and historically |
| | 25 | there was never an issue.  I think it's the specter of those |

1   200 people then having a gateway to come out into the

2   Costa Mesa community.  That's not fair to them.

10:17   3          ASSEMBLYWOMAN QUIRK-SILVA:  Right.

10:17   4          THE COURT:  But these people are going to be, in a

5   sense, so infirm that -- the 200 that we're taking, it seems

6   to me that those people eventually need to go back to the

7   community that they came from and that Costa Mesa should

8   rest assured that these aren't day passes or anything of

9   that nature.

10:18   10          The second thing is, I'munna reach out to you

11   folks from the County.  Just a message -- and I'll make that

12   transparent:  Supervisor Do, uh, Supervisor Bartlett, would

13   you just send back the message that we need some

14   coordination to knock down these old barriers between the

15   counties?  L.A.'s suspicious of Orange County.

16   Orange County's suspicious of L.A.  Riverside's suspicious

17   of Orange County because of the statement made that we're

18   gonna ship them all to the Inland Empire.  None of that's

19   helpful.  And if we're gonna solve this homeless [sic], we

20   need regionalization.  And I need the legislative branch.

21   The Court doesn't wanna be in this business.  I can't find a

22   central authority.

10:18   23          I doubt if its Mayor Garcetti because I think

24   there's gonna be some pushback from Orange County.

10:18   25          Do's been exemplary.  I don't think there's gonna

Case 8:18-cv-00155-DOC-JDE  Document 348  Filed 09/24/19  Page 17 of 23  Page ID
#:3859
8:18-CV-0155-DOC    9/23/2019 - Item Number 15

17

1    be -- they're gonna trust Do or Orange County.  I don't see

2    why Riverside should.  But the end result is we need that

3    regionalization.

10:19    4         So I -- I'm asking for leadership coming from

5    Orange County, or some coordination with Janice Hahn 'cause

6    these are her cities up there that you're seeing.  Trust me,

7    Bellflower's the first.  You're gonna see, very short period

8    of time -- and I'm not being Pollyannish -- a lot of cities

9    following up in this area.  I'd like you to take a

10    leadership role.  I want a hero or heroine to emerge.  I

11    want to become nonrelevant.

10:19    12         The third thing is, keep reaching out to the

13    Assembly, please.  Change doesn't take place without

14    everybody being uncomfortable.  Nobody gets un- -- is gonna

15    be comfortable with this.  But unless the Assembly acts and

16    we get in a leadership and centralization, these old

17    barriers are stopping the solution to homelessness, as

18    everybody bickers.  And then -- we're way past that because

19    you win, but you don't win two years from now when our

20    cities are inundated, and we're in the situation of

21    Los Angeles or San Francisco where you -- boy, I hope we can

22    get it back, but I doubt it -- or San Diego with hepatitis A

23    and 500 cases breaking out.

10:20    24         The public's gonna ask some day, if we get

25    hepatitis A, *Hey, where were all of us?  You know why didn't*

| 10:20 | 1 | *we speak out?  What are we doing from the hindsight?* |
| | 2 | We have no excuses.  There are none. |
| 10:20 | 3 | And the third and fourth thing is this:  Every |
| | 4 | city so far, except Costa Mesa, Anaheim -- help me, Carol, |
| | 5 | with this -- Orange -- the Court hasn't had jurisdiction |
| | 6 | over.  North County was never sued.  They voluntarily |
| | 7 | intervened.  Laguna.  Tustin.  These are all voluntary |
| | 8 | interventions.  Bellflower.  We're working now with over 20 |
| | 9 | cities.  And I think that that's going to rapidly expand |
| | 10 | because the cities recognize one thing:  They can't wait for |
| | 11 | government. |
| 10:20 | 12 | Number two, they've gotta solve the problem now or |
| | 13 | we're just gonna be inundated, and you can't get it back, |
| | 14 | with disease, *et cetera*. |
| 10:21 | 15 | Number three, it's humane. |
| 10:21 | 16 | Number four, unless we act now, there's absolutely |
| | 17 | no excuse because, two years from now, however this |
| | 18 | litigation turns out, it's too late.  It just... |
| 10:21 | 19 | And if the cities prevail, the end result is all |
| | 20 | we have is a situation of which police force pushes on which |
| | 21 | police force, shoving people back and forth.  That's not a |
| | 22 | solution. |
| 10:21 | 23 | So it's all voluntary.  But I can promise you |
| | 24 | this:  Judge Smith, I, and eventually my magistrate judges |
| | 25 | are gonna resolve any issues that you have with the County |

Case 8:18-cv-00155-DOC-JDE   Document 348   Filed 09/24/19   Page 19 of 23   Page ID
#:3861
8:18-CV-0155-DOC   9/23/2019 - Item Number 15

19

1    and the City.

10:21    2         I think we've had two with Santa Ana and Anaheim

3    in over a year.  That litigation cost that we've saved alone

4    is enough to build a shelter in every one of these cities.

5    So the costs are phenomenally beneficial to the public.  And

6    the litigation, quite frankly, is just going to eat our

7    cities alive in terms of resources.

10:21    8         Now it's all voluntary.  But Judge Smith and I are

9    willing to accept -- what? -- Los Angeles?  And some other

10    counties that are calling, which I have to remain

11    confidential, as early as this morning.  There's a lot more

12    coming potentially.  I don't wanna be too Pollyannish about

13    that but this is just the beginning.  This is not a day of

14    any victory lap at all.  This is getting momentum.

