UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| ORANGE COUNTY CATHOLIC WORKER, <br><br> Plaintiffs, <br><br> v. <br><br> ORANGE COUNTY, et al., <br><br> Defendants. | Case No. 8:18-cv-00155 DOC (JDE) <br><br> **ORDER RE:** <br><br> **MOTION TO FILE SUPPLEMENTAL COMPLAINT ADDING THE CITY OF BELLFLOWER AS A DEFENDANT** |

On September 23, 2019, pursuant to Federal Rule of Civil Procedure 15(d), Plaintiff Orange County Catholic Worker[1] filed a motion to file a Supplemental Complaint, adding the City of BELLFLOWER as a Defendant. The motion is based upon the Notice of Motion, the Memorandum of Points and Authorities, and the Declaration of Counsel. A copy of the proposed Supplemental Complaint was filed as Exhibit A with the motion.

---

[1] The Supplemental Complaint alleges claims against the Defendant on behalf of the plaintiff Orange County Catholic Worker only and not the individual plaintiffs.

1

The Supplemental Complaint is filed to facilitate the settlement reached between Plaintiff Orange County Catholic Worker and the Defendant City of BELLFLOWER. The City named in the Supplemental Complaint was not previously named as a defendant in the original Complaint or the Cross-Complaint filed by Intervenor City of Santa Ana. [Doc. 158]

Simultaneously, the parties executed a settlement agreement, which was submitted to the Court for review and approval on September 23, 2019. The settlement agreement is conditional upon the Court's approval of the filing of the Supplemental Complaint and the Agreement.

The Supplemental Complaint is ordered filed *nunc pro tunc*.

Dated: October 7, 2019          /s/ David O. Carter          .
                                   UNITED STATES DISTRICT JUDGE

Lodged by:
LAW OFFICE OF CAROL A. SOBEL

          /s/   Carol A. Sobel          .
By: CAROL A. SOBEL
Attorneys for Plaintiffs