## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SA CV 18-00155-DOC-JDE                    Date: November 18, 2020

Title: ORANGE COUNTY CATHOLIC WORKER ET AL V. ORANGE COUNTY ET AL

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

### PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE

The Court has received information indicating the lack of sufficient health facilities to meet certain basic needs of a number of individuals with mental health disorders in Fullerton. The Court, moreover, has personally observed these conditions. One of these individuals faces grave consequences due to the lack of coordination by the contracting agencies of the Orange County Health Department and the City of Fullerton. She is nine months pregnant and facing imminent childbirth while experiencing multiple personalities, sleeping within 8-10 feet of the railroad tracks in Fullerton, and having previously been hit by a train. This appears to be a continuing problem. There are other individuals in similar situations that the Court will inquire about on November 18, 2020.

The Court hereby ORDERS the attendance of the following parties on November 18, 2020 at 4:00 p.m. to report on actions and coordination efforts to address the immediate health concerns of such individuals:

— **Orange County Council**
— **Orange County Health Care Agency:** Dr. Clayton Chau, Agency Director & County Health Officer

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 18-00155-DOC-JDE                        Date: November 18, 2020
                                                                                                       Page 2

The Court also REQUESTS that the Orange County Council and Dr. Clayton Chau have in attendance the following agencies from the County of Orange:

- **Tele-care**
- **Orange County Mental Health**
- **CAT representatives**

The Court also ORDERS the attendance of the following parties:

- **From the City of Fullerton:** City Manager Ken Domer; Fullerton City Attorney Richard Jones

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                                              Initials of Deputy Clerk: djl