**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 18-00155-DOC-JDE            Date: November 18, 2020

Title: ORANGE COUNTY CATHOLIC WORKER ET AL V. ORANGE COUNTY ET AL

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE**

The Court hereby **REQUESTS** that the Orange County Council and Dr. Clayton Chau have in attendance **City Net** and **Orange County Health Care Agency** on November 18, 2020 at 4:00 p.m. to report on actions and coordination efforts to address the immediate health concerns of individuals with mental health disorders in Fullerton.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                    Initials of Deputy Clerk: djl