# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Central District of California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 8:18-CV-000155

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 01/29/2018

Date of judgment or order you are appealing: 05/04/2022

Docket entry number of judgment or order you are appealing: 418

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Thien Chi ("Patrick") Bui;
Oma's Angel Foundation

Is this a cross-appeal?   ○ Yes   ☉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:           State:           Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature: *[signature]*   Date: 9-23-22

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                                Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

    Thien Chi ("Patrick") Bui; Oma's Angel Foundation

Name(s) of counsel (if any):

    See attached.

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

    See attached.

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                1                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                2                                *New 12/01/2018*

Attachment to Form 6 – Representation Statement

<u>Appellants</u>

Name of Party: Thien Chi ("Patrick") Bui & Oma's Angel Foundation

Name of Counsel:

Minouche Kandel
Catherine Rogers
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, CA  90017
(213) 977-5266 (Ms. Kandel); (213) 977-5278 (Ms. Rogers)
mkandel@aclusocal.org
krogers@aclusocal.org

Sharre Lotfollahi
Kirkland & Ellis LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
 (310) 552-4200
sharre.lotfollahi@kirkland.com

<u>Appellees</u>

Name of Party: **Orange County**
Name of Counsel:

Marianne Van Riper
James Clement Harman
Leon James Page
Kayla Nicole Watson
Golnaz Zandieh
Orange County Counsel's Office
333 West Santa Ana Boulevard Suite407
Santa Ana, CA 92701
714-834-6020
marianne.vanriper@coco.ocgov.com
james.harman@coco.ocgov.com
leon.page@coco.ocgov.com
kayla.watson@coco.ocgov.com
golnaz.zandieh@coco.ocgov.com

Laura D Knapp
Orange County Counsel's Office
400 West Civic Center Drive, Suite 202
P.O. Box 1379
Santa Ana, CA 92701
714-834-5241
laura.knapp@coco.ocgov.com

Kevin Neal Royer
Todd C Theodora
Theodora Oringher PC
535 Anton Boulevard 9th Floor
Costa Mesa, CA 92626-7109
714-549-6200
kroyer@tocounsel.com
ttheodora@tocounsel.com

**Name of Party: City of Anaheim**

Name of Counsel:

Gregg M Audet
Robert Fabela
Kristin A Pelletier
Anaheim City Attorneys Office
200 South Anaheim Boulevard Suite 356
Anaheim, CA 92805
714-765-5169
gaudet@anaheim.net
rfabela@anaheim.net

Mark Jason Austin
Burke Williams and Sorensen LLP
1851 East First Street Suite 1550
Santa Ana, CA 92705
949-863-3363
maustin@bwslaw.com

Name of Party: **Orange County Catholic Worker**

Name of Counsel:

Paul L Hoffman
Schonbrun Seplow Harris Hoffman andZeldes LLP
200 Pier Avenue Suite 226
Hermosa Beach, CA 90254
310-717-7373
310-399-7040 (fax)
hoffpaul@aol.com

Carol A. Sobel
Law Office of Carol A. Sobel
1158 26th Street Suite 552
Santa Monica, CA 90403
310-393-3055
carolsobellaw@gmail.com

Catherine Elizabeth Sweetser
Schonbrun Seplow Harris Hoffman and Zeldes LLP
9415 Culver Boulevard Suite 115
Culver City, CA 90232
310-396-0731
310-399-7040 (fax)
csweetser@sshhzlaw.com

Brooke Alyson Weitzman
William R Wise, Jr.
Elder Law and Disability Rights Center
1535 East 17th Street, Suite 104
Santa Ana, CA 92705
714-617-5353

bweitzman@eldrcenter.org
bwise@eldrcenter.org

Name of Party: **Mercy House Living Center**

Name of Counsel:

Matthew E. Voss
Kelsey Maxwell
Lisa D. Angelo
Murchison & Cumming, LLP
801 S Grand Avenue, Ninth Floor
Los Angeles, CA 90017
(213) 630-1031
mvoss@murchisonlaw.com
kmaxwell@murchisonlaw.com
langelo@murchisonlaw.com

Attachment to Form 6 – Representation Statement