LEON J. PAGE, COUNTY COUNSEL
MARIANNE VAN RIPER, SENIOR ASSISTANT [SBN 136688]
marianne.vanriper@coco.ocgov.com
LAURA D. KNAPP, SUPERVISING DEPUTY [SBN 162800]
laura.knapp@coco.ocgov.com
GOLNAZ ZANDIEH, DEPUTY [SBN 300546]
golnaz.zandieh@coco.ocgov.com
400 West Civic Center Drive, Suite 202
Santa Ana, California 92701
Post Office Box 1379
Santa Ana, California 92702-1379
Telephone:  (714) 834-3300
Facsimile:   (714) 834-2359

Attorneys for Defendant COUNTY OF ORANGE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| ORANGE COUNTY CATHOLIC WORKER, an unincorporated association; LISA BELL; SHAWN CARROLL; MELISSA FIELDS; LARRY FORD; CAMERON RALSTON; KATHY SCHULER; GLORIA SHOEMAKE, as individuals,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ORANGE COUNTY; THE CITY OF ANAHEIM; THE CITY OF COSTA MESA; and THE CITY OF ORANGE,<br><br>　　　　Defendants. | Case No. 8:18-cv-00155-DOC-JDE<br><br>**JOINT STIPULATION TO CONTINUE SETTLEMENT AGREEMENT BETWEEN PLAINTIFFS AND DEFENDANT COUNTY OF ORANGE [375]**<br><br>*[PROPOSED] ORDER submitted concurrently herewith* |

**WHEREAS** on July 23, 2019, Plaintiffs Orange County Catholic Worker, Lisa Bell, Melissa Fields, Gloria Shoemake, Richie Thomas, Shawn Carroll, Larry Ford, Cameron Ralston, Kathy Schuler, and People's Homeless Task Force ("Plaintiffs") and the Defendant County of Orange ("County") and (collectively "Parties") entered into a Settlement

Agreement and mutual release of this action ("Agreement" and/or "Settlement Agreement") and presented the Settlement Agreement for approval by the Court.

**WHEREAS** the Court issued an Order approving the Settlement Agreement on July 23, 2019.  See **Attachment A**.

**WHEREAS** paragraph 7.1 of the Settlement Agreement states the County and Plaintiffs' counsel shall meet and confer and develop a set of Standards of Care to be added to the Settlement Agreement as Attachment A at a later date.

**WHEREAS** the Parties negotiated and developed the Standards of Care and on August 17, 2020 the Parties filed a stipulation seeking the Court's approval to permit the negotiated Standards of Care to be added as Attachment A to the Settlement Agreement.  See **Attachment B**.

**WHEREAS** on August 25, 2020, the Court issued an Order approving the addition of the Standards of Care as Exhibit A to the Settlement Agreement [ECF 375].  See a copy of this order attached as **Attachment C**.

**WHEREAS** on August 28, 2020, the County filed with the Court the Settlement Agreement with the Standards of Care attached.  See a copy of the 2020 Settlement Agreement is attached as **Attachment D.**

**WHEREAS** paragraph 11 of the Settlement Agreement states that the Court retains jurisdiction over the Settlement Agreement for three years from the Effective Date for overseeing and implementation of the Settlement Agreement and implanting and presiding over the dispute resolution process.

**WHEREAS** the Parties agree that the Effective Date of the Settlement Agreement runs from the approval by the Court of the Standards of Care on August 25, 2020, with an expiration date of August 25, 2023.

**WHEREAS** paragraph 25 of the Settlement Agreement states that the Parties may agree to modify the Settlement Agreement with court approval;

**WHEREAS** paragraph 18 specifically states that any modification of the Settlement Agreement shall be in writing.

WHEREAS the County Board of Supervisors met and approved an extension of the Agreement up to and including July 25, 2025. A copy of the Board of Supervisors' Minute Order is Attached as **Attachment E.**

**WHEREAS** the Parties have met and conferred and wish to extend the Settlement Agreement and all of its terms to up to and including July 25, 2025.

**THEREFORE,**

The Parties, by and through their respective attorneys, STIPULATE and AGREE that the Settlement Agreement including all of its terms and conditions including Plaintiffs' counsel monitoring fees of up to One Hundred Thousand dollars ($100,000.00) per year, shall be continued up to and including July 25, 2025.

The Parties further STIPULATE and AGREE that except as modified herein, the Settlement Agreement remains in full force and effect in accordance with its terms.

**IT IS SO STIPULATED.**

Respectfully submitted,

LEON J. PAGE, COUNTY COUNSEL
MARIANNE VAN RIPER, Senior Assistant
LAURA D. KNAPP, Supervising Deputy
GOLNAZ ZANDIEH, Deputy

DATED:       By:    /S/
                   LEON J. PAGE, County Counsel

Attorneys for Defendant, County of Orange

CAROL A. SOBEL, ESQ.
LAW OFFICES OF CAROL A. SOBEL

DATED:       By:    /S/
                   CAROL A. SOBEL

BROOKE WEITZMAN, ESQ.
ELDER LAW AND DISABILITY RIGHTS CENTER

DATED:       By:    /S/
                   BROOKE WEITZMAN

Attorneys for Plaintiffs, Orange County Catholic Worker, et al.

JOINT STIPULATION TO CONTINUE SETTLEMENT AGREEMENT
BETWEEN PLAINTIFFS AND DEFENDANT COUNTY OF ORANGE

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE