1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE DAVID O. CARTER, JUDGE PRESIDING

```
ORANGE COUNTY CATHOLIC       ) CERTIFIED TRANSCRIPT
WORKER, et al.,              )
                Plaintiffs, )
     vs.                     )
                             )  SACV-18-00155-DOC
ORANGE COUNTY, et al.,       )
                Defendants.  )
----------------------------)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

September 19, 2023

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(612) 804-8655

```
 1   APPEARANCES OF COUNSEL:

 2   For Plaintiff ORANGE COUNTY CATHOLIC WORKER:

 3   BROOKE ALYSON WEITZMAN
     ELDER LAW AND DISABILITY RIGHTS CENTER
 4   1535 East 17th Street, Suite 104
     Santa Ana, CA  92705
 5   (714) 617-5353

 6   For ACLU OF SOUTHERN CALIFORNIA:

 7   MINOUCHE KANDEL
     CATHERINE ROGERS
 8   ACLU OF SOUTHERN CALIFORNIA
     1313 West 8th Street, Suite 200
 9   Los Angeles, CA  90017
     (213) 977-5266
10
     For Defendant ORANGE COUNTY:
11
     MARIANNE VAN RIPER
12   LAURA D. KNAPP
     GOLNAZ ZANDICH
13   OFFICE OF COUNTY COUNSEL
     COUNTY OF ORANGE
14   400 West Civic Center, Suite 202
     P.O. Box 1379
15   Santa Ana, CA  92701
     (714) 834-3300
16
     For Defendant CITY OF COSTA MESA:
17
     GARY STEVEN KRANKER
18   JONES & MAYER
     3777 North Harbor Boulevard
19   Fullerton, CA  92835
     (714) 446-1400
20
     For Defendant CITY OF ANAHEIM:
21
     MARK JASON AUSTIN
22   BURKE WILLIAMS & SORENSEN, LLP
     18300 Von Karman Avenue, Suite 650
23   Irvine, CA  92705-4067
     (949) 265-3418
24

25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
08:41    1    For Defendant CITY OF ORANGE:

08:41    2    WAYNE W. WINTHERS
08:41         ORANGE CITY ATTORNEY'S OFFICE
08:41    3    Orange Civic Center
08:41         300 East Chapman Avenue
08:41    4    Orange, CA  92866-1591
08:41         (714) 744-5580
08:41    5
08:41         For Defendant CITY OF BUENA PARK:
08:41    6
08:41         CHRISTOPHER G. CARDINALE
08:41    7    ALVAREZ-GLASMAN & COLVIN
08:41         West Tower
08:41    8    13181 Crossroads Parkway North, Suite 400.
08:41         City of Industry, CA  91746
08:41    9    (562) 699-5500
08:41
08:41   10    For Defendant CITY OF SANTA ANA:
08:41
08:41   11    JOSE MONTOYA, JR.
08:41         SANTA ANA CITY ATTORNEY'S OFFICE
08:41   12    20 Civic Center Plaza, M-29
08:41         P.O. Box 1988
08:41   13    Santa Ana, CA  92702
08:41         (714) 647-5201
08:41   14

08:41   15

08:41   16

08:41   17

08:41   18

08:41   19

08:41   20

08:41   21

08:41   22

08:41   23

08:41   24

08:41   25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 08:41 | 1 | SANTA ANA, CALIFORNIA; TUESDAY, SEPTEMBER 19, 2023; 8:41 |
| 08:41 | 2 | A.M. |
| 08:41 | 3 | THE COURT:  All right, then, counsel, Case No. |
| 08:41 | 4 | SACV-18-00155-DOC, Orange County Catholic Worker, et al., |
| 08:41 | 5 | versus Orange County, et al. |
| 08:41 | 6 | Once again, if you'd make your appearance on |
| 08:41 | 7 | behalf of the plaintiffs. |
| 08:41 | 8 | MS. WEITZMAN:  Brooke Weitzman on behalf of the |
| 08:41 | 9 | Orange County Catholic Worker. |
| 08:41 | 10 | MS. KANDEL:  Good morning, Your Honor.  Minouche |
| 08:41 | 11 | Kandel with the ACLU Foundation of Southern California on |
| 08:41 | 12 | behalf of the interested parties. |
| 08:41 | 13 | MS. ROGERS:  Catherine Rogers, also with ACLU |
| 08:41 | 14 | SoCal on behalf of the interested parties. |
| 08:41 | 15 | THE COURT:  Nice meeting you. |
| 08:41 | 16 | Counsel. |
| 08:41 | 17 | MS. VAN RIPER:  Good morning, Your Honor. |
| 08:41 | 18 | Marianne Van Riper, Senior Assistant County Counsel, on |
| 08:41 | 19 | behalf of the County. |
| 08:41 | 20 | MS. KNAPP:  Good morning, Your Honor.  Laura |
| 08:41 | 21 | Knapp, Supervising Deputy, on behalf of the County. |
| 08:41 | 22 | MS. ZANDIEH:  Good morning, Your Honor.  Golnaz |
| 08:41 | 23 | Zandieh, Deputy County Counsel, on behalf of the County of |
| 08:42 | 24 | Orange. |
| 08:42 | 25 | THE COURT:  Okay.  Thank you very much. |

| | | |
|---|---|---|
| 08:42 | 1 | MR. KRANKER:  Good morning, Your Honor.  Gary |
| 08:42 | 2 | Kranker appearing on behalf of the Cities of La Habra, |
| 08:42 | 3 | Fullerton, Placentia -- |
| 08:42 | 4 | THE COURT:  That's to say, the North County |
| 08:42 | 5 | Alliance, et al. |
| 08:42 | 6 | MR. KRANKER:  Et al. |
| 08:42 | 7 | THE COURT:  Yeah, we've got them. |
| 08:42 | 8 | MR. AUSTIN:  Good morning, Your Honor.  Mark |
| 08:42 | 9 | Austin from Burke, Williams & Sorensen on behalf of the City |
| 08:42 | 10 | of Anaheim. |
| 08:42 | 11 | THE COURT:  Okay.  Thank you very much. |
| 08:42 | 12 | MR. WINTHERS:  Good morning, Your Honor.  Wayne |
| 08:42 | 13 | Winthers on behalf of the City of Orange. |
| 08:42 | 14 | THE COURT:  Okay.  Thank you. |
| 08:42 | 15 | MR. CARDINALE:  Good morning, Your Honor.  Chris |
| 08:42 | 16 | Cardinale, City of Buena Park. |
| 08:42 | 17 | MR. MONTOYA:  Good morning, Your Honor.  Jose |
| 08:42 | 18 | Montoya for the City of Santa Ana. |
| 08:42 | 19 | THE COURT:  Okay. |
| 08:42 | 20 | Okay, first, for the City of Santa Ana, because |
| 08:42 | 21 | you weren't here the other day, are you aware of the |
| 08:42 | 22 | discussions that the mayor and I are having?  I don't want |
| 08:42 | 23 | to embarrass you, but you don't have a clue, do you? |
| 08:42 | 24 | MR. MONTOYA:  I do not, Your Honor. |
| 08:42 | 25 | THE COURT:  Okay. |

08:42   1            First of all, I want to compliment all of you on

08:43   2   the record concerning this status report.  I've lost track

08:43   3   of some of the cases and the termination dates in these

08:43   4   matters.  And with 400 cases, Karlen and I have been talking

08:43   5   about what cases are ongoing and what cases we need to, you

08:43   6   know, resolve and get off of our list, et cetera, because

08:43   7   they keep coming up, and I don't want to inconvenience you,

08:43   8   so I humbly thank you.

08:43   9            I want to start with May 4, 2022.  On page 3 of

08:43   10  the status report, there's a case called Oma's Angel

08:43   11  Foundation and Thien Chi ("Patrick") Bui versus City of

08:43   12  Anaheim.  It's fully briefed, and it's set for oral argument

08:43   13  apparently in the Ninth Circuit.

