**BROOKE WEITZMAN** SBN 301037
**WILLIAM WISE** SBN 109468
**ELDER LAW AND DISABILITY**
    **RIGHTS CENTER**
1535 E 17th Street
Santa Ana, California 92705
t. 714-617–5353
e. bweitzman@eldrcenter.org
e. bwise@eldrcenter.org

**CAROL A. SOBEL** SBN 84483    **PAUL L. HOFFMAN** SBN 71244
**WESTON ROWLAND** SBN 327599    **CATHERINE SWEETSER** SBN 271142
**LAW OFFICE OF CAROL SOBEL**    **SCHONBRUN, SEPLOW, HARRIS &**
1158 26TH STREET, #552                   **& HOFFMAN**
Santa Monica, California 90403    11543 W. Olympic Blvd.
t. 310-393-3055                         Los Angeles, California   90064
e. carolsobellaw@gmail.com      t. 310-396-0731
e. rowland.weston@gmail.com     e. hoffpaul@aol.com
                                         e. csweetser@sshhlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ORANGE COUNTY CATHOLIC WORKER, et al, <br><br> Plaintiffs, <br> v. <br><br> ORANGE COUNTY, et al., <br><br> Defendants. | Case No.:  18-cv-00155 DOC KES <br><br> REQUEST FOR DISMISSAL OF SOME DEFENDANTS |

1

On September 19, 2023 the Court held a status conference and requested Plaintiffs file an update to clarify which Defendants have ongoing jurisdiction or unresolved matters and which Defendants are dismissed at this time.

According to the Court electronic filing system, parties that have been involved in this case as Defendants include:

| | |
|---|---|
| City of Anaheim | City of Stanton |
| City of Brea | City of Tustin |
| City of Buena Park | City of Villa Park |
| City of Costa Mesa | City of Whittier |
| City of Cypress | City of Yorba Linda |
| City of Fullerton | County of Orange |
| City of La Habra | The City of Bellflower |
| City of La Palma | The City of Laguna Beach |
| City of Orange | The City of Los Alamitos |
| City of Placentia | |

As of today, the Court has ongoing jurisdiction pursuant to a settlement between the Plaintiffs and the County of Orange.

The Plaintiffs and the City of Anaheim will file a final settlement soon memorializing terms agreed to by the parties.

All other parties should be dismissed from this matter including:

| | |
|---|---|
| City of Brea | City of Stanton |
| City of Buena Park | City of Tustin |
| City of Costa Mesa | City of Villa Park |
| City of Cypress | City of Whittier |
| City of Fullerton | City of Yorba Linda |
| City of La Habra | The City of Bellflower |
| City of La Palma | The City of Laguna Beach |
| City of Orange | The City of Los Alamitos |
| City of Placentia | |

Dated: October 20, 2023

ELDER LAW & DISABILITY RIGHTS CTR.
LAW OFFICE OF CAROL A. SOBEL
SCHONBRUN, SEPLOW, HARRIS, HOFFMAN & ZELDES
DISABILITY RIGHTS CALIFORNIA

      /s/   Brooke Weitzman            .
By: BROOKE WEITZMAN
Attorneys for *OCCW* Plaintiffs