JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:18−CV−00155-DOC (KESx)         Date: February 26, 2024

Title: ORANGE COUNTY CATHOLIC WORKER ET AL V. ORANGE COUNTY ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT**

On January 30, 2024, the Ninth Circuit issued a memorandum determining that the district court lacked jurisdiction over this case and remanding with instructions that the case be returned to state court. *See* Dkt. 458. The Ninth Circuit issued its mandate on February 21, 2024. *See* Dkt. 459. In accordance with the Ninth Circuit's mandate, the Court orders this case remanded to Orange County Superior Court and orders this case administratively closed.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu

MINUTES FORM 11
CIVIL-GEN