10:22    15         And the conversation's changing from the old adage

16    of *We don't have a problem* to now *What are we gonna do about

17    it?*  That's a whole different issue.

10:22    18         I wanna thank you for --

10:22    19         ASSEMBLYWOMAN QUIRK-SILVA:  Exactly.

10:22    20         **FINAL REMARKS BY ASSEMBLYWOMAN QUIRK-SILVA**

10:22    21         ASSEMBLYWOMAN QUIRK-SILVA:  I just was gonna close

22    with putting a face on this.  And I did this quite awhile

23    ago when I was here, but we're coming up to October here.

24    And, you know, October 12th, last year, my brother was one'a

25    the people who died here on the streets of Orange County.

Case 8:18-cv-00155-DOC-JDE  Document 348  Filed 09/24/19  Page 20 of 23  Page ID
#:3862
8:18-CV-0155-DOC   9/23/2019 - Item Number 15

20

1   His name's Billy.  And Billy Jaso.  And I just mention his

2   name and -- because so often we talk about "people" or

3   "homeless" or those experiencing homeless.  And they all

4   have a story.

10:23   5           And, yes, we have some that are mentally ill.  We

6   have some that, as they stay on the streets longer, their

7   mental health issues increase.  And then we have some that

8   have addictions and mental health issues.  And then we have

9   families -- single moms with children -- maybe they're not

10   all on the street, but they may be going in and out of a

11   shelter.  And we have a growing number of seniors that are

12   very close to that next step of being on the street.

10:23   13           So as we talk about the homeless crisis, I think

14   that it's really imperative that we keep in mind that the

15   homeless doesn't just mean a name.  They are people.  And

16   they're people that have stories.  And they're people

17   that -- uh, there's a lotta judgment made.

10:23   18           And one thing that I read that I'll always

19   remember is -- is just imagine your own life and -- whether

20   you have a spouse or family -- and you have these

21   interaction [sic] -- maybe you're hugging 'em, saying

22   good-bye -- the last time a homeless person might've been

23   hugged.

10:24   24           So that's where I'll stop.

10:24   25           THE COURT:  Do me another favor:  Just convey my

8:18-CV-0155-DOC   9/23/2019 - Item Number 15

21

                1   respects to the Governor.  Convey my respects to the

                2   President.  Apparently he was interested and out here as

                3   well.

    10:24       4           ASSEMBLYWOMAN QUIRK-SILVA:  I will talk to the

                5   Governor. I don't know that I'll be talking --

    10:24       6       (Simultaneous speaking.)

    10:24       7           THE COURT:  You can talk to both of them.

    10:24       8           ASSEMBLYWOMAN QUIRK-SILVA:  But if I do, I will.

    10:24       9           THE COURT:  Well, I can't.  Somebody can.

    10:24      10           But there is no excuse for helplessness [sic].

               11   This is a great County.  This is great region.  These

               12   problems are solvable.  And it doesn't take -- there's no

               13   one solution.  And the benefit of working together in these

               14   agreements is that if a Court makes a decision, that

               15   decision is frozen for ten years.  We have no chance to

               16   learn.  We have no chance to modify.  We're stuck with that

               17   decision for ten years or longer.

    10:24      18           By these agreements, we're working together.  So

               19   by example, let's say that 60 percent of the population

               20   needed shelter, that 40 percent were always going to migrate

               21   or go to jail.  We don't know that in a year with good

               22   figures that the city shouldn't be spending at 60 percent.

    10:25      23           Maybe, Bill, we're at 50 percent or 40 percent.

               24   Because we've gotten the people who've gone into shelter,

               25   who wanna go into shelter.  And the Court should be

8:18-CV-0155-DOC - 9/23/2019 - Item Number 15

22

```
 1   adjusting those figures downward for taxpayer dollars or
 2   they could go up.  They could go either way.  But the point
 3   is we all have a chance to talk in a year with good figures,
 4   and have the chance to make the mistake and back up and do
 5   it right.
 6          Anytime a Court rules, that's the end of the
 7   discussion and it's frozen.  So I look forward to working
 8   with you, the plaintiffs, and cities in this matter.  And
 9   flexibility's needed to get the solution.  No one solution
10   fits all.  That's the benefit of these settlements.
11          I want to humbly thank you for your leadership.
12          ASSEMBLYWOMAN QUIRK-SILVA:  Thank you.
13          THE COURT:  All right.
14          ASSEMBLYWOMAN QUIRK-SILVA:  Thank you.
15       (Matter adjourned at 10:25 a.m.)
16                        -oOo-
17

18

19

20

21

22

23

24

25
```

10:25 (lines 6, 11-17)

8:18-CV-0155-DOC - 9/23/2019 - Item Number 15

23

| | | |
|---|---|---|
| 10:25 | 1 | -oOo- |
| 10:25 | 2 | |
| 10:25 | 3 | CERTIFICATE |
| 10:25 | 4 | |
| 10:25 | 5 | I hereby certify that pursuant to Section 753, |

Title 28, United States Code, the foregoing is a true and
correct transcript of the stenographically reported
proceedings held in the above-entitled matter and that the
transcript page format is in conformance with the
regulations of the Judicial Conference of the United States.

Date:  September 24, 2019


/s/ Debbie Gale
_____
DEBBIE GALE, U.S. COURT REPORTER
CSR NO. 9472, RPR, CCRR

**Certified for the U.S. District Court CM/ECF**
**Debbie Gale, CSR 9472, RPR, CCRR**
**Federal Official Court Reporter**