08:43   14           So, Anaheim, tell me about that case.

08:43   15           MR. AUSTIN:  Actually, Your Honor, I'm not

08:43   16  involved in that case, in the Oma's --

08:44   17           THE COURT:  Okay.  So who's from Anaheim who can

08:44   18  tell me about the case?

08:44   19           MR. AUSTIN:  I'm here for Anaheim.  I don't think

08:44   20  there was anything in the order that noted that case.  I can

08:44   21  find out some information about it --

08:44   22           THE COURT:  Would you because I just don't -- it's

08:44   23  not drawing --

08:44   24           MR. AUSTIN:  Okay.

08:44   25           THE COURT:  Yeah.

08:44  1            MR. AUSTIN:  You want to know like the issues at
08:44  2    play in the case?
08:44  3            THE COURT:  Yeah.  I just want to know -- it's
08:44  4    apparently up on appeal in the Ninth Circuit.
08:44  5            MR. AUSTIN:  Right.
08:44  6            THE COURT:  And I just want to make certain that
08:44  7    whatever I'm doing today doesn't have an effect on the rest
08:44  8    of the county.  I just don't recall that case frankly.
08:44  9            MR. AUSTIN:  Okay.  I can --
08:44  10           MS. ZANDIEH:  Your Honor, on behalf of the County
08:44  11   of Orange, may I provide some information?
08:44  12           THE COURT:  Yeah.  Pull the --
08:44  13           MS. ZANDIEH:  And I apologize for interrupting.
08:44  14           THE COURT:  Pull the microphone closer to you.
08:44  15           MS. ZANDIEH:  Yes.
08:44  16           THE COURT:  Can you tell me about Bui?
08:44  17           MS. ZANDIEH:  Thank you, Your Honor.  This is a
08:44  18   case that our interested parties are represented by the
08:44  19   ACLU, and they are here.  It was a lawsuit filed against the
08:44  20   County of Orange as well as Anaheim and I believe some of
08:44  21   the providers such as Mercy House.  This is actually in
08:44  22   Superior Court.  Some of the claims came in front of the
08:45  23   Court in May of last year.  And on May 4, the Court issued
08:45  24   an order that the injunction claims will be addressed
08:45  25   pertaining to the homeless shelters in this court, and the

08:45  1   remaining damages claim will remain --

08:45  2           THE COURT:  Is this the case we had the dispute

08:45  3   over partially in Superior Court and partially here, and it

08:45  4   went back and forth between the two courts?

08:45  5           MS. KNAPP:  Yes, Your Honor, and the City of

08:45  6   Anaheim is a defendant in --

08:45  7           THE COURT:  All right.  So should I keep this on

08:45  8   my calendar?  It sounds like I should.

08:45  9           MS. ZANDIEH:  Yes, Your Honor.  It's pending, Your

08:45  10  Honor.

08:45  11          THE COURT:  It's pending in the Ninth Circuit, so

08:45  12  it remains.  Okay, thank you.

08:45  13          MS. KNAPP:  The argument is set in January, Your

08:45  14  Honor.

08:45  15          THE COURT:  Okay.  I understand that, but for my

08:45  16  calendar purposes it remains.

08:45  17          On Orange County Catholic Worker versus County of

08:45  18  Orange, the case was settled on July of 2019.  The order was

08:45  19  entered on March 2, 2023, continuing the settlement

08:46  20  agreement until July 25, 2025, and then you have the option

08:46  21  of a year or -- I think an option of either continuing it

08:46  22  over by agreement or terminating it, so it's not relevant

08:46  23  right now, right?

08:46  24          MS. VAN RIPER:  Correct.

08:46  25          THE COURT:  Okay.  So we wait until 2025.

08:46  1          The third is the Orange County Superior Court case
08:46  2   of Cyndi Utzman versus Orange County.  It's Case No.
08:46  3   30-2020-01174005.  For my purposes, it's not that relevant.
08:46  4   It's just an informational item for me, right?
08:46  5          MS. ZANDIEH:  That's correct, Your Honor.
08:46  6          THE COURT:  Thank you very much.
08:46  7          The fourth case is Orange County Catholic Worker
08:46  8   versus City of Anaheim, which formerly settled with the
08:46  9   exception of attorneys' fees and costs.  And this is one of
08:46  10  what I call a flag that come up in our docket.  The parties
08:47  11  have reached an agreement on the fee issue in principle, and
08:47  12  anticipate memorializing the terms of the full and final
08:47  13  settlement by November 30, so it sounds like I should just
08:47  14  leave that alone.
08:47  15         MR. AUSTIN:  Yes.  That will be resolved soon.
08:47  16         THE COURT:  Leave that alone.
08:47  17         MR. AUSTIN:  Yes.
08:47  18         THE COURT:  The Court now orders itself to leave
08:47  19  that alone.  Just joking with you.
08:47  20         Okay, the fifth is of concern to me, and -- oh, by
08:47  21  the way, in Anaheim, you have a gamesmanship going on out
08:47  22  there between the railroad, the City, Netflix, who decides
08:47  23  when they'll show up and not show up on occasion.  And the
08:47  24  gamesmanship going on is you have an encampment along that
08:47  25  railroad that's starting to develop.  The City has gone out

08:47  1    there a number of times and has the resources.  One lady was

08:48  2    taken in that was pregnant, and she's doing well.  But what

08:48  3    they're doing is they're running back to the railroad

08:48  4    property, which is private, running all over, across the

08:48  5    fence, et cetera, and these folks have had notice, and more

08:48  6    notice, and more notice by the City.

08:48  7            I'm going to start yelling in a moment.  You need

08:48  8    to get coordinated out there because you've got the space,

08:48  9    and you can do whatever you want to, and I hope you do it

08:48  10   humanely, but these are the folks who aren't going in.  And

08:48  11   I want Brooks to get involved also to verify that and to try

08:48  12   to help out there because we've got some folks out there who

08:48  13   don't seem to -- they're going back and forth between the

08:48  14   property, the same thing that happened over here a couple of

08:48  15   times.  I think with enough pressure some of these folks

08:48  16   will go in and accept services.

08:48  17           But right now, you've got the railroads playing

08:48  18   you -- and Santa Ana sued them by the way.  Santa Ana sued

08:48  19   the railroads.  And I'm just wondering what is happening

08:48  20   with Anaheim right now, because this idea that you've got

08:49  21   railroad property out there that's private that runs through

08:49  22   your community, the community looks out there and wonders

08:49  23   what you're doing because they don't understand that that's

08:49  24   private property.  You and I do, but it reflects on your

08:49  25   City Council.  So you should know I've called the mayor

08:49  1    about that, okay, and I don't want you caught blind-sided on

08:49  2    that.

08:49  3            Do something and do it humanely and get Brooks

08:49  4    involved so -- Pastor Don has been out there on more

08:49  5    occasions making sure that everything was going well, that

08:49  6    it was humane, et cetera, and right now, there hasn't been

08:49  7    any enforcement, Brooks.  There hasn't been any that I know

08:49  8    of.

08:49  9            MS. WEITZMAN:  I think our understanding on it is,

08:49  10   well, two things.  One is that the shelters within the city,

08:49  11   including the county one, are almost always at capacity, so

08:49  12   I have people calling --

08:49  13           THE COURT:  No, no.

08:49  14           MS. WEITZMAN:  I have a wait list in my office of

08:49  15   people that want to get in, so if there are beds --

08:49  16           THE COURT:  I promise you, Brooke, we've got room.

08:49  17   We've made room for those ten people out there.

08:49  18           MS. WEITZMAN:  Okay, so should we be calling the

08:49  19   Court then when we have people, because we have people --

08:49  20           THE COURT:  No.  Coordinate with Pastor Don, and

08:49  21   you and I will go out there if we have to, and, number two,

08:50  22   get the railroad involved.  That may be private property,

08:50  23   and maybe I don't have jurisdiction, but I can sure cause a

08:50  24   ruckus about that.

08:50  25           MS. WEITZMAN:  The second piece, Your Honor, is

08:50  1    the Telecare involvement that in our -- at least the folks

08:50  2    that are talking to our office who are in the railroad areas

08:50  3    in multiple cities, including Anaheim, are often people who

08:50  4    need to be enrolled with Telecare who are enrolled but need

08:50  5    a placement with Telecare for severe persistent mental

08:50  6    illness.

08:50  7                THE COURT:  But what I'm telling you is, though, I

08:50  8    want to work with you on that.  I want this humane.  I want

08:50  9    City Net out there.  I want resources out there, but I'm not

08:50  10   going to have folks running back and forth.  There's that

08:50  11   20 -- Brooke, there's 80 percent that we can work with,

08:50  12   okay, but there's always that 10 or 15 percent that we

08:50  13   can't.  What I want to make certain is that 10 or 15 has

08:50  14   enough notice, but also we're doing everything possible, and

08:50  15   right now there's been a lot of energy expended.

08:50  16               Now, I'm not going to argue with you about that.

08:50  17   I'm going to just tell you that, okay, something needs to be

08:51  18   done out there.  I want it done humanely, okay, but take

08:51  19   some action now.

08:51  20               Now, what am I going to do with -- if this was

08:51  21   settled on August 6, 2019, jurisdiction was retained for

08:51  22   four years to August 6, 2023, with an option to extend.  I

08:51  23   didn't see an option to extend, and if there is no option to

08:51  24   extend, this case should be terminated.

08:51  25               MS. WEITZMAN:  Of which one, Your Honor?

08:51  1              THE COURT:  It's No. 5, Brooke, that you submitted

08:51  2      to me at Docket 448.  It's on page 3.

08:51  3              MS. WEITZMAN:  But, Your Honor, in terms of other

08:51  4      than that last outstanding issue with Anaheim, in terms of

08:51  5      Santa Ana, Orange, and all of the north cities, while all of

08:51  6      the settlements had the option to extend, I think the

08:51  7      parties are in agreement that it makes sense to dismiss

08:51  8      those cities at this time and --

08:51  9              THE COURT:  Okay.

08:51  10             MR. MONTOYA:  Yes, please, Your Honor.

08:51  11             THE COURT:  All right.  So what I need, though, is

08:52  12     that case number for a moment.  What case number am I

08:52  13     dealing with?

08:52  14             MS. WEITZMAN:  They're all under the primary

08:52  15     Orange County Catholic Worker versus Orange County case

08:52  16     number.

08:52  17             THE COURT:  One docket number?

08:52  18             MS. WEITZMAN:  Correct.

08:52  19             THE COURT:  So I'm only dismissing a portion,

08:52  20     then?

08:52  21             MS. WEITZMAN:  Dismissing parties.

08:52  22             THE COURT:  Okay.  So could you help Karlen with

08:52  23     that so our records are clear?  Can somebody stay and help

08:52  24     Karlen with that from the -- Gary, can you?

08:52  25             MR. KRANKER:  Yes.

08:52  1          THE COURT:  Okay.  I appreciate that.  That way

08:52  2   our records are straight.

08:52  3          Then we have Orange County Catholic Worker as to

08:52  4   the City of Costa Mesa.  It was settled on March 4, 2019.

08:52  5   There was a retention of jurisdiction for three years.  That

08:52  6   expired on March 4, 2022, with the option to extend.  I

08:52  7   don't think -- we didn't find any extension on that.

08:52  8          MS. WEITZMAN:  Correct.  All the rest of the

08:52  9   parties were in agreement to dismiss.

08:52  10          THE COURT:  So is that then under the same general

08:53  11   case number?

08:53  12          MS. WEITZMAN:  Yes, Your Honor.

08:53  13          THE COURT:  And can you -- who's from Costa Mesa?

08:53  14   Can you work with Brooke and make sure that our records are

08:53  15   correct so we don't make a mistake?

08:53  16          MR. KRANKER:  Yes.

08:53  17          THE COURT:  And then the current Orange County

08:53  18   Catholic Worker, City of Santa Ana, formally settled with

08:53  19   ongoing jurisdiction with the option to extend, and the

08:53  20   parties agree that the term has ended and the case involving

08:53  21   the City of Santa Ana should be dismissed.

08:53  22          What case number is that?  Is that under the same

08:53  23   case number?

08:53  24          MS. WEITZMAN:  Correct, Your Honor.

08:53  25          THE COURT:  And then who's here from Santa Ana?

| | | |
|---|---|---|
| 08:53 | 1 | MS. WEITZMAN:  Mr. Montoya. |
| 08:53 | 2 | MR. MONTOYA:  I'm here, Your Honor. |
| 08:53 | 3 | THE COURT:  Could you work then with Karlen just |
| 08:53 | 4 | to make sure our records are accurate? |
| 08:53 | 5 | MR. MONTOYA:  Will do, Your Honor. |
| 08:53 | 6 | THE COURT:  Okay, because these are coming up in |
| 08:53 | 7 | flags, and I would have contacted you separately. |
| 08:53 | 8 | Okay, thank you.  Now, it's your turn.  Now, look, |
| 08:53 | 9 | you have a wide open microphone. |
| 08:53 | 10 | MS. WEITZMAN:  Your Honor, just really quickly, I |
| 08:53 | 11 | think we have seen in the course of the years of this |
| 08:53 | 12 | particular litigation immense progress in Orange County from |
| 08:54 | 13 | a place that prioritized criminalization to a place that's |
| 08:54 | 14 | looking at evidence-based solutions.  But what that means is |
| 08:54 | 15 | this is not the time to take the foot off the gas that we |
| 08:54 | 16 | are now where L.A. was 20 years ago. |
| 08:54 | 17 | If we don't want to be where L.A. is today, this |
| 08:54 | 18 | is the moment for cities to really step on the gas and make |
| 08:54 | 19 | sure we're building housing and engaging in prevention and |
| 08:54 | 20 | doing it in ways that are more than just not |
| 08:54 | 21 | unconstitutional, but that are really going to get us to |
| 08:54 | 22 | ending homelessness in our county, and it's a thing we can |
| 08:54 | 23 | do.  So I just hope that dismissing the cities doesn't give |
| 08:54 | 24 | them the idea that we've solved the problem, that it |
| 08:54 | 25 | encourages them to really take this opportunity outside of |

08:54    1    litigation to prioritize solutions.

08:54    2            THE COURT:  I want to pay a compliment to both

08:54    3    you, and the County, and to Carol.  When all of you

08:54    4    started -- you're still hard at it in an adversarial

08:54    5    process, but from the beginning, there's a disadvantage

08:54    6    inhumanely to plaintiffs because their clients are moving.

08:55    7    So when a lawsuit is filed today, that doesn't mean that

08:55    8    they're going to have standing or that person available

08:55    9    with facilities the federal courts move a year and a half

08:55   10    from now, so you have an extraordinarily difficult task.

08:55   11            I think the County has been exemplary with your

08:55   12    involvement in terms of responding because Brooks can be a

08:55   13    real pain, a good pain, a really virtuous good pain.  I

08:55   14    don't know how to put that on the record, but, you know, we

08:55   15    need her, and we need her all the time.  And I want her to

08:55   16    continue to be a pain because she calls me at 11:00 at

08:55   17    night, okay.

08:55   18            One of the good things is we've been able to

08:55   19    reduce the number of lawsuits both cost effectively for you,

08:56   20    but also getting remediation for her clients through that

08:56   21    mediation process because her client might not be available

08:56   22    a year from now or the harm that has already been caused in

08:56   23    that year while we wait in litigation is so inhumane that

08:56   24    the system, et cetera, is working against you.  So that's

08:56   25    the first compliment for both of you.

08:56    1            Second, Karlen, I need your help as usual.

08:56    2    There's a black bag back in chambers.

08:56    3            I'm going to talk to all of you about Orange

08:56    4    County and how well or poorly you're doing.  Your strength

08:56    5    is that you built shelter.  Our weakness is that we didn't

08:56    6    build long-term capacity yet.  So you're getting people into

08:56    7    shelter initially off of our streets.  The problem is we've

08:56    8    got to be diligent because that can turn into a holding pen

08:57    9    where people then feel captured.  And eventually they come

08:57   10    out, and they come out in a way that won't allow them

08:57   11    voluntarily to go back in.

08:57   12            But some goods things have happened.  And I just

08:57   13    want to retrace, as old as I am, the Salvation Army coming

08:57   14    in when Carol was present and Brooke and had this wild and

08:57   15    crazy idea of building --

08:57   16            Counsel, give me just a moment.

08:57   17            (Pause in proceedings)

08:58   18            THE COURT:  We've been gathering stats because

08:58   19    apparently the State of California can't gather statistics.

08:58   20    Imperfectly -- and I mean imperfectly -- you went down

08:59   21    18.3 percent last year allegedly in your unsheltered

08:59   22    homeless population.  Surprisingly, San Francisco went down

08:59   23    3 percent, whatever that means.  Every other county in this

08:59   24    state went up a minimum of 4 percent to 45 percent, some of

08:59   25    that astronomically.

08:59    1          Now, before everybody does a happy dance with

08:59    2    that, that doesn't mean it's good, but it means that you've

08:59    3    taken on the shelter issue, because what's happened in

08:59    4    Los Angeles -- and I'm absolutely directly with Mayor Bass

08:59    5    when we meet and the rest -- they created over 30 years such

08:59    6    malfeasance and inhumanity that they can't deal with a

08:59    7    housing-first model, which is an incredible model, because

09:00    8    they can only service hundreds of people, and maybe a few

09:00    9    thousand at the most, while everybody else lays in a

09:00   10    cardboard box.

09:00   11          So let me repeat that.  HHH was supposed to have

09:00   12    10,000 homes.  They don't have 10,000 homes.  They're going

09:00   13    to be lucky if they reach 3,000 no matter what they say, and

09:00   14    they're far behind.  So what's happened in Los Angeles is

09:00   15    finally when goodness took over and the taxpayers went out

09:00   16    and voted that $1.2 billion, I guarantee that they're not

09:00   17    going to be able to get another bond issue, because when

09:00   18    they go to the taxpayers this time, a lot of people are

09:00   19    going to say what happened to that almost $20 billion that

09:00   20    Gavin put into this fight?  Where is that progress?  And you

09:01   21    don't see it.

09:01   22          Now, Mayor Bass is on the campaign right now to

09:01   23    break up encampments.  Did you know that?  And it's causing

09:01   24    a lot of problems for what I'm going to call her normal

09:01   25    constituency.  Those folks who normally might be progressive

09:01  1   are looking at Mayor Bass and saying, my gosh, you know, we
09:01  2   thought we elected you.  That has dramatic repercussions on
09:01  3   this county.
09:01  4          So in Anaheim, you've got a bus stop out by
09:01  5   Disneyland.  Who's from Anaheim?  Talk to your mayor,
09:01  6   because a lot of the people will go into a shelter, but then
09:01  7   a lot of people won't.  And the people that aren't going to
09:01  8   go into a shelter, that small percentage I hope are going to
09:01  9   be your probationers, your parolees, the people who want to
09:01  10  use drugs, people who want to have sex and not go in, or
09:01  11  drop in and out of your shelters, or just don't want to
09:01  12  comply, or just find that the shelters are inhumane, full of
09:02  13  bed bugs.  And why should I go into a shelter and have my
09:02  14  property taken, or I've got an ADA disability, and I can't
09:02  15  be serviced?
09:02  16         That population is going someplace.  They are
09:02  17  going to Ventura, Santa Barbara, Riverside, San Bernardino,
09:02  18  or Orange County, and that population that's coming is a
09:02  19  hardened population.  It's a hardened population either in
09:02  20  terms of increased services because they didn't get them in
09:02  21  Los Angeles, or it's a hardened population because they're
09:02  22  never going in.
09:02  23         So if you've got 50 percent of the people who are
09:02  24  going into a shelter --
09:02  25         Could you help again because I always need you?

09:02   1    Could you put this up on the Elmo?

09:02   2            Now, you haven't seen these stats and neither has

09:02   3    the State of California because apparently they can't go out

09:02   4    and gather them.  I'll give them to, and you folks in the

09:02   5    ACLU I'll give them to you.  They are statewide, okay.  You

09:02   6    can have a copy of this, too, if you want to.  It may be of

09:02   7    value.  It may not.  But trust me, I've sent them to my law

09:02   8    clerks and a whole army of volunteers, and I sent them to

09:03   9    Los Angeles yesterday.

09:03   10           I am really fortunate because in the last eight

09:03   11   years I've only surrounded myself with people who don't take

09:03   12   a salary.  Let me repeat that.  I've had an army of virtuous

09:03   13   people around me who won't take a salary just because they

09:03   14   care about the city and the homeless, so it really is the

09:03   15   City of Angels.  The problem is our bureaucracy is so

09:03   16   screwed up, quite frankly -- and put that on the record --

09:03   17   screwed up and fighting with each other.

09:03   18           So here are your stats.  Orange County, you went

09:03   19   down 18.06.  Now, that's not good.  That just shows a

09:03   20   decrease probably because you're sheltering first, but we're

09:03   21   behind in long-term housing.  We're not making the

09:03   22   transition right now into long-term supportive housing,

09:03   23   okay.

09:03   24           L.A. County went up 9.22 percent.  L.A. City went

09:04   25   up ten percent.  Look at the numbers you're dealing with,

09:04  1   46,000 people, and you ask the federal court for long-term
09:04  2   housing first as a model?  Not in L.A. because you can't
09:04  3   service 46,000 people.  So what we're doing is servicing a
09:04  4   couple hundred and letting the rest die in the streets.
09:04  5   Yesterday, we were down in Skid Row again, by the way.  And
09:04  6   if I took you down there and you saw the gangrene and I put
09:04  7   up pictures of some of these people, it would make you cry.
09:04  8           San Bernardino -- flip the page over, would you,
09:04  9   Karlen -- up 25 percent.  Riverside up 12.33 percent.
09:04  10  Ventura up 9 percent.  San Diego up 21 percent.
09:05  11          Flip it over for a moment, would you Karlen.  I'd
09:05  12  really appreciate it.
09:05  13          San Francisco down 3 percent.  They must all be
09:05  14  going to San Rafael.  Just kidding you, but remember, too,
09:05  15  we probably have some involuntary movement out there.
09:05  16          Sacramento up 66 percent.  Now, there's Darrell
09:05  17  Steinberg, by the way, who's a fabulous mayor trying to do a
09:05  18  really good job up there working with -- they're up
09:05  19  66 percent.  Oakland 24 percent.  Fresno up 6.5 percent.
09:05  20          All right, I'm going to tell you another secret.
09:05  21  The cities in the northern part of Los Angeles of which 18
09:05  22  want to settle right now and would cut a great deal with the
09:06  23  ACLU and would cut a great deal with you, Brooke, and with
09:06  24  Carol -- you've stopped settling, and that's okay.  But what
09:06  25  you're going to find is that they're going to start

09:06   1   enforcing without your involvement and challenge you very

09:06   2   quickly because you're not settling, or at least engaging,

09:06   3   and I would encourage the ACLU -- I would encourage you

09:06   4   folks to be a part of that process, or you're going to end

09:06   5   up in litigation, and I'm afraid that the Supreme Court may

09:06   6   overturn Boise.

09:06   7          Boise has been a good decision.  It's made us

09:06   8   finally do something.  And I'm terrified with cities like

09:06   9   Huntington Beach and San Clemente and others -- and I'll

09:06   10  name them -- going up on this, and all of a sudden, we're

09:06   11  going to be back to the days where the strongest police

09:06   12  force pushes the homeless into another place, and,

09:06   13  therefore, for the progressive side, you just lost.

09:06   14         So your unwillingness -- and I'll say this to you

09:06   15  and Carol and -- because you have negotiated in Orange

09:06   16  County, and we've got something working here at least.  That

09:06   17  has failed in Los Angeles because the progressive side isn't

09:07   18  willing to talk to the City.  They're willing to talk to

09:07   19  you.  They're willing to build shelters minimally, okay.

09:07   20  But because those discussions have stopped, they're just

09:07   21  eventually going to say we're going to enforce anyway and go

09:07   22  ahead and challenge this.

09:07   23         When that happens and when this is overturned,

09:07   24  probably by the Supreme Court if it gets there, you're going

09:07   25  to have the Wild West again.  So Orange is going to push

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:07 1   because they have their own police force if you don't know
09:07 2   it; the County of Orange because, by the way, they were
09:07 3   largely responsible for the river population out there along
09:07 4   with Anaheim.  You're going to be able to push because your
09:07 5   own police force and your own constituents will be, let's
09:07 6   say, more conservative and will demand that of our elected
09:07 7   officials.
09:08 8        Your smaller cities will be able to push when they
09:08 9   have their own police force like Whittier and some of these
09:08 10  smaller cities.  The larger cities will be at the mercy of
09:08 11  some of these smaller cities who have smaller, more
09:08 12  conservative police forces who will push the homeless out,
09:08 13  and they will push no matter what they say.  So the
09:08 14  progressive side, the city of Los Angeles, for instance, is
09:08 15  going to have a very difficult problem with the inflow, and
09:08 16  they're already complaining that they're the recipient of
09:08 17  these cities like Culver City and other cities pushing the
09:08 18  homeless out.
09:08 19        The third thing is we can clear the cities
09:08 20  apparently when we have the Academy Awards.  It's amply
09:08 21  spotless down to the train center.  No problem.  We can
09:08 22  clear up our cities apparently when we have a soccer match.
09:08 23  And I guarantee you'll have difficulty finding a homeless
09:08 24  person when the Olympic Games come around.  You've got to be
09:09 25  wondering as a judge and I would think just as good citizens

| | |
|---|---|
| 09:09 | 1 |
| 09:09 | 2 |
| 09:09 | 3 |
| 09:09 | 4 |
| 09:09 | 5 |
| 09:09 | 6 |

who care about the homeless and care about this city why the

hell we can't do that for the citizens who are paying the

tax bill.

            Oh, trust me, when the Olympic Games come around,

this city will be clean and spotless, and it will place the

attorneys who represent the homeless in a heck of a position

because by the time that two-week sweep takes place, they

will sue.  But when they're suing, their constituency will

be a year or two years old by the time they finally get to

federal court.  And for the few dollars that they get, the

harm that's caused will be astronomical.  And that's coming.

            So, look, I would encourage you, Shayla, Carol,

the ACLU, please start talking to some of these cities.

There's 18 right now who want to talk.  They don't know how

to do it.  They need some guidance, okay.  Otherwise,

they're just going to do it.

            MS. WEITZMAN:  Your Honor, anyone who's reached

out to us we've been willing to work with and give input

about policies --

            THE COURT:  No, that's not true.  There is an

absolute obstacle in Los Angeles.  You need to talk to a few

people up there, okay.  You and Carol need to take control

of this, and so does the ACLU, or you can go back to the

Wild West, and if they overturn Boise, you won't have the

Court's help.

09:10  1          All right, a couple more things.  You were a ship
09:10  2   in my opinion that was on the surface.  All of us just need
09:10  3   to work together to try to turn it in humane ways and
09:10  4   effective ways.  Los Angeles is a ship that's at the bottom
09:10  5   of the ocean, and you have to get it to the surface to even
09:10  6   try to even turn it.  And I'll say it.  That's through 30
09:10  7   years of absolute neglect and malfeasance and corruption,
09:10  8   and I've written about that.  So I think you're to be
09:10  9   complimented in an imperfect way.
09:10  10          Now, we're always going to have disputes, but I
09:10  11  would just encourage this.  Brooke, if there is any way that
09:11  12  you and the County -- I think you're working well together,
09:11  13  although I'm kind of wearing out to keep the mediation
09:11  14  process going between us.  Although it's painful, it's
09:11  15  working.  You've done a tremendous amount of good on the
09:11  16  County's part by getting folks in when you could.  We've had
09:11  17  disagreements.  Brooks has had disagreements, but you've
09:11  18  done a really good job, and I want you to hear that and take
09:11  19  it back to the Board.
09:11  20          I'm going to talk to you about Los Angeles but not
09:11  21  about this alleged settlement for a moment.  I want you to
09:11  22  assume that we all agree that 25 percent of the people on
09:11  23  the street have severe mental illness, okay, and you can
09:12  24  type it as a six or above or an eight or above on these
09:12  25  scales.  Everybody agrees to that.  I mean, there's just no

09:12  1    dispute.  It's probably higher.  And it's alleged that -- at

09:12  2    least Carol has told me from the beginning that 40 percent

09:12  3    of our people have combinations of substance abuse and

09:12  4    mental illness or one or the other, and it's probably much

09:12  5    higher than that.  I mean, Janice Hahn and Kathryn Barger

09:12  6    say it's up to 70 percent.  They admit that from the Board's

09:12  7    standpoint.

09:12  8         If we can't get mental health out to the streets,

09:12  9    what it means is we're doing a good job taking in the

09:12  10   voluntary person on the street, but we're leaving the person

09:12  11   in most need out on the street who desperately needs mental

09:12  12   health.  I've asked the County to continue to really look at

09:12  13   that because I think we're being successful in the shelter.

09:12  14   I worry that we've got our mental health folks who are, you

09:12  15   know, the gal out there who is babbling with the dress up

09:13  16   over her head, and the guy who's running into the middle of

09:13  17   the intersection.  Those are the folks out there that we're

09:13  18   trying to reach, and they're difficult.

09:13  19        There's money coming, and I won't tell you --

09:13  20   Newsome dropped by unexpectedly.  I'll keep the confidence,

09:13  21   but this governor appears to be dedicated to supply money.

09:13  22   Here's the problem.  The problem is when he supplies money,

09:13  23   the County and the Cities hypothetically may not be giving

09:13  24   him enough information about where the money is spent.

09:13  25   Politically, he's in a box because if he doesn't give the

09:13  1   money to the County and the Cities, then he's not solving

09:13  2   homelessness.  So you're getting money.  If you can give the

09:13  3   governor accounting for where the money is going, it would

09:13  4   be really helpful because the money is there, and more money

09:13  5   is there.

09:13  6           I would encourage Orange County to be the first to

09:14  7   step up and ask for this money because the need is there.

09:14  8   If you're the first at the table and you're somewhat

09:14  9   successful, which is why I'm showing you these figures -- if

09:14  10  you can get together as the Cities through the County's

09:14  11  leadership, you've got a chance to put a lot of money on

09:14  12  this table.  And if you wait for Los Angeles and

09:14  13  San Francisco, that's where the money is going to go.

09:14  14          The disadvantage we have in Orange County is we're

09:14  15  36 cities or something, 32 cities, and it's hard to get

09:14  16  together.  In Los Angeles, they can step up as an 800-pound

09:14  17  gorilla with four million people, and then add the county

09:14  18  with six million people, and you're trailing behind.  I

09:14  19  would encourage you to get very active and take a leadership

09:14  20  role through your Board and get all of the cities to the

09:14  21  table in your own self-interest and step up as a

09:14  22  three-and-a-half-million person entity and get this money.

09:14  23  And why?  Because you can take those figures to the governor

09:14  24  and show him that you're successful.

09:15  25          So that's a little bit of wisdom on your part.  If

09:15  1    not, you're going to get left behind.  And more money is
09:15  2    coming, by the way.  Check the bills that are on the
09:15  3    governor's desk just in March for a bond issue.  So it's not
09:15  4    problem of money now, okay.
09:15  5          Now, you're providers -- not you, but we had a
09:15  6    hearing, Brooke, that you were at I think in April of 2021.
09:15  7    In that hearing, we were able to show that tens of millions
09:15  8    of dollars, if not hundreds of millions of dollars, were
09:15  9    unaccounted for between 2017 and 2019.  That didn't mean
09:15  10   that providers weren't providing services.  What it meant
09:15  11   was providers would submit a bill like $248,000, but there
09:16  12   was nothing behind that bill.  In other words, the County
09:16  13   didn't receive the documentation.  They received a notice to
09:16  14   pay a bill.  When you looked at that billing, the providers
09:16  15   are supposed to keep the underlying data that it cost X
09:16  16   amount for water, X amount for whatever.  They don't exist,
09:16  17   folks.
09:16  18         Now, you don't want to go back in time and destroy
09:16  19   the public confidence and kill the golden goose in terms of
09:16  20   the bond issue.  But going forward, this money has to be
09:16  21   accounted for by your providers.  And I would encourage you
09:16  22   as the County and the Cities to make certain when you retain
09:16  23   a private provider that you get that underlying
09:16  24   documentation so you don't get caught short by this Court
09:16  25   and some other folks very quickly asking where in the heck

| | | |
|---|---|---|
| 09:16 | 1 | is the underlying documentation that goes with the $248,000 |
| 09:16 | 2 | because the public is asking what are we getting for the |
| 09:17 | 3 | money?  What's our milestone because they don't see it? |
| 09:17 | 4 | So just a fair warning, if you're dealing with |
| 09:17 | 5 | providers, get your offices supplying that underlying data |
| 09:17 | 6 | or making certain it's locked up.  Now, I'm going to let |
| 09:17 | 7 | that go.  We can't figure out if it's a couple |
| 09:17 | 8 | hundred million dollars or just tens of millions of dollars, |
| 09:17 | 9 | but we've got one heck of a hearing going right now, and I'm |
| 09:17 | 10 | going to be screaming about that very shortly, so you're |
| 09:17 | 11 | forewarned.  You're the first county, okay.  Where is that |
| 09:17 | 12 | money going and what is it accountable for, because if you |
| 09:17 | 13 | go to the taxpayers right now, you're not going to get a |
| 09:17 | 14 | bond issue?  It's not going to pass. |
| 09:17 | 15 | A couple of things that might help your county |
| 09:17 | 16 | because now I've got Santa Barbara, Orange County, |
| 09:17 | 17 | 99 percent of Los Angeles, and there's a couple of other |
| 09:17 | 18 | counties coming on board, so we're trying to centralize that |
| 09:17 | 19 | in one court with some kind of uniformity. |
| 09:18 | 20 | Right now, there are areas humanely being cleared. |
| 09:18 | 21 | I'll give you one of many.  I'll just pick out Cahuenga. |
| 09:18 | 22 | Mayor Bass went out in Cahuenga, gave notice, and Cahuenga |
| 09:18 | 23 | got picked up.  That was about six weeks ago.  If you drive |
| 09:18 | 24 | out to Cahuenga right now, all the homeless are back. |
| 09:18 | 25 | Okay, now you decide.  The inhumane part is that |

09:18  1    enforcement would take on criminalization, and somebody

09:18  2    would have to get in a patrol car.  By the same token, if in

09:18  3    fact there's not something that's done -- and I can't define

09:19  4    what that is politically -- then you've got this situation

09:19  5    of politicians cleaning up an area like North Hollywood and

09:19  6    Cahuenga, and the homeless coming right back after that

09:19  7    expenditure, and what does the normal citizen think?  Why

09:19  8    did I spend my money?

09:19  9          I haven't entered into as a Federal Court any

09:19  10   conditions on any of you as the cities in terms of what --

09:19  11   and enforcement is a bad word -- remediation means.  In

09:19  12   other words, how an individual city decided to undertake

09:19  13   that is your prerogative.  I've encouraged it to be humane

09:19  14   and tried to make certain that there was notice, put

09:19  15   different injunctions on you at different times to slow it

09:19  16   down.  And I've tried to come out personally, so I was

09:19  17   present on many occasions just to mediate so we didn't have

09:20  18   1983 cases.  But if you notice, I haven't dictated to any of

09:20  19   you as the cities what that looks like.  That's up to you,

09:20  20   okay.  And I leave that to you, regardless of what my

09:20  21   personal opinions are, unless it's constitutionally invalid.

09:20  22          What are you going to do about South County?

09:20  23   Let's just get it out on the table right now.  The rest of

09:20  24   the county -- the cities feel -- and you know that Santa Ana

09:20  25   is very strong in feeling that they've been put upon

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:20  1   historically, and you know that Santa Ana has felt that a
09:20  2   couple things have happened that are just wrong.  From their
09:20  3   perspective, as people were put inside the Orange County
09:20  4   jail, they were released in the middle of the night
09:20  5   historically.  And Don Barnes deserves a lot of credit for
09:20  6   changing the hours recently.  At 3:00 in the morning, they
09:20  7   find themselves on 5th Street with no place to go and now
09:20  8   they're quote/unquote "Santa Ana residents," and the rest of
09:21  9   this county was happy to dump on Santa Ana.
09:21  10          I think folks got fed up here in Santa Ana a
09:21  11  number of years ago and rightfully so.  They couldn't use
09:21  12  their parks.  All of us here could fly to Paris, probably if
09:21  13  we saved enough money, but folks down on Delhi and Townsend,
09:21  14  they can't go to Paris.  The only place they have to go is
09:21  15  their city park, and once it's filled with homeless, they
09:21  16  won't go there.  So who suffers the most?  The poor suffer
09:21  17  the most.  And that's the same in Los Angeles whether you're
09:21  18  Curren Price or down in Dawson's district.  It's not the
09:21  19  west side.  It's the poor that can't use their parks.
09:21  20          I don't care what the County says.  You've got the
09:21  21  votes from the Board to create a shelter in South Orange
09:21  22  County on County land anytime you want to.  And if you tell
09:21  23  me you don't have the place, then I'll drive you out to
09:21  24  Joplin, which folks will complain about, and I won't care
09:21  25  about.  You've got so much unincorporated land that you

09:22    1    could bypass every city down there and equitably build a

09:22    2    shelter and contain that small population before it grows.

09:22    3            I would hope you would convey back to the Board

09:22    4    that this Court is becoming more and more vocal about that,

09:22    5    because that inequity means that Santa Ana and the rest of

09:22    6    the county seem to be trying to build a modicum of shelter.

09:22    7    And by the way, now Do is active out in the district putting

09:22    8    in shelter in Westminster and Garden Grove and trying to

09:22    9    reach accommodations.  Thank goodness.

09:22   10            But South County, I look down there, and here's

09:22   11    what's going to happen to you folks.  That hardened

09:22   12    population that I talked about that are probationers and

09:22   13    parolees who don't want to go in eventually are going to

09:22   14    have some kind of enforcement or some kind of vigor from the

09:22   15    rest of the cities, whether it's Orange who is pushing or

09:23   16    Santa Ana who's fed up quite frankly and your council, and

09:23   17    they're going to go someplace.

09:23   18            Now, no self-respecting homeless person will live

09:23   19    in Laguna Niguel.  It's all stucco.  But they do like the

09:23   20    beach.  And they like the 405 Freeway and the I5 Freeway.

09:23   21    They like the corridor down in Lake Forest, and they've got

09:23   22    a heck of a problem down there.  It's migrating south, and

09:23   23    unless they wake up, they're going to have a hardened

09:23   24    population down there, along with a free bus ride down

09:23   25    Pacific Coast Highway, one that a homeless person could take

09:23   1   from Long Beach.

09:23   2           So I just want to put it on the record that that

09:23   3   ostrich-like approach some day in a year or two is going to

09:23   4   wake up with one heck of a problem down there because no

09:23   5   shelters are being built, and that's not fair to the rest of

09:23   6   the county, no matter what.  And having a $2 million home

09:23   7   doesn't give you a privilege.  What it gives you is a

09:23   8   responsibility to clean up your own mess.  That doesn't mean

09:23   9   Santa Ana pushing people down there or Anaheim.  It just

09:23   10  means picking up the homeless.

09:24   11          Now, here's the other way the game gets played.

09:24   12  And I want to compliment Don Barnes.  In the old days, there

09:24   13  was an underground transportation system.  Nobody could kid

09:24   14  me about that, and we threatened those cities with an

09:24   15  Indictment.

09:24   16          But I'm a homeless person, and you'd come by my

09:24   17  tent, and you'd cite me.  You can't arrest me.  You just

09:24   18  cite me.  But then I fail to appear.  Now you arrest me for

09:24   19  a failure to appear, and now I go to the Orange County Jail.

09:24   20  I'm from a different part of the county.  I get out of jail,

09:24   21  I've got no place to go because I can't get my belongings,

09:24   22  or if I have them, I have no money.  It's about 4:00 in the

09:24   23  morning.

09:24   24          Don has changed that, and I don't know if all of

09:24   25  you are aware of that, but he changed the hours of the jail

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:24   1    release.  By changing the hours of the jail release, those
09:24   2    folks in Santa Ana have a better chance.  He tried to change
09:24   3    it to 4:00, by the way.  We couldn't get it done because of
09:24   4    the head count.  So it's a little bit later in the evening.
09:24   5    I think it's 7:00 now.  But if you have a chance, you might
09:24   6    just compliment him on that.  He did that behind the scenes.
09:24   7    And that's an equitable way to get people who can get an
09:25   8    Uber or catch a bus to go back to their homes and hopefully
09:25   9    gather their belongings, so it's not at 5:00 in the morning.
09:25   10          So my report card back to you is you have my
09:25   11   commendation.  Overall, you really have a lot of praise.
09:25   12   I'd like to meet with your Board of Supervisors individually
09:25   13   so we don't have a Brown Act violation.  I've already met
09:25   14   with Do.  I'd like to meet with each one of them if you
09:25   15   wouldn't mind.
09:25   16          Who's the chairman now?
09:25   17          MS. VAN RIPER:  Don Wagner.
09:25   18          THE COURT:  I'd like to meet with him.  Just
09:25   19   extend the invitation to have coffee.  I'd just like to have
09:25   20   the same conversation directly with him because you've got
09:25   21   the votes to build a shelter down there.  He just won't do
09:25   22   it.  I don't want to hear anymore that the cities down there
09:25   23   are responsible in pushing back.  You can override them
09:25   24   easily.
09:25   25          Now, how do your votes line up?  Bill will vote

09:25  1    for you probably.  Sarmiento will certainly vote for you.
09:25  2    There's two votes.  Wagner won't, okay.  Katrina is probably
09:26  3    in the mix now that she's got San Clemente, which is part of
09:26  4    her constituency, so, you know, that leaves Chaffee.  That's
09:26  5    three to two, folks, three to two.  You can build a shelter
09:26  6    anytime you want to.

09:26  7        Now, do you have any questions of me because I'm
09:26  8    living up in L.A. right now, and I want to tell you
09:26  9    something.  I never expected to have my heart broken on the
09:26  10   bench.  I never expected to be in this part of my life and
09:26  11   always think that now I will be an absolute failure as a
09:26  12   judge, because I don't care how much we achieve, there will
09:26  13   be that woman standing on a street corner who just got raped
09:26  14   or a guy shivering in the rain that we didn't help.

09:27  15       So if we're going to enter into this business,
09:27  16   we're never going to declare a victory.  We're just going to
09:27  17   try to say that we tried to make it a little bit better than
09:27  18   it was.  Understood?  In other words, we're never going to
09:27  19   walk away claiming victory here.  We just have to make this
09:27  20   a little bit better.

09:27  21       And if you want to see what went wrong, come to
09:27  22   Skid Row with me.  I go up there about 5:30, get out of
09:27  23   there by 8:00 so the L.A. Times can't take my picture.  The
09:27  24   shot-callers take me.  I don't go in with the police.  I go
09:27  25   in with the community, and it will break your heart.  When

09:27  1    women come up to you and tell you they've been raped that

09:27  2    night before or assaulted -- it is five times what all of

09:27  3    us, Brooks, experienced out on the river bed.  It is five

09:27  4    times worse up in L.A. than what we saw on the river bed.

09:27  5    It is indescribable.  And I warn you, Bass is going to break

09:27  6    up these homeless encampments.  I'm not a politician, and

09:28  7    I'm not for or against her, but she's doing something.  And

09:28  8    when she makes a mistake, she'll probably back up and try to

09:28  9    do it again right.

09:28  10          One of the tests was when she called and wanted to

09:28  11   meet with me because I didn't want to get near Caruso or

09:28  12   Bass when they were running and have my picture taken.  My

09:28  13   condition was I'll meet you at 6:00 on Skid Row.  Her

09:28  14   response?  Can we make it 7:00?  Okay.

09:28  15          So she's out there.  I'm telling you she's out

09:28  16   there.  And these encampments she has pledged to break up,

09:28  17   and she is going to break them up.  Now, where they're going

09:28  18   -- some will stay in L.A.  And as she pushes, then your

09:28  19   cities like Culver City will push back, and you're going to

09:28  20   get a certain percentage coming to Orange County.

09:28  21          That's why the northern cities -- and not out of

09:28  22   goodness, Brooks, because they love the homeless suddenly

09:28  23   and have discovered God -- they're afraid.  So they will

09:28  24   negotiate with you and Carol and Shayla, okay, but it will

09:28  25   be over shelter because they can't afford the housing-first

09:29    1    model right now.  They can't get it off the ground fast

09:29    2    enough.

09:29    3           I've got an ongoing dispute with Shayla about

09:29    4    this.  If this is that housing-first model, don't bother

09:29    5    because that can't deliver $800,000 a unit.  They just can't

09:29    6    do it fast enough.  But if it's shelter initially and then

09:29    7    it could lead, you know, to some kind of transition to hope

09:29    8    for, they'll negotiate with you.  And Michelle can give you

09:29    9    the names.  She is meeting with three of the cities right

09:29   10    now trying to form -- literally today -- trying to get the

09:29   11    resources together trying to build one shelter.  And, of

09:29   12    course, they're fighting which city the shelter would go

09:29   13    into.

09:29   14           But I'm telling you, Brooks, from Malibu to Azusa,

09:29   15    they're out there, and you've got a rich opportunity.  And

09:29   16    if we don't seize it, this case gets to the Supreme Court,

09:29   17    Boise is gone.

09:29   18           Now, your turn.  Any questions of me?  And if you

09:29   19    want to, I will walk through Santa Barbara with you, too.

09:29   20           MS. WEITZMAN:  We have no issue with

09:29   21    non-congregate shelters where people have a door that closes

09:30   22    and access to their own bathroom.

09:30   23           THE COURT:  I know, and that's why you're

09:30   24    negotiating with them, okay.  But the word on the street is

09:30   25    that once you and Carol went to LA that the ACLU -- and I

09:30    1    don't think that was fair to the ACLU.  I don't think you

09:30    2    had anything to do with it, but your name gets mixed in,

09:30    3    okay -- stopped negotiating, that the climate changed.  I

09:30    4    don't know if that's true or not, but you've got a rich

09:30    5    opportunity, or you can sit by the sidelines and watch what

09:30    6    happens.

09:30    7            Can anyone tell Wagner -- just tell him to let me

09:30    8    have coffee with him, just informal.  Chatting rules apply,

09:30    9    you know.

09:30   10            MS. KNAPP:  We can pass on the message.

09:30   11            THE COURT:  I met with Bill already, okay.

09:30   12    Katrina, I performed the marriage ceremony, so I can give

09:30   13    her a call.  Chaffee I haven't talked to.  Sarmiento and I

09:30   14    had a little bit of a head-to-head on a particular issue,

09:30   15    but that's over the bridge.

09:30   16            So if I can just extend to them through you maybe

09:31   17    that I'd like to see them one-on-one so there's no Brown Act

09:31   18    violation, but just to talk to them about their respective

09:31   19    districts, okay.

09:31   20            Okay, Orange, you okay?  Gary.

09:31   21            MR. WINTHERS:  Orange is fine.

09:31   22            THE COURT:  Okay.  I think that's enough

09:31   23    transparency on my part right now.  Watch your mental

09:31   24    health, though.  You need mental health desperately on the

09:31   25    streets right now.  And if someone can explain to me why

| | |
|---|---|
| 09:31 | 1 |
| 09:32 | 2 |

Fairview is being closed other than greed and why we
wouldn't use a mental hospital for mental health, which
would be apparently novel these days, I would sure like to
hear the explanation.  There is no reason that Fairview
isn't opened but only for the most dangerous and only for
the most psychotic.

          If Costa Mesa is concerned, you can convey this
message back.  Every police chief in this county -- and I
mean every police chief -- will tell you, hey, Judge, if we
could get just five to ten of the most dangerous people off
the street, the confrontational and the violent, and have
them treated in a facility and then returned to the
community that they came from -- so they didn't have
walk-out privileges, which is what Costa Mesa would fear,
you know, this idea of a thousand people coming in -- by the
way, this started with Gavin Newsom threatening Costa Mesa
literally after his inauguration saying, well, I think
Fairview is a great place.  We could put a thousand people
there.  Well, no wonder Katrina, who was the mayor, you
know, was concerned.  I would be concerned.  A thousand
people coming in?

          Now, if we had a couple hundred bed spaces out
there and then those people were returned to the community
that they came, the most violent and the most
confrontational and the ones that the police can't deal with

09:33   1   because they don't know if they're going to draw a knife or

09:33   2   if they simply need social work -- that cop doesn't know

09:33   3   what to do with that, and they're usually the first

09:33   4   responder -- then we would decrease our level of violence

09:33   5   significantly.

09:33   6          Now, the response will be it's antiquated.  Well,

09:33   7   if it's so antiquated, then why during COVID did we stand up

09:33   8   six dorms at 30 people apiece instantaneously?  So it's not

09:33   9   antiquated.  Judge, we haven't used it in years.  That was a

09:33   10  lie directly to me because when we went out there.  I snuck

09:33   11  in with one of my law clerks.  And sneaking in there, I

09:34   12  found out that we were using it for our first responders and

09:34   13  the bed sheets were still turned down.  Literally, the bed

09:34   14  sheets were turned down.  So that's a lie.

09:34   15         So in Norwalk, which isn't your jurisdiction,

09:34   16  there is another hospital.  We have so much space out there

09:34   17  that we are consciously destroying millions of pieces of

09:34   18  property that were rightfully put up as hospital facilities.

09:34   19  And even if they weren't opened up, a few spaces could be

09:34   20  opened up because we already have 200 bed spaces prepared

09:34   21  for COVID.  And if we took five or six of your most violent

09:34   22  from Santa Ana and five or six of your most violent from

09:34   23  Costa Mesa and five or six from, you know, all of your

09:34   24  cities, your police chiefs would be absolutely ecstatic.

09:35   25  Talk to them.

09:35  1          Apparently, politics have taken over, and I don't

09:35  2  think anybody in this state is serious about homelessness

09:35  3  unless those hospitals are reopened again.  Now, I'm going

09:35  4  to be blunt about that.  Now, as a judge, everything I've

09:35  5  said so far is improper.  I own it.  And I've oftentimes

09:35  6  thought about leaving the bench and writing and saying much

09:35  7  more because I feel somewhat constrained right now, but I've

09:35  8  decided to stay a few more years to see this through.  But

09:35  9  I'm sending this message:  Unless you can help me, I'm going

09:35  10  to help you.  And this is a threat.  I'm going to do

09:35  11  something about this.  I don't know what quite yet.  I'm

09:35  12  still mulling it over.

09:35  13          I'm asking for more mental health.  I'm asking for

09:35  14  Norwalk to be reopened.  I want this done humanely.  I want

09:36  15  a shelter in South Orange County.  And you have no excuses.

09:36  16  You've got the votes, three to two.  Go back with courage

09:36  17  and do it.

09:36  18          Now, those are to the attorneys.  You're my

09:36  19  messengers.  Don't kill the messenger.  Do this with

09:36  20  gentleness.  Tell them I would like to meet with them.  It's

09:36  21  a friendly meeting.  I'm buying.

09:36  22          All right, good-bye.

09:36  23          MS. WEITZMAN:  Thank you, Your Honor.

09:36  24          MS. VAN RIPER:  Thank you, Your Honor.

09:36  25          MS. KANDEL:  Thank you, Your Honor.

| | | |
|---|---|---|
| 09:36 | 1 | Your Honor, can we get a copy of this? |
| 09:36 | 2 | THE COURT:  Copy of what? |
| 09:36 | 3 | MS. KANDEL:  Of the statistics. |
| 09:36 | 4 | THE COURT:  Absolutely. |
| 09:36 | 5 | In fact, Karlen, would you be kind enough to make |
| 09:36 | 6 | -- we'll make ten copies.  We'll give it to all you folks, |
| 09:49 | 7 | okay. |
| 09:49 | 8 | MS. KANDEL:  Thank you. |
| 09:49 | 9 | (Whereupon, the proceedings were concluded.) |
| 09:49 | 10 | *   *   * |
| 09:49 | 11 | |
| 09:49 | 12 | |
| 09:49 | 13 | |
| 09:49 | 14 | |
| 09:49 | 15 | |
| 09:49 | 16 | |
| 09:49 | 17 | |
| 09:49 | 18 | |
| 09:49 | 19 | |
| 09:49 | 20 | |
| 09:49 | 21 | |
| 09:49 | 22 | |
| 09:49 | 23 | |
| 09:49 | 24 | |
| 09:49 | 25 | |

09:49   1
09:49   2
09:49   3
09:49   4
09:49   5                        CERTIFICATE
09:49   6
09:49   7        I hereby certify that pursuant to Section 753,
09:49   8   Title 28, United States Code, the foregoing is a true and
09:49   9   correct transcript of the stenographically reported
09:49  10   proceedings held in the above-entitled matter and that the
09:49  11   transcript page format is in conformance with the
09:49  12   regulations of the Judicial Conference of the United States.
09:49  13
09:49  14   Date:  October 19, 2023
09:49  15
09:49  16
09:49
09:49  17                    /s/   Sharon A. Seffens  10/19/23
09:49            _____
09:49  18        SHARON A. SEFFENS, U.S. COURT REPORTER
       19
       20
       21
       22
       23
       24
